IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-

GREENWOOD COMMONS CONDOMINIUM ASSOCIATION, a Colorado Non-Profit
Corporation,

       Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY

       Defendant.

---

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

---

TO:   PLAINTIFF GREENWOOD COMMONS CONDOMINIUM ASSOCIATION

      AND ITS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on the 2nd day of March, 2018, Defendant Philadelphia Indemnity Insurance Company filed in the United States District Court for the District of Colorado its Notice of Removal of this action to that Court.

This action was commenced by Plaintiff on February 7, 2018 in the District Court, County of Boulder, State of Colorado, Case No. 2018CV030119.  See Complaint and Jury Demand, attached hereto as *Appendix A-3*.  Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the Complaint.  The Defendant was served on February 15, 2018.  Thus, this notice is timely filed.

This action arises out of Plaintiff's claim made under an insurance policy issued by

Defendant for a fire that occurred on or about May 25, 2016.  ***Appendix A-3*** at ¶ 20. Plaintiff claims that it is entitled to payment for covered losses under the insurance policy and that Defendant breached the insurance contract by failing to timely fulfill its obligations under the policy.  *Id.* at ¶¶ 30-83.   Finally, Plaintiff claims that Defendant committed bad faith breach of contract, ¶¶ 84-115, and breached C.R.S. § 10-3-1115 by unreasonably delaying, investigating, and adjusting Plaintiff's claim entitling Plaintiff to two times the covered benefit and attorney fees and costs from the Defendant.  *Id.* at ¶¶ 116-145.

A review of the Complaint demonstrates that Plaintiff is making a claim for damages in this action far exceeding $75,000.   Plaintiff claims that Defendant unreasonably delayed its final agreed estimate which was approximately $540,055.38 more than its first estimate, and that its inordinate delay in handling Plaintiff's claim caused the owners of four destroyed condominium units to be displaced for over twenty months.  *Id.* at ¶¶ 78-81.  For damages for bad faith breach of contract, Plaintiff is claiming increased costs to repair, restore and/or replace the significant property damage, consequential damages for misconduct and other fees and expenses, *Id.* at ¶ 115, and as damages pursuant to C.R.S. § 10-3-1116, Plaintiff is claiming two times the delayed payment amounts totaling $540,055.38 plus attorney's fees and costs.  *Id.* at ¶ 145.  In addition, Plaintiff filed a state civil cover sheet advising that it is seeking damages in excess of $100,000.  See District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, attached hereto as ***Appendix A-2***.  As shown, the amount in controversy

exceeds the $75,000 requirement for diversity jurisdiction under 28 U.S.C. § 1332.  The civil cover sheet is an "other paper" under U.S.C. § 1446(b)(3) which puts that defendant on notice that the amount in controversy exceeds $75,000.  See ***Paros Properties, LLC v. Colorado Cas. Ins. Co.***, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

As shown above, the amount in controversy exceeds the $75,000 requirement for diversity jurisdiction under 28 U.S.C. § 1332.

There is also diversity of citizenship between the parties.  Plaintiff is now and was at the time of the commencement of the action a citizen of the State of Colorado.  Plaintiff is a non-profit corporation and, as such, is "deemed to be a citizen of any state by which it has been incorporated, and also, of the State where it has its principal place of business."   28 U.S.C. § 1332(c)(1).  According to the Compliant, Plaintiff is a Colorado non-profit corporation with its principal place of business in Boulder, Colorado.  ***Appendix A-3*** at ¶ 2.   Importantly, there is no indication that Plaintiff is or has been a citizen of Pennsylvania.  ***Id***.

Philadelphia Indemnity Insurance Company is now and was at the time of the commencement of this action a citizen of the State of Pennsylvania because Defendant was incorporated in the State of Pennsylvania with its principal place of business in the State of Pennsylvania at all relevant times.  The Colorado Secretary of State filing for Philadelphia Indemnity Insurance Company is attached hereto as ***Appendix A-6***.  Philadelphia Indemnity Insurance Company is a foreign corporation incorporated in the State of Pennsylvania with is principal place of business in Pennsylvania.

Pursuant to D.C.COLO.LCivR 81.1, attached as **Appendix A** are copies of the docket sheet from the state court and other pleadings that have been filed in the state court.

1. Docket Sheet from State Court;

2. District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint;

3. Complaint and Jury Demand;

4. Summons;

5. Notice of Removal to United States District Court;

6. Colorado Secretary of State filing for Philadelphia Indemnity Insurance Company.

See Appendices attached hereto as **Appendix A-1**, **A-2**, **A-3**, **A-4**, **A-5**, and **A-6.** Defendant states that no hearings have been set in the state court as of this date.

Respectfully submitted,

By:     _s/ L. Kathleen Chaney_
        L. Kathleen Chaney
        LAMBDIN & CHANEY, LLP
        4949 S. Syracuse Street, Suite 600
        Denver, Colorado 80237
        Telephone: (303) 799-8889
        Facsimile:  (303) 799-3700
        E-mail: kchaney@lclaw.net
        Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of March, 2018, a true and correct copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jonathan E. Bukowski, Esq.
Merlin Law Group, PA
1001 17th Street, Suite 1150
Denver, CO 80202
(720) 665-9680
jbukowski@merlinlawgroup.com

By:      *s/ L. Kathleen Chaney*
          L. Kathleen Chaney
          LAMBDIN & CHANEY, LLP