<table>
<tr><td colspan="2">

DISTRICT COURT, COUNTY OF BOULDER,
STATE OF COLORADO

Address of Court:   Boulder County Courthouse
                    1777 6th Street
                    Boulder, Colorado 80302

</td></tr>
</table>

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, STATE OF COLORADO<br><br>Address of Court:   Boulder County Courthouse<br>1777 6th Street<br>Boulder, Colorado 80302 | DATE FILED: February 7, 2018 2:57 PM<br>FILING ID: 2713AE87F7BD6<br>CASE NUMBER: 2018CV30119 |
| **Plaintiff: GREENWOOD COMMONS CONDOMINIUM ASSOCIATION, a Colorado Non-Profit Corporation,**<br><br>**v.**<br><br>**Defendant: PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Corporation,** | **▲ COURT USE ONLY ▲** |
| **ATTORNEY FOR PLAINTIFF:**<br>Jonathan E. Bukowski, Esq.<br>Colorado Bar No. 45614<br>Merlin Law Group, PA<br>1001 17th Street, Suite 1150<br>Denver, CO 80202<br>Telephone:   720-665-9680<br>Facsimile:   720-665-9681<br>E-Mail: jbukowski@merlinlawgroup.com | Case Number:<br>Division: |
| **COMPLAINT AND JURY DEMAND** | |

**COMES NOW** Plaintiff, GREENWOOD COMMONS CONDOMINIUM ASSOCIATION, by and through its undersigned counsel, and hereby submits this its Complaint against Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, and in support of its Complaint, alleges and avers as follows:

## NATURE OF THE ACTION

1.      Plaintiff brings this action seeking economic and non-economic damages arising from Defendant's bad faith conduct and unreasonable delay and denial in the payment of covered benefits due and owing under Plaintiff's first-party insurance contract.

## PARTIES

2.      Plaintiff, Greenwood Commons Condominium Association ("Plaintiff" or "Greenwood Commons" or "Insured") is a non-profit Colorado Corporation.

3.      Plaintiff is the duly organized homeowner's association for the development known as the Greenwood Commons Condominiums located at 1545 Patton Circle, Boulder, Boulder County, Colorado 80303-1228 ("Property").

4.      Upon information and belief, Defendant, Philadelphia Indemnity Insurance Company ("Defendant" or "Philadelphia"), is an insurance company licensed with the State of Colorado with the Division of Insurance engaged in the business of issuing property and casualty insurance policies insuring commercial and other properties in the State of Colorado.

## JURISDICTION AND VENUE

5.      This Court has subject matter and personal jurisdiction over the parties to this cause of action.

6.      A cause of action exists under Colorado state law for claims regarding the conduct complained of herein.

7.      Jurisdiction is proper as to Philadelphia pursuant to Colorado Revised Statutes §13-1-124(1)(a), (b), and (d) because Philadelphia conducted the business at issue in this action, committed tortious misconduct and contracted to insure property within the County of Boulder and State of Colorado.

8.      Venue is proper pursuant to Col.R.Civ.P. 98 because it is the venue in which the cause of action accrued and where the insured property in question is located.

## FACTS COMMON TO ALL COUNTS

9.      The Greenwood Commons Property is comprised of six condominium units, identified as Units A through F.

10.     Plaintiff purchased a Commercial Property Coverage Policy of insurance from Philadelphia under Policy Number PHPK1408368 (the "Policy").

11.     The Policy provides $2,000,000.00 in property damage coverage for Plaintiff's Property.

12.     The Policy was issued with effective dates of December 17, 2015 through December 17, 2016. A true and accurate copy of the Policy is attached hereto as **Exhibit "A."**

13.     The Policy is an all risk policy of insurance.

14.     The Policy is a replacement cost value policy and covers loss to Plaintiff's Property.

15.     The Policy covers not only the Greenwood Commons building, but also the interior fixtures as originally installed.

16.     Under the Policy, Philadelphia is obligated to pay for direct physical loss and damage to the insured Property resulting from fire.

17.     Under the Policy, Philadelphia agreed to adjust all losses with its insured fairly and timely.

18.     Plaintiff paid the premiums due under the Policy in a timely manner.

19.     Plaintiff performed all duties and responsibilities required of it under the Policy.

20.     On or about May 25, 2016, during the Policy period, Plaintiff suffered a loss at the insured Property due to fire.

21.     The damage from the fire constituted a covered loss under the Policy.

22.     Plaintiff timely reported the covered loss and damage to Philadelphia, and made a claim for the loss and damage to the Greenwood Commons Property.

23.     The fire destroyed four of the six condominium units (A, B, D, & E) contained within the Greenwood Commons Property.

24.     Philadelphia assigned Claim Number 987306 to the Greenwood Commons Property loss.

25.     Philadelphia assigned its claim representative, Rick Lovejoy, to investigate and adjust Plaintiff's claim for damages to the Greenwood Commons Property.

26.     Philadelphia retained an independent adjuster, Robert Lawson of Eberl Claims Service (hereinafter "Robert Lawson"), to assist with the investigation and adjustment of its Insured's claim for damages to the Greenwood Commons Property.

27.     Philadelphia retained an engineer, Todd Hedglin of Advanced Engineering Investigations Corporation (hereinafter "Todd Hedglin"), to assist with the investigation of its Insured's claim for damages to the Greenwood Commons Property.

28.     On or about May 27, 2016 and May 31, 2016, Philadelphia representatives Robert Lawson and Todd Hedglin performed site inspections of the Greenwood Commons Property.

29.     On or about June 20, 2016, Todd Hedglin finalized an investigation report, concluding that the fire was accidental in nature.

30.     Having received little to no communication from Philadelphia, on or about June 21, 2016, Plaintiff requested that Philadelphia:

    (a)     provide an update as to the adjustment of its claim for damages resulting from the fire occurring on May 25, 2016;
    (b)     advise what damages to the Greenwood Commons Property resulting from the fire are covered under its Policy;
    (c)     authorize engagement of a design professional to develop the necessary design and construction documentation for the restoration and remodel of

the damaged condominium units of the Greenwood Commons Property; and

(d)     authorize engagement of SBSA, Inc., or Pie Consulting & Engineering to prepare the scope of work for the repair and restoration of the damaged condominium units of the Greenwood Commons Property.

31.     Philadelphia purposefully ignored the requests of its Insured outlined in Paragraph 30 above.

32.     On or about June 24, 2016, for a second time, Plaintiff requested Philadelphia authorize engagement of a design professional to develop the necessary design and construction documentation for the restoration and remodel of the damaged condominium units and engagement of an engineer to prepare the scope of work for the repair of the Greenwood Commons Property.

33.     On or about July 19, 2016, Philadelphia purposely misrepresented the terms of the Policy, advising Plaintiff that the Policy did not provide coverage for any interior damages to the Greenwood Commons Property.

34.     On or about July 21, 2016, Plaintiff requested that Philadelphia provide copies of any estimates created by its independent adjuster, Robert Lawson. In response, Philadelphia provided Plaintiff with a copy of Robert Lawson's "draft" estimate.

35.     Robert Lawson's "draft" estimate failed to include obvious covered damages, including, but not limited to, timber framing, carpet, vinyl floor covering, tile, baseboard, ductwork, switches/outlets, light fixtures, thermostat, doorbell, sinks, bathtub, toilet, vanity, plumbing, cabinetry, countertops, and appliances such as microwave, garbage disposer, and refrigerator.

36.     Plaintiff contracted with Interstate Restoration in July 2016 to assist with the repairs and restoration of the damaged condominium units of the Greenwood Commons Property.

37.     The Insured's contractor, Interstate Restoration, requested that Philadelphia coordinate a meeting at the Property to address concerns regarding interior damages to several of the Greenwood Commons Property units. Philadelphia refused to coordinate such a meeting with the Insured's contractor.

38.     On or about August 30, 2016, Philadelphia, for a second time, purposely misrepresented the terms of the Policy by advising Plaintiff's contractor, Interstate Restoration, that Philadelphia's Policy only provided coverage for damage to the exterior of the Greenwood Commons Property.

39.     On or about September 2, 2016, Philadelphia provided its first damage estimate to Plaintiff which outlined $114,408.17 in replacement cost value covered damages.

40.     Philadelphia's first damage estimate failed to include obvious covered damages, including, but not limited to, timber framing, carpet, vinyl floor covering, tile, baseboard, ductwork, switches/outlets, light fixtures, thermostat, doorbell, sinks, bathtub, toilet, vanity, plumbing, cabinetry, countertops, and appliances such as microwave, garbage disposer, and refrigerator. Of note, each of the above outlined line items was agreed to by Philadelphia some fourteen months later in November 2017.

41.     Philadelphia purposefully misrepresented the terms of the insurance Policy by failing to include any interior damages within its first damage estimate.

42.     On or about September 15, 2016, Philadelphia for a third time purposefully misrepresented the terms of the insurance Policy by advising its Insured that it was responsible for all interior repairs.

43.     On or about September 19, 2016, Plaintiff refuted Philadelphia's misrepresentation of the terms and coverage of the insurance Policy.  Plaintiff advised Philadelphia that the Policy provided coverage for interior repairs to the Greenwood Commons Property.

44.     On or about September 23, 2016, Philadelphia acknowledged its misrepresentation of the terms and coverage of the insurance Policy. Philadelphia advised Plaintiff that it would revise its first damage estimate to reflect interior covered damages to the Greenwood Commons Property.

45.     On or about September 24, 2016, Philadelphia provided its second damage estimate which outlined $146,410.86 in replacement cost value covered damages. A copy of Philadelphia's Second Damage Estimate is attached hereto as **Exhibit "B."**

46.     While Philadelphia advised Plaintiff that it would revise its first damage estimate to include interior damages to the Greenwood Commons Property, Philadelphia's second damage estimate failed to include obvious covered damages, including, but not limited to, timber framing, carpet, vinyl floor covering, tile, baseboard, ductwork, switches/outlets, light fixtures, thermostat, doorbell, sinks, bathtub, toilet, vanity, plumbing, cabinetry, countertops, and appliances such as microwave, garbage disposer, and refrigerator. Of note, each of the above outlined line items was agreed to by Philadelphia some fourteen months later in November 2017.

47.     On or about October 17, 2016, Philadelphia authorized Plaintiff's contractor, Interstate Restoration, to demolish two of the six damaged condominium units (A & D) of the Greenwood Commons Property.

48.     On or about October 25, 2016, Plaintiff advised Philadelphia of its intention to recover depreciation withheld by Philadelphia upon completion of the repairs to the Greenwood Commons Property.

49.     On or about October 26, 2016, Plaintiff requested that Philadelphia revise its second damage estimate to properly provide for repairs necessary to fully indemnify Plaintiff, including, damage to plumbing, air flow systems, electrical, and wall shoring.

50.     Rather than revising its second damage estimate to include all covered damages, Philadelphia continued to unnecessarily delay the resolution of Plaintiff's claim by retaining a second building consultant, American Technologies, Inc. (hereinafter "ATI"), to inspect and prepare an estimate of the damages to the Greenwood Commons Property. While Plaintiff's retained contractor, Interstate Restoration, was familiar with the damages and repairs that would be required, Philadelphia refused to allow its second retained building consultant to inspect the Property with Plaintiff's contractor.

51.     On or about November 2, 2016, Plaintiff, for a third time, requested that Philadelphia authorize engagement of a design professional to develop the necessary design and construction documentation for the restoration and remodel of the damaged condominium units and engagement of an engineer to prepare the scope of work for the repair of the Greenwood Commons Property. Philadelphia failed to respond to Plaintiff's request.

52.     On or about December 6, 2016, Plaintiff requested an update as to the adjustment of its claim and copy of Philadelphia's revised damage estimate.

53.     On or about December 9, 2016, Plaintiff again requested a copy of Philadelphia' revised damage estimate.

54.     On or about December 12, 2016, Plaintiff issued correspondence to Philadelphia outlining the undue stressed caused by Philadelphia's continued delay and improper handling of the claim for damages to the Greenwood Commons Property. A copy of Plaintiff's Correspondence is attached hereto as **Exhibit "C."**

55.     Due to the continued unreasonable delay, misrepresentations, and lack of communication by Philadelphia, on or about January 13, 2017, Plaintiff filed a complaint with the Colorado Department of Regulatory Agencies.

56.     Plaintiff retained Adjusters International, a Colorado state licensed public adjusting firm, to assist in the adjustment of the loss in January 2017.

57.     On or about January 26, 2017, Plaintiff's representative, Adjusters International, requested Philadelphia to provide the following documentation regarding its adjustment of the Greenwood Commons Property:

    (a)    Copies of all checks
    (b)    Copies of all statements of loss
    (c)    Copies of all estimates
    (d)    Correspondence with Greenwood
    (e)    Correspondence with any and all contractors

58.     On or about January 31, 2017, Plaintiff's representative, Adjusters International, for a second time, requested Philadelphia to provide the documentation outlined in Paragraph 57 regarding its adjustment of the Greenwood Commons Property.

59.     Due to Philadelphia's repeated refusal to authorize a design professional to prepare the scope of the restoration of the Greenwood Commons Property, Plaintiff consulted Lodestone Design Group (hereinafter "Lodestone"), to develop the necessary design and construction documentation for the restoration and remodel of the damaged condominium units of the Greenwood Commons Property.

60.     On or about February 9, 2017, Plaintiff's representative, Adjusters International, for a third time, requested Philadelphia to provide the documentation outlined in Paragraph 57 regarding its adjustment of the Greenwood Commons Property and to authorize Lodestone to

develop the necessary design and construction documentation for the restoration and remodel of the damaged condominium units of the Greenwood Commons Property.

61.     In response to Plaintiff's request for authorization of Lodestone, Philadelphia requested Lodestone provide a budget related to its services. Despite being provided with a budget on February 23, 2017, Philadelphia continued to unreasonably delay the resolution of Plaintiff's claim by rejecting the proposed budget and seeking an additional architectural bid. Ultimately, Philadelphia authorized design architectural services on March 2, 2017 for an amount not to exceed $25,000.00, over eight months after Plaintiff's initial authorization request in June 2016.

62.     On or about February 17, 2017, Plaintiff's representative, Adjusters International, for a fourth time, requested Philadelphia to provide the documentation outlined in Paragraph 57 regarding its adjustment of the Greenwood Commons Property. After this fourth request, Philadelphia provided Plaintiff with a copy of its third damage estimate which outlined $230,693.17 in replacement cost value covered damages. However, Philadelphia refused to provide any of the other documentation requested by Adjusters International. A copy of Philadelphia's Third Damage Estimate is attached hereto as **Exhibit "D."**

63.     Despite acknowledging its misrepresentation of the terms and coverage of the Policy in September 2017, Philadelphia continued to purposefully exclude covered damages from its third damage estimate, including, but not limited to, timber framing, carpet, vinyl floor covering, tile, baseboard, ductwork, light fixtures, thermostat, doorbell, sinks, bathtub, toilet, vanity, plumbing, cabinetry, countertops, and appliances such as microwave, garbage disposer, and refrigerator. Of note, each of the above outlined line items was agreed to by Philadelphia some fourteen months later in November 2017.

64.     On or about March 28, 2017, Plaintiff's representative, Adjusters International, for a fifth time, requested Philadelphia to provide the documentation outlined in Paragraph 57 regarding its adjustment of the Greenwood Commons Property, including reports, estimates, as well as all correspondence between Philadelphia and all contractors. Rather than providing any of the information which had been requested over the course of three months, Philadelphia again simply provided a copy of its deficient third damage estimate which it had previously provided one month earlier on February 17, 2017.

65.     On or about May 23, 2017, Philadelphia advised that its independent adjuster, Robert Lawson, had been terminated from further involvement of its insured's claim for damages to the Greenwood Commons Property.  Philadelphia had replaced Robert Lawson with a second independent adjuster, Scott Markey. Philadelphia also retained a third consultant, Unified Building Services, to assist with the investigation of damages to the Greenwood Commons Property.

66.     On or about June 7, 2017, Philadelphia representative, Scott Markey, provided an updated estimate created by Unified Building Services (hereinafter "UBS"), which outlined replacement cost value damages in the amount of $250,463.21.

67.     Philadelphia representative, Scott Markey, acknowledged that the Greenwood Commons Property Policy covers not only the building, but also the fixtures as originally installed, and advised that the UBS estimate would be updated to reflect many of the covered interior damages previously ignored by Philadelphia.

68.     On or about June 19, 2017, Philadelphia representative, Scott Markey, provided Plaintiff with a copy of the UBS revised damage estimate which outlined $373,930.29 in replacement cost value covered damages. The revised UBS estimate included many of the damages purposefully withheld by Philadelphia over the course of the past twelve months, including

ductwork, light fixtures, doorbell, sinks, bathtub, toilet, vanity, vinyl floor covering, microwave, garbage disposer, plumbing, cabinetry, and countertops.

69.     On or about July 17, 2017, Plaintiff's representative, Adjusters International, provided Philadelphia with a copy of its contractor's, Interstate Restoration, updated estimate which outlined $626,476.04 in replacement cost value covered damages. Plaintiff further provided a comprehensive breakdown between of the disputes, and requested a meeting with Philadelphia to discuss a timely resolution of the claim.

70.     On or about August 22, 2017, Plaintiff's representative, Adjusters International, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

71.     On or about August 30, 2017, Plaintiff's representative, Adjusters International, for a second time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

72.     On or about September 5, 2017, Plaintiff's representative, Adjusters International, for a third time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

73.     On or about September 29, 2017, Plaintiff's representative, Adjusters International, for a fourth time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

74.     On or about October 9, 2017, Plaintiff's representative, Adjusters International, for a fifth time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

75.     On or about October 15, 2017, Plaintiff's representative, Adjusters International, for a sixth time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

76.     On or about October 18, 2017, Plaintiff's representative, Adjusters International, for a seventh time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

77.     On or about October 24, 2017, Plaintiff's representative, Adjusters International, for an eighth time, requested whether Philadelphia had completed its revised final estimate of damages to the Greenwood Commons Property.

78.     On or about November 2, 2017, over five hundred and twenty days since a fire severely damaged the Greenwood Commons Property, Philadelphia agrees to $654,463.55 in replacement cost value covered damages.

79.     Philadelphia's final agreed estimate is approximately $540,055.38 more than the mere $114,408.17 outlined in its first damage estimate in September 2016.

80.     Philadelphia's inordinate delay in its handling of Plaintiff's claim caused the owners of the four destroyed condominium units (A, B, D, & E) to be displaced for over twenty months.

81.     Due to Philadelphia's inordinate delay in its handling of Plaintiff's claim, the displaced owners of the four destroyed condominium units (A, B, D, & E) ran out of alternate living expenses from their individual insurance carriers for several months, causing them to have to pay out-of-pocket double living expenses (i.e., their mortgages on their destroyed units, plus temporary rental payments).

82.     Plaintiff has fulfilled all duties required of them under the Policy after discovery of the loss.

83.     Plaintiff has performed all conditions precedent and subsequent required under the insurance Policy, or alternatively, have been excused from performance by the acts, representations, and/or conduct of Philadelphia.

### FIRST CLAIM FOR RELIEF
### (Bad Faith Breach of Insurance Contract)

84.     Plaintiff realleges and reaffirms Paragraphs 1-83 as if fully set forth herein.

85.     Under the Policy and Colorado law, Philadelphia, its representatives, and its adjusters owed Plaintiff the duty to act in good faith and to deal with it fairly.

86.     An insurer breaches its duty of good faith and fair dealing when it engages in unfair claim settlement practices.

87.     Philadelphia sold Plaintiff the Policy at issue, the intent of which was to provide benefits for covered losses that occurred during the Policy period.

88.     Philadelphia knew that Plaintiff purchased the Policy to protect its Property in the event of a loss.

89.     Philadelphia owed Plaintiff the non-delegable duty to investigate its claim objectively and to not look for ways to deny benefits or attempt to not pay the full amount owed.

90.     Philadelphia owed Plaintiff the duty to give equal consideration to the financial interests of its insureds and not to give greater consideration to its own financial interests while investigating and adjusting its Plaintiff's claims.

91.     Philadelphia failed to interpret its insurance policy reasonably.

92.     Philadelphia failed to resolve doubts concerning insurance coverage in favor of the policyholder.

93.    Philadelphia failed to evaluate the reports it receives from its consultants to determine whether the consultant has conducted the necessary investigation of the claim.

94.    Philadelphia failed to conduct a thorough and timely investigation of Plaintiff's claim in accordance with insurance industry claims handling standards and practices.

95.    Despite acknowledging its misinterpretation of the terms and conditions of the insurance Policy, Philadelphia provided three additional damage estimates which continued to improperly exclude interior damages to the Greenwood Commons Property.

96.    Philadelphia knew that its decision to underpay the benefits owed to Plaintiff was intentional and not accidental.

97.    Philadelphia knew that its decision to underpay benefits owed to Plaintiff would cause emotional distress and harm to Plaintiff.

98.    Philadelphia knew that it owed an obligation of good faith and fair dealing to Plaintiff, but misrepresented Policy benefits and failed to complete and full and fair investigation anyway.

99.    Philadelphia failed to treat Plaintiff's interests with equal regard to its own.

100.    Philadelphia mischaracterized the facts and coverage to the benefit of itself.

101.    Philadelphia failed to conduct a full, fair, and prompt investigation of Plaintiff's claim.

102.    Philadelphia failed to objectively evaluate Plaintiff's claim based on all available evidence, and not just evidence which Philadelphia believed supported its position.

103.    Philadelphia improperly denied Plaintiff's claim by failing to examine and questions its retained consultant reports to assure that they contained all opinions necessary to properly evaluate the claim and were based on all relevant and available evidence.

104.   Philadelphia claims representatives received incentive-based compensation to close quickly or reduce claims payments made to Plaintiff.

105.   Philadelphia improperly set various claims handling goals to reduce the amount paid on claims, including Plaintiff's.

106.   Philadelphia improperly denied Plaintiff's claim to reduce overall claims payments.

107.   Philadelphia improperly denied Plaintiff's claim to increase profits.

108.   Philadelphia improperly denied Plaintiff's claim to maintain its loss ratio.

109.   Philadelphia improperly denied Plaintiff's claim to meet department goals.

110.   Philadelphia improperly denied Plaintiff's claim by providing financial incentives to its personnel to determine claims handling.

111.   Philadelphia improperly denied Plaintiff's claim by motivating its claims department to pay less on claims, such as Plaintiff's, than what is otherwise owed.

112.   Philadelphia improperly denied Plaintiff's claim to reduce the average amount paid on overall claims.

113.   Philadelphia's conduct in the handling of Plaintiff's claim demonstrates that it was repeatedly aimed at benefiting itself to the detriment of Plaintiff.

114.   Among other circumstances, Philadelphia has committed unfair settlement practices including, without limitation:

   (a)   Philadelphia has failed to acknowledge and act reasonably promptly upon communication with respect to claims arising under insurance policies;
   (b)   Philadelphia has failed to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies;
   (c)   Philadelphia refused to pay claims without conducting a reasonable investigation based upon all available information;
   (d)   Philadelphia has failed to attempt in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

(e)     Philadelphia has failed to promptly settle claims, where liability has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage;

(f)     Philadelphia has misrepresented terms and conditions of the Policy in an attempt to influence its Insured to settlement for less than all benefits reasonably afforded under the Policy for the subject loss and damage; and

(g)     Philadelphia encourages its claims representatives to engage in unfair claims settlement practices against its Insured, thereby violating applicable laws and regulations of the State of Colorado.

115.   As a direct and proximate result of Philadelphia's actions, Plaintiff has:

(a)     incurred increased costs to repair, restore and/or replace the significant property damage;

(b)     suffered damages as a proximate result of the misconduct alleged; and

(c)     suffered and will continue to suffer other expenses, including loss of pre-judgment interest, attorneys' fees, investigatory fees, and other losses.

**WHEREFORE**, Plaintiff, Greenwood Commons Condominium Association, respectfully requests this Court enter judgment against Defendant, Philadelphia Indemnity Insurance Company, for damages resulting from its breach of its duty of good faith and fair dealing, costs, pre-judgment interest, attorneys' fees pursuant to applicable law, and such other relief as the Court deems appropriate.

## <u>SECOND CLAIM FOR RELIEF</u>
### (Unreasonable Delay and Denial of Payment of Covered Benefits Pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116)

116.   Plaintiff realleges and reaffirms Paragraphs 1-115 as if fully set forth herein.

117.   Under Colorado Revised Statute §10-3-1115, an insurer who delays or denies payment to an insured without a reasonable basis for its delay or denial is in breach of the duty of good faith and fair dealing.

118.   Under Colorado Revised Statute §10-3-1115, an insurer's delay or denial is unreasonable if the insurer delayed or denied authorizing payment of a covered benefit without a reasonable basis for that action.

119.    Plaintiff is a first-party claimant within the meaning of Colorado Revised Statute §10-3-1115(1)(b)(1).

120.    Plaintiff suffered a loss covered by the Policy and submitted a claim for that loss to Philadelphia.

121.    The claimed loss and damage submitted by Plaintiff was covered by the Policy and Plaintiff was owed covered benefits under the Policy.

122.    Philadelphia unreasonably delayed payment of covered benefits without a reasonable basis for its actions.

123.    Philadelphia unreasonably denied payment of covered benefits without a reasonable basis for its actions.

124.    Among other circumstances, Philadelphia has unreasonably denied and delayed covered benefits without a reasonable basis for doing so as alleged in the preceding paragraphs of Plaintiff's Complaint.

125.    Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by misrepresenting the terms and coverage of the Policy.

126.    Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by failing to properly investigate its Insured's loss.

127.    Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by providing an inadequate first damage estimate without having documented a reasonable investigation based upon all information.

128.    Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by providing an inadequate first damage estimate which did not include covered interior damages.

129.     Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by pressuring Plaintiff into using its preferred consultant in an effort to effectuate a deceptively low settlement.

130.     Philadelphia unreasonably delayed and denied Plaintiff's claim by misrepresenting policy provisions.

131.     Philadelphia unreasonably delayed and denied Plaintiff's claim by asserting coverage positions that it knew were without merit.

132.     Despite acknowledging its misrepresentation of the terms and coverage of the Policy, Philadelphia continued to unreasonably deny and delay payment of covered benefits without a reasonable basis for its action by providing three additional damage estimates which failed to include covered interior damages.

133.     Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by refusing to meet with Plaintiff's selected contractor to address the covered damages to the Greenwood Commons Property.

134.     Philadelphia unreasonably denied and delayed payment of covered benefits without a reasonable basis for its action by forcing Plaintiff to retain its own professions to help properly adjust the loss.

135.     Despite receipt of Plaintiff's comprehensive estimate, Philadelphia denied and delayed payment of covered benefits without a reasonable basis for doing so.

136.     Philadelphia unreasonably denied and delayed Plaintiff's claim to reduce overall claims payments.

137.     Philadelphia unreasonably denied and delayed Plaintiff's claim to increase profits.

138.    Philadelphia unreasonably denied and delayed Plaintiff's claim to maintain its loss ratio.

139.    Philadelphia unreasonably denied and delayed Plaintiff's claim to meet department goals.

140.    Philadelphia unreasonably denied and delayed Plaintiff's claim by providing financial incentives to its personnel to determine claims handling.

141.    Philadelphia unreasonably denied and delayed Plaintiff's claim by motivating its claims department to pay less on claims, such as Plaintiff's, than what is otherwise owed.

142.    Philadelphia unreasonably denied and delayed Plaintiff's claim to reduce the average amount paid on overall claims.

143.    Philadelphia unreasonably denied and delayed Plaintiff's claim by asserting a coverage position that it knew was without merit.

144.    Philadelphia's actions were intended to dissuade Plaintiff in pursuing benefits due and owing under the terms of the policy in bad faith.

145.    Based upon the foregoing Paragraphs is therefore entitled to two times the covered benefit, attorneys' fees, and costs pursuant to C.R.S. §10-3-1116, together with pre-judgment interest at the highest rate allowed by law.

**WHEREFORE**, Plaintiff, Greenwood Commons Condominium Association, respectfully requests this Court enter judgment against Defendant, Acuity, A Mutual Insurance Company, for damages authorized pursuant to Colorado Revised Statute §10-3-1116, costs, pre-judgment interest, attorneys' fees pursuant to applicable law, and other such relief as the Court deems appropriate.

## REQUEST FOR JURY TRIAL

146.     Plaintiff requests trial by jury with respect to all claims and issues triable to a jury.

Respectfully submitted this 7th day of February, 2018

s/ Jonathan E. Bukowski
Jonathan E. Bukowski, Esq.
Colorado Bar No. 45614
Merlin Law Group, PA
1001 17th Street, Suite 1150
Denver, CO 80202
Telephone:  720-665-9680
Facsimile:   720-665-9681
E-Mail: jbukowski@merlinlawgroup.com

**PHILADELPHIA**
**INSURANCE COMPANIES**

A Member of the Tokio Marine Group

One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania 19004
610.617.7900 Fax 610.617.7940
PHLY.com

## Philadelphia Indemnity Insurance Company
## COMMON POLICY DECLARATIONS

**Policy Number:** PHPK1408368

**Named Insured and Mailing Address:**
Greenwood Commons Condo Association
c/o Cheryl Grandy
207 S Harding Ct
Louisville, CO 80027-9770

**Producer:** 26149
Arthur J. Gallagher Risk Management Serv
3005 Center Green Drive
Suite 120
Boulder, CO 80301

(303)444-4666

**Policy Period From:** 12/17/2015 **To:** 12/17/2016

at 12:01 A.M. Standard Time at your mailing
address shown above.

**Business Description:** Condominium Association

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS
INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | 270.00 |
| Commercial Crime Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | 431.00 |
| Businessowners | |
| Workers Compensation | |
| UltimateCover Property Coverage Part | 2,732.00 |

| | | |
|---|---|---|
| **Total** | **$** | **3,433.00** |
| Total Includes Federal Terrorism Risk Insurance Act Coverage | | **71.00** |

**FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE**
**Refer To Forms Schedule**

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations

CPD- PIIC (06/14)

Secretary

President and CEO

## Philadelphia Indemnity Insurance Company

## Form Schedule – Policy

**Policy Number:** PHPK1408368

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| Recurring Payment Flyer | 1212 | Recurring Payment Flyer |
| CSNotice-1 | 1014 | Making Things Easier |
| BJP-190-1 | 1298 | Commercial Lines Policy Jacket |
| PP2015 | 0615 | Privacy Policy Notice |
| CPD-PIIC | 0614 | Common Policy Declarations |
| Location Schedule | 0100 | Location Schedule |
| PI-BELL-1 | 1109 | Bell Endorsement |
| PI-CME-1 | 1009 | Crisis Management Enhancement Endorsement |
| IL0017 | 1198 | Common Policy Conditions |
| IL0021 | 0908 | Nuclear Energy Liability Exclusion Endorsement |
| IL0125 | 1113 | Colorado Changes - Civil Union |
| IL0169 | 0907 | Colorado Chgs-Concealment, Misrepresentation or Fraud |
| IL0228 | 0907 | Colorado Changes - Cancellation and Nonrenewal |
| IL0985 | 0108 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| PI-TER-DN1 | 0115 | Disclosure Notice Of Terrorism Ins Coverage Rejection |

# Philadelphia Indemnity Insurance Company

## Locations Schedule

**Policy Number:** PHPK1408368

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 0001 | 0001 | 1545 Patton Cir<br>Boulder, CO 80303-1228 |

**COMMERCIAL GENERAL LIABILITY**
**CG P 011 05 09**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your renewal policy being issued by us:

**Recording And Distribution Of Material Or Information In Violation Of Law Exclusion Endorsement
CG 00 68 05 09**

This endorsement replaces the current Distribution Of Material In Violation Of Statutes Exclusion in your policy with a revised exclusion, newly titled Recording And Distribution Of Material Or Information In Violation Of Law Exclusion. The revised exclusion contains language that elaborates on the intent of the Distribution Of Material In Violation Of Statutes Exclusion to reflect that, in addition to the TCPA and CAN-SPAM Act of 2003, the exclusion will more explicitly exclude liability coverage for bodily injury, property damage or personal and advertising injury arising out of any action or omission that violates, or is alleged to violate, the Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA) and any other similar federal, state or local statute, ordinance or regulation concerning disposal and dissemination of personal information.

## Philadelphia Indemnity Insurance Company

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy Number: PHPK1408368

Agent # 26149

☒ See Supplemental Schedule

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| $ | 2,000,000 | General Aggregate Limit (Other Than Products -- Completed Operations) |
| $ | 2,000,000 | Products/Completed Operations Aggregate Limit  (Any One Person Or Organization) |
| $ | 1,000,000 | Personal and Advertising Injury Limit |
| $ | 1,000,000 | Each Occurrence Limit |
| $ | 100,000 | Rented To You Limit |
| $ | 5,000 | Medical Expense Limit (Any One Person) |

**FORM OF BUSINESS:** ASSOCIATION

Business Description: Condominium Association

Location of All Premises You Own, Rent or Occupy:  **SEE SCHEDULE ATTACHED**

**AUDIT PERIOD, ANNUAL, UNLESS OTHERWISE STATED:** This policy is not subject to premium audit.

| Classifications | Code No. | Premium Basis | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | Prem./ Ops. | Prod./ Comp. Ops | Prem./ Ops. | Prod./ Comp. Ops. |
| **SEE SCHEDULE ATTACHED** | | | | | | |
| **TOTAL PREMIUM FOR THIS COVERAGE PART:** | | | | | $  270.00 | $ |

**RETROACTIVE DATE (CG 00 02 ONLY)**
This insurance does not apply to "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" which occurs before the retroactive date, if any, shown below.

Retroactive Date:  __NONE__

**FORM (S) AND ENDORSEMENT (S) APPLICABLE TO THIS COVERAGE PART: Refer To Forms Schedule**

_____          _____

Countersignature Date                    Authorized Representative

Philadelphia Indemnity Insurance Company

Form Schedule – General Liability

**Policy Number:** PHPK1408368

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CGP011 | 0509 | Recording and Distribution of Material or Information |
| Gen Liab Dec | 1004 | Commercial General Liability Coverage Part Declaration |
| Gen Liab Schedule | 0100 | General Liability Schedule |
| CG0001 | 0413 | Commercial General Liability Coverage Form |
| CG2004 | 1185 | Addl Ins - Condominium Unit Owners |
| CG2106 | 0514 | Excl-Access/Disclosure-With Ltd Bodily Injury Except |
| CG2146 | 0798 | Abuse Or Molestation Exclusion |
| CG2147 | 1207 | Employment-Related Practices Exclusion |
| CG2167 | 1204 | Fungi or Bacteria Exclusion |
| CG2170 | 0108 | Cap On Losses From Certified Acts Of Terrorism |
| CG2402 | 1204 | Binding Arbitration |
| PI-CO-5 | 0403 | Exclusion - Subsidence |
| PI-CO-6 | 1106 | General Liability Deluxe Endt: Condominium Association |
| PI-GL-001 | 0894 | Exclusion - Lead Liability |
| PI-GL-002 | 0894 | Exclusion - Asbestos Liability |

# Philadelphia Indemnity Insurance Company
## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL SCHEDULE

Policy Number:  PHPK1408368

Agent #  26149

| Classifications | Code No. | Premium Basis | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem./ Ops. | Prod./ Comp. Ops. | Prem./ Ops. | Prod./ Comp. Ops. |
| CO      PREM NO. 001 | | | | | | | |
| CONDO-RESIDENTIAL | 62003 | | 6 | 44.788 | INCL | 270 | INCL |
| | | UNIT | | | | | |
| PROD/COMP OP SUBJ TO | | | | | | | |
| GEN AGG LIMIT | | | | | | | |
| | | | | | | | |
| CO | | | | | | | |
| LIABILITY DELUXE | | | | | | INCL | |

# Philadelphia Indemnity Insurance Company

POLICY NUMBER: PHPK1408368

**COMMERCIAL AUTO**
**CA DS 03 03 06**

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**

**Named Insured and Mailing Address:**
Greenwood Commons Condo Association
c/o Cheryl Grandy
207 S Harding Ct
Louisville, CO 80027-9770

| Policy Period | |
|---|---|
| **From:** 12/17/2015 | |
| **To:** 12/17/2016 | At 12:01 A.M. Standard Time at your mailing address. |
| **Previous Policy Number:** PHPK1267647 | |

**Form Of Business:** ASSOCIATION

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Premium shown is payable at inception:** $ 431.00

**Audit Period (If Applicable):** ☐ Annually    ☐ Semi-Annually    ☐ Quarterly    ☐ Monthly

**Endorsements Attached To This Policy:**

### See Schedule Attached

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

## ITEM TWO

**Schedule Of Coverages And Covered Autos**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Liability | 08, 09 | $  1,000,000          CSL | $       430.00 |
| Personal Injury Protection (Or Equivalent No-Fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus<br>$                               Deductible. | $ |
| Added Personal Injury Protection (Or Equivalent Added No-Fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement. | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus<br>$                          Deductible<br>For Each Accident. | $ |
| Auto Medical Payments | | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In Each Medical Expense And Income Loss Benefits Endorsement. | $ |
| Uninsured Motorists | | $ | $ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | $ | $ |

      © ISO Properties, Inc., 2005      CA DS 03 03 06      □

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Physical Damage Comprehensive Coverage** | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$      Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning. See Item Four For Hired Or Borrowed Autos. | $ |
| **Physical Damage Specified Causes Of Loss Coverage** | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$ 25    Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism. See Item Four For Hired Or Borrowed Autos. | $ |
| **Physical Damage Collision Coverage** | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$      Deductible For Each Covered Auto. See Item Four For Hired Or Borrowed "Autos". | $ |
| **Physical Damage Towing And Labor** | | $      For Each Disablement Of A Private Passenger Auto. | $ |
| Terrorism | All | Per Coverage Endorsement | 1.00 |
| | | **Premium For Endorsements** | $ |
| | | **Estimated Total Premium*** | $    431.00 |
| *This Policy May Be Subject To Final Audit. | | | |

**ITEM THREE**
**Schedule Of Covered Autos You Own**

| Covered Auto Number: | |
|---|---|
| Town And State Where The Covered Auto Will Be Principally Garaged | **SEE SCHEDULE ATTACHED** |
| Description (Year, Model, Trade Name, Body Type, Serial Number (S), Vehicle Identification Number (VIN)) | |

| Purchased: | Original Cost New | $ |
| | Actual Cost New (N) Or Used (U) | $ |

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor | | Secondary Rating Factor | Code |
|---|---|---|---|---|---|---|---|
| | | | | Liab. | Phy. Dam. | | |
| | **SEE SCHEDULE ATTACHED** | | | | | | |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named To The Right As Interests May Appear At the Time Of The Loss. | See Schedule(s) |
|---|---|

**Coverages – Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Liability** | $ | $ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus $ Deductible Shown | $ |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | $ |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus $ Deductible Shown | $ |
| **Auto Medical Payments** | $ | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In Each Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| **Comprehensive** | Stated In Item Two Minus $ Deductible Shown | $ |
| **Specified Causes Of Loss** | Stated In Item Two Minus $  25 Deductible Shown | $ |
| **Collision** | Stated In Item Two Minus $ Deductible Shown | $ |
| **Towing And Labor** | $ Per Disablement | $ |

 © ISO Properties, Inc., 2005 CA DS 03 03 06  □

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Total Premiums - SEE SCHEDULE ATTACHED | |
|---|---|
| Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM FOUR**
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Liability Coverage – Rating Basis, Cost Of Hire | | | | |
|---|---|---|---|---|
| State | Estimated Cost Of Hire For Each State | Rate Per Each $100 Cost Of Hire | Factor (If Liability Coverage Is Primary) | Premium |
| | $ SEE SCHEDULE, IF APPLICABLE | $ | | $ |
| | | | Total Premium | $ |
| Liability Coverage – Rating Basis, Number Of Days – (For Mobile Or Farm Equipment – Rental Period Basis) | | | | |
| State | Estimated Number Of Days Equipment Will Be Rented | Base Premium | Factor | Premium |
| | | $ | | $ |
| | | | Total Premium | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

**Physical Damage Coverage - SEE SCHEDULE, IF APPLICABLE**

| Coverages | Limit Of Insurance | | |
|---|---|---|---|
| **Comprehensive** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $          Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning. | | |
| | **Estimated Annual Cost Of Hire** | **Rate Per Each $100 Annual Cost Of Hire** | **Premium** |
| | $ | $ | $ |
| **Specified Causes Of Loss** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $   25       Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism. | | |
| | **Estimated Annual Cost Of Hire** | **Rate Per Each $100 Annual Cost Of Hire** | **Premium** |
| | $ | $ | $ |
| **Collision** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $          Deductible For Each Covered Auto. | | |
| | **Estimated Annual Cost Of Hire** | **Rate Per Each $100 Annual Cost Of Hire** | **Premium** |
| | $ | $ | $ |

| Total Premium: SEE SCHEDULE, IF APPLICABLE | $ |
|---|---|

**ITEM FIVE**

**Schedule For Non-Ownership Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 25 | $      275.00 |
| | Number Of Partners | | $ |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| Social Service Agencies | Number Of Employees | | $ |
| | Number Of Volunteers | | $ |
| | | Total Premiums | $      275.00 |

© ISO Properties, Inc., 2005      **CA DS 03 03 06**    ▯

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis – Liability Coverage – Public Auto Or Leasing Rental Concerns**

| Location No: | | | |
|---|---|---|---|
| **(Check One)** | Gross Receipts (Per $100) | | Mileage (Per Mile) |
| **Estimated Yearly:** | | | |
| Rates | | | |
| **Liability** | $ | | |
| **Auto Medical Payments** | $ | | |
| **Medical Expense Benefits (VA Only)** | $ | | |
| **Income Loss Benefits (VA Only)** | $ | | |
| Premiums | | | |
| **Liability** | $ | | |
| **Auto Medical Payments** | $ | | |
| **Medical Expense Benefits (VA Only)** | $ | | |
| **Income Loss Benefits (VA Only)** | $ | | |

| Location No: | | | |
|---|---|---|---|
| **(Check One)** | Gross Receipts (Per $100) | | Mileage (Per Mile) |
| **Estimated Yearly:** | | | |
| Rates | | | |
| **Liability** | $ | | |
| **Auto Medical Payments** | $ | | |
| **Medical Expense Benefits (VA Only)** | $ | | |
| **Income Loss Benefits (VA Only)** | $ | | |
| Premiums | | | |
| **Liability** | $ | | |
| **Auto Medical Payments** | $ | | |
| **Medical Expense Benefits (VA Only)** | $ | | |
| **Income Loss Benefits (VA Only)** | $ | | |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis – Liability Coverage – Public Auto Or Leasing Rental Concerns (Cont'd)**

| Location No: | | | |
|---|---|---|---|
| (Check One) | | Gross Receipts (Per $100) | Mileage (Per Mile) |
| Estimated Yearly: | | | |
| **Rates** | | | |
| Liability | $ | | |
| Auto Medical Payments | $ | | |
| Medical Expense Benefits (VA Only) | $ | | |
| Income Loss Benefits (VA Only) | $ | | |
| **Premiums** | | | |
| Liability | $ | | |
| Auto Medical Payments | $ | | |
| Medical Expense Benefits (VA Only) | $ | | |
| Income Loss Benefits (VA Only) | $ | | |

| **Total Premiums** | |
|---|---|
| Minimum Liability | $ |
| Minimum Auto Medical Payments | $ |
| Minimum Medical Expense Benefits (VA Only) | $ |
| Minimum Income Loss Benefits (VA Only) | $ |
| Liability | $ |
| Auto Medical Payments | $ |
| Medical Expense Benefits (VA Only) | $ |
| Income Loss Benefits (VA Only) | $ |

| Location Number | Address |
|---|---|
| | |
| | |
| | |

  © ISO Properties, Inc., 2005  CA DS 03 03 06   ☐

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

**A.** Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

**B.** Advertising revenue.

**C.** Taxes which you collect as a separate item and remit directly to a governmental division.

**D.** C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

Philadelphia Indemnity Insurance Company

Form Schedule – Commercial Auto

**Policy Number:** PHPK1408368

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|---|---|---|
| CADS03 | 0306 | Business Auto Declarations |
| Hired or Borrowed Auto Sche | 0706 | Schedule of Hired or Borrowed Covered Auto |
| CA0001 | 0306 | Business Auto Coverage Form |
| CA0113 | 0111 | Colorado Changes |
| CA2356 | 1102 | Cap on Losses From Certified Acts of Terrorism |

Policy Number: PHPK1408368

## Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums

| Coverage | State | Cost of Hire | Deductible | Rate | Premium |
|---|---|---|---|---|---|
| Liability Coverage | CO | 5,000 | | 3.09500 | $ 155 |
| | | | Total Premium - | $ | 155 |

<div align="right">
**COMMERCIAL PROPERTY**
**CP P 003 07 06**
</div>

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your new or renewal policy being issued by us:

### Exclusion Of Loss Due To Virus Or Bacteria Endorsement CP 01 40 07 06

This endorsement makes an explicit statement regarding a risk that is not covered under your Commercial Property insurance: It points out that there is no coverage under such insurance for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. The exclusion in this endorsement applies to all coverages provided by your Commercial Property insurance, including (if any) property damage and business income coverages.

PI-ULTD-002 11.98

# ULTIMATECOVER
## PROPERTY COVERAGE PART DECLARATIONS

**Policy Number** PHPK1408368

**Effective Date:** 12/17/2015
**Expiration Date:** 12/17/2016
**12:01 a.m., Standard Time**

☐ Extension of Declarations is attached

### Business Description

Condominium Association

### Description of Premises

| Prem. No. | Bldg. No. | Location, Construction and Occupancy | |
|-----------|-----------|--------------------------------------|---|
| 0001 | 0001 | 1545 Patton Cir | |
| | | Boulder, CO 80303-1228 | |
| | | CONDOMINIUMS | FRAME |

### Limits of Insurance

Insurance applies only for coverage for which a Limit of Insurance is shown.

### Property at Specified Premises

| Prem. No. | Bldg. No. | Your Business Personal Property | Personal Property of Others | Buildings |
|-----------|-----------|--------------------------------|------------------------------|-----------|
| 0001 | 0001 | | | $ 1,083,338 |

**Page 1 of 2**

PI-ULTD-002 11.98

Personal Property at Location not Specifically Identified: $100,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

Personal Property in Transit: $50,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

These declarations are part of the policy declarations containing the Name of the Insured and the policy period.

## Applications of Limits

☒ Specific        ☐ Blanket - See Form PI-ULTD-006
☐ Exceptions:

## Deductibles

Building $       Business Personal Property $       Transit $    2,500

### SEE MULTIPLE DEDUCTIBLE FORM(S)

## Coinsurance

☐ 80%     ☒ 90%     ☐ 100%     ☐ Agreed Value

## Mortgage Holders

Prem. No.     Bldg. No.     Mortgage Holder Name and Address

SEE SCHEDULE ATTACHED

## Forms and Endorsement

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Schedule of Forms and Endorsements attached.

## Premium

Premium for this Coverage Part $     2,732.00

PI-ULTD-005 (05/13)

# ADDITIONAL COVERAGE SUMMARY DECLARATIONS

**Policy Number** PHPK1408368

As per the Property Coverage Part Declarations this Coverage Part provides the following Additional Coverages and Coverage Extensions, subject to the Limits of Insurance shown below.

**Limits of Insurance**

| | |
|---|---|
| Brands and Labels | Included in Policy Limits |
| Claim Expenses | $ 10,000 |
| Contract Penalty Clause | $ 25,000 |
| Computer Property | Included in Personal Property Limits |
| Excavation and Landscaping | $ 25,000 |
| Fine Arts | $ 25,000 |
| Fines for False Alarms | $ 5,000 |
| Fire Department Service Charge | $ 50,000 |
| Fire, Sprinkler or Burglar Alarm Upgrade | $ 50,000 |
| Fish in Aquariums | $ 1,000 |
| Glass | Included in Policy Limits, except when PI-ULT-030 applies |
| Guard Dogs | $ 1,000 |
| Lost Key Replacement | $ 2,500 |
| Newly Acquired Property | $1,000,000 Blanket Limit Real and Personal |
| Property | |
| New Construction | $ 500,000 |
| Ordinance or Law – Undamaged Portion | Included in Building Limit |
| Ordinance or Law – Demolition | $ 250,000 |
| Ordinance or Law – Increased Cost of Construction | $ 250,000 |
| Personal Effects – Portable Electronic Equipment – | |
| Away from Premises | $ 1,000 |
| Personal Effects - Premises | $ 25,000 |
| Personal Effects – Spouses | $ 500 |
| Personal Effects – Worldwide | $ 1,000 |
| Pollutant Cleanup and Removal | $ 25,000 |
| Precious Metals | $ 2,500 |
| Signs | Included in Personal Property Limits |
| Theft Damage to Building | Included in Personal Property Limits |
| Utility Service | $ 10,000 |
| Voluntary Parting | $ 10,000 |

For the Additional Coverages and Coverage Extensions shown below, if a Superceding Limit of Insurance is shown, that Superceding Limit is the applicable Limit of Insurance.

| | Limits of Insurance | Superseding Limits |
|---|---|---|
| Accounts Receivable | $ 250,000 | $ _____ |
| Arson Reward | $ 25,000 | $ _____ |
| Computer Virus Extraction Expense | $ 2,500 | $ _____ |
| Consequential Damage | $ 25,000 | $ _____ |
| Debris Removal | $ 250,000 | $ _____ |
| Personal Property in Transit | $ 50,000 | $ _____ |
| Personal Property at Locations not | | |
| Specifically Identified | $ 100,000 | $ _____ |
| Valuable Papers and Records – | | |
| Cost of Research | $ 250,000 | $ _____ |

## Philadelphia Indemnity Insurance Company

## Form Schedule – UltimateCover

**Policy Number:** PHPK1408368

## Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CP P 003 | 0706 | Excl of Loss Due to Virus or Bacteria Advisory Notice |
| PI-ULTD-002 | 1198 | Property Coverage Part Declarations |
| PI-ULTD-005 | 0513 | Additional Coverage Summary Declarations |
| CP0090 | 0788 | Commercial Property Conditions |
| CP0140 | 0706 | Exclusion of Loss Due to Virus or Bacteria |
| PI-ULT-007 | 1198 | Property Coverage Form |
| PI-ULT-008 | 1198 | Causes of Loss Form |
| PI-ULT-009 | 1198 | Crime Coverage Form |
| PI-ULT-018 | 1198 | Windstorm or Hail Percentage Deductible |
| PI-ULT-023 | 0701 | Boiler and Machinery Endorsement |
| PI-ULT-030 | 0605 | Condominium Association Coverage Endorsement |
| PI-ULT-072 | 1010 | Limitations on Fungus, Wet Rot, Dry Rot and Bacteria |
| PI-ULT-085 | 0108 | Cap on Losses From Certified Acts of Terrorism |
| PI-ULT-088 | 0204 | Changes - Electronic Data |
| PI-ULT-089 | 0605 | Multiple Deductible Form |
| PI-ULT-093 | 1106 | Elite Property Enhancement: Condominium Association |
| PI-ULT-139 | 0313 | Employee Dishonesty - Board Members |
| PI-ULT-142 | 0814 | Collapse - Exclusion And Additional Coverage Re-Stated |
| PI-MANU-1 | 0100 | ICE DAMMING DEDUCTIBLE |

PI-BELL-1 (11/09)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## BELL ENDORSEMENT



One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania 19004
610.617.7900 Fax 610.617.7940
PHLY.com

Unless otherwise stated herein, the terms, conditions, exclusions and other limitations set forth in this endorsement are solely applicable to coverage afforded by this endorsement, and the policy is amended as follows:

### I.   SCHEDULE OF ADDITIONAL COVERAGES AND LIMITS

The following is a summary of Limits of Liability or Limits of Insurance and/or additional coverages provided by this endorsement.  This endorsement is subject to the provisions of the policy to which it is attached.

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| Business Travel Accident Benefit | $50,000 |
| Conference Cancellation | $25,000 |
| Donation Assurance | $50,000 |
| Emergency Real Estate Consulting Fee | $50,000 |
| Fundraising Event Blackout | $25,000 |
| Identity Theft Expense | $50,000 |
| Image Restoration and Counseling | $50,000 |
| Key Individual Replacement Expenses | $50,000 |
| Kidnap Expense | $50,000 |
| Political Unrest | $5,000 per employee; $25,000 policy limit |
| Temporary Meeting Space Reimbursement | $25,000 |
| Terrorism Travel Reimbursement | $50,000 |
| Travel Delay Reimbursement | $1,500 |
| Workplace Violence Counseling | $50,000 |

© 2009 Philadelphia Insurance Companies

PI-BELL-1 (11/09)

## II.   CONDITIONS

### A.  Applicability of Coverage

Coverage provided by your policy and any endorsements attached thereto is amended by this endorsement where applicable.

### B.  Limits of Liability or Limits of Insurance

1.   When coverage is provided by this endorsement and another coverage form or endorsement attached to this policy, the greater limits of liability or limits of insurance will apply.  In no instance will multiple limits apply to coverages which may be duplicated within this policy.  Additionally, if this policy and any other coverage part or policy issued to you by us, or any company affiliated with us, apply to the same occurrence, offense, wrongful act, accident or loss, the maximum limits of liability or limits of insurance under all such coverage parts or policies combined shall not exceed the highest applicable limits of liability or limits of insurance under any one coverage part or policy.

2.   Limits of liability or limits of insurance identified in Section **I. SCHEDULE OF ADDITIONAL COVERAGES AND LIMITS** above are not excess of, but are in addition to the applicable Limits of Liability or Limits of Insurance stated in the Declarations.

### C.  Claim Expenses

Coverages provided herein are not applicable to the generation of claim adjustment costs by you; such as fees you may incur by retaining a public adjuster or appraiser.

## III.   ADDITIONAL COVERAGES

### A.  Business Travel Accident Benefit

We will pay a Business Travel Accident Benefit to the insured if a director or officer suffers injury or death while traveling on a common carrier for your business during the policy period.

For the purpose of Business Travel Accident Benefit coverage, injury means:

1.   Physical damage to the body caused by violence, fracture, or an accident that results in loss of life not later than one hundred eighty (180) days after the policy expiration, the date of cancellation or the date of non-renewal;

2.   Accidental loss of limbs or multiple fingers;

3.   Total loss of sight, speech or hearing.

The limit of insurance for this coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

The Business Travel Accident Benefit shall not be payable if the cause of the injury was:

1.   An intentional act by the insured;

2.   An act of suicide or attempted suicide;

3.   An act of war; or

4.   A disease process.

**B. Conference Cancellation**

We will reimburse the insured for any business-related conference expenses, paid by the insured and not otherwise reimbursed, for a canceled conference that an employee was scheduled to attend. The cancellation must be due directly to a "natural catastrophe" or a "communicable disease" outbreak that forces the cancellation of the conference.

With respect to a conference cancellation claim, it is further agreed as follows:

**1.** The insured employee must have registered for the conference at least thirty (30) days prior to the cancellation; and

**2.** The cancellation must be ordered by a local, state or federal Board of Health or other governmental authority having jurisdiction over the location of the conference.

The limit of insurance for this coverage is $25,000 per policy period for all insureds combined. No deductible applies to this coverage.

**C. Donation Assurance**

If the insured is a 501(c)(3) status non-profit organization as defined in the United States Internal Revenue Code, we will reimburse the insured for "failed donation claim(s)."

With respect to any "failed donation claim," it is further agreed as follows:

**1.** The donor must not have been in bankruptcy, nor have filed for bankruptcy or reorganization in the past seven (7) years prior to the time said pledge was made to the insured;

**2.** For non-cash donations, our payment of a "failed donation claim" shall be based on the fair market value of said non-cash donation at the time of the "failed donation claim";

**3.** In the case of unemployment or incapacitation of a natural person donor and as a condition of payment of the "failed donation claim":

    **a.** Neither the natural person donor nor the insured shall have had reason to believe the donor would become unemployed or incapacitated subsequent to the donation date; and

    **b.** The donor shall be unemployed for at least sixty (60) days prior to a claim being submitted by the insured;

**4.** No coverage shall be afforded for a written pledge of funds or other measurable, tangible property to the insured dated prior to the policy period; and

**5.** A donation amount which is to be collected by the insured over more than a twelve (12) month period shall be deemed a single donation.

The limit of insurance for this coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

**D. Emergency Real Estate Consulting Fee**

We will reimburse the insured any realtor's fee or real estate consultant's fee necessitated by the insured's need to relocate due to the "unforeseeable destruction" of the insured's "principal location" listed in the Declarations during the policy period. The limit of insurance for this

coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

### E. Fundraising Event Blackout

We will reimburse the insured for "fundraising expenses" that are incurred due to the cancellation of a fundraising event caused by the lack of electric supply resulting in a power outage, provided the fundraising event is not re-scheduled. The fundraising event must have been planned at least thirty (30) days prior to the power outage. The limit of insurance for this coverage is $25,000 per policy period for all insureds combined. No deductible applies to this coverage.

### F. Identity Theft Expense

We will reimburse any present director or officer of the named insured for "identity theft expenses" incurred as the direct result of any "identity theft" first discovered and reported during the policy period; provided that it began to occur subsequent to the effective date of the insured's first policy with us. The limit of insurance for this coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

### G. Image Restoration and Counseling

We will reimburse the insured for expenses incurred for image restoration and counseling arising out of "improper acts" by any natural person.

Covered expenses are limited to:

1. The costs of rehabilitation and counseling for the accused natural person insured, provided the natural person insured is not ultimately found guilty of criminal conduct; this reimbursement to occur after acquittal of the natural person insured;

2. The costs charged by a recruiter or expended on advertising, for replacing an officer as a result of "improper acts"; and

3. The costs of restoring the named insured's reputation and consumer confidence through image consulting.

The limit of insurance for this coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

### H. Key Individual Replacement Expenses

We will pay "key individual replacement expenses" if the Chief Executive Officer or Executive Director suffers an "injury" during the policy period which results in the loss of life during the policy period. The limit of insurance for this coverage is the lesser of $50,000 or ten (10) times the annual premium paid for this policy. No deductible applies to this coverage.

### I. Kidnap Expense

We will pay on behalf of any director or officer of the insured, reasonable fees incurred as a result of the kidnapping of them or their spouse, "domestic partner," parent or child during the policy period. Coverage will not apply to any kidnapping by or at the direction of any present or former family member of the victim.

Reasonable fees will include:

1. Fees and costs of independent negotiators;

2. Interest costs for any loan from a financial institution taken by you to pay a ransom demand or extortion threat;

3. Travel costs and accommodations incurred by the named insured;

4. Reward money paid to an informant which leads to the arrest and conviction of parties responsible for loss covered under this insurance; and

5. Salary, commissions and other financial benefits paid by you to a director or officer. Such compensation applies at the level in effect on the date of the kidnap and ends upon the earliest of:

   a. Up to thirty (30) days after their release, if the director or officer has not yet returned to work;

   b. Discovery of their death;

   c. One hundred twenty (120) days after the last credible evidence following abduction that they are still alive; or

   d. Twelve (12) months after the date of the kidnapping.

The limit of insurance for this coverage is $50,000 each policy period for all insureds combined. No deductible applies to this coverage.

### J. Political Unrest Coverage

We will reimburse any present director, officer, employee or volunteer of the named insured while traveling outside the United States of America for "emergency evacuation expenses" that are incurred as a result of an incident of "political unrest." This "political unrest" must occur during the policy period. No coverage is granted for travel to countries in a state of "political unrest" at the time of departure of the travel. The limit of insurance for this coverage is $5,000 per covered person, subject to a maximum of $25,000 per policy period for all insureds combined. No deductible applies to this coverage.

### K. Temporary Meeting Space Reimbursement

We will reimburse the insured for rental of meeting space which is necessitated by the temporary unavailability of the insured's primary office space due to the failure of a climate control system, or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy. The limit of insurance for this coverage is $25,000 per policy period for all insureds combined. No deductible applies to this coverage.

### L. Terrorism Travel Reimbursement

We will reimburse any present director or officer of the named insured in the event of a "certified act of terrorism" during the policy period which necessitates that he/she incurs "emergency travel expenses." The limit of insurance for this coverage is $50,000 per policy period for all insureds combined. No deductible applies to this coverage.

© 2009 Philadelphia Insurance Companies

PI-BELL-1 (11/09)

**M.  Travel Delay Reimbursement**

We will reimburse any present director or officer of the named insured for any "non-reimbursable expenses" they incur as a result of the cancellation of any regularly scheduled business travel on a common carrier.  The limit of insurance for this coverage is $1,500 per policy period for all insureds combined.  A seventy-two (72) hour waiting period deductible applies to this coverage.

**N.  Workplace Violence Counseling**

We will reimburse the insured for emotional counseling expenses incurred directly as a result of a "workplace violence" incident at any of the insured's premises during the policy period.  The emotional counseling expenses incurred must have been for:

**1.**  Your employees who were victims of, or witnesses to the "workplace violence";

**2.**  The spouse, "domestic partner," parents or children of your employees who were victims of, or witnesses to the "workplace violence"; and

**3.**  Any other person or persons who directly witnessed the "workplace violence" incident.

The limit of insurance for this coverage is $50,000 per policy period for all insureds combined.  No deductible applies to this coverage.

**IV.  DEFINITIONS**

For the purpose of this endorsement, the following definitions apply:

**A.**  "Certified act of terrorism" means any act so defined under the Terrorism Risk Insurance Act, and its amendments or extensions.

**B.**  "Communicable disease" means an illness, sickness, condition or an interruption or disorder of body functions, systems or organs that is transmissible by an infection or a contagion directly or indirectly through human contact, or contact with human fluids, waste, or similar agent, such as, but not limited to Meningitis, Measles or Legionnaire's Disease.

**C.**  "Domestic partner" means any person who qualifies as a domestic partner under the provisions of any federal, state or local statute or regulation, or under the terms and provisions of any employee benefit or other program established by the named insured.

**D.**  "Emergency evacuation expenses" mean:

**1.**  Additional lodging expenses;

**2.**  Additional transportation costs;

**3.**  The cost of obtaining replacements of lost or stolen travel documents necessary for evacuation from the area of "political unrest"; and

**4.**  Translation services, message transmittals and other communication expenses.

provided that these expenses are not otherwise reimbursable.

**E.**  "Emergency travel expenses" mean:

1. Hotel expenses incurred which directly result from the cancellation of a scheduled transport by a commercial transportation carrier, resulting directly from and within forty-eight (48) hours of a "certified act of terrorism"; and

2. The increased amount incurred which may result from re-scheduling comparable transport, to replace a similarly scheduled transport canceled by a commercial transportation carrier in direct response to a "certified act of terrorism";

provided that these expenses are not otherwise reimbursable.

F.  "Failed donation claim" means written notice to the insured during the policy period of:

1. The bankruptcy or reorganization of any donor whereby such bankruptcy or reorganization prevents the donor from honoring a prior written pledge of funds or other measurable, tangible property to the insured; or

2. The unemployment or incapacitation of a natural person donor preventing him/her from honoring a prior written pledge of funds or other measurable, tangible property to the insured.

G.  "Fundraising expenses" mean deposits forfeited and other charges paid by you for catering services, property and equipment rentals and related transport, venue rentals, accommodations (including travel), and entertainment expenses less any deposits or other fees refunded or refundable to you.

H.  "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of any director or officer (or spouse or "domestic partner" thereof) of the named insured with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

I.  "Identity theft expenses" mean:

1. Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

2. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors; and

3. Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

J.  "Improper acts" means any actual or alleged act of:

1. Sexual abuse;

2. Sexual intimacy;

3. Sexual molestation; or

4. Sexual assault;

committed by an insured against any natural person who is not an insured.  Such "improper acts" must have been committed by the insured while in his or her capacity as an insured.

K.  "Injury" whenever used in this endorsement, other than in Section **III. A. Business Travel**,

means any physical damage to the body caused by violence, fracture or an accident.

**L.** "Key individual replacement expenses" mean the following necessary expenses:

  **1.** Costs of advertising the employment position opening;

  **2.** Travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the employment position opening; and

  **3.** Miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including, but not limited to, overtime pay, costs to verify the background and references of the applicants and legal expenses incurred to draw up an employment contract.

**M.** "Natural catastrophe" means hurricane, tornado, earthquake or flood.

**N.** "Non-reimbursable expenses" means the following travel-related expenses incurred after a seventy-two (72) hour waiting period, beginning from the time documented on the proof of cancellation, and for which your director or officer produces a receipt:

  **1.** Meals and lodging;

  **2.** Alternative transportation;

  **3.** Clothing and necessary toiletries; and

  **4.** Emergency prescription and non-prescription drug expenses.

**O.** "Political unrest" means:

  **1.** A short-term condition of disturbance, turmoil or agitation within a foreign country that poses imminent risks to the security of citizens of the United States;

  **2.** A long-term condition of disturbance, turmoil or agitation that makes a foreign country dangerous or unstable for citizens of the United States; or

  **3.** A condition of disturbance, turmoil or agitation in a foreign country that constrains the United States Government's ability to assist citizens of the United States, due to the closure or inaccessibility of an embassy or consulate or because of a reduction of its staff

for which either an alert or travel warning has been issued by the United States Department of State.

**P.** "Principal location" means the headquarters, home office or main location where most business is substantially conducted.

**Q.** "Unforeseeable destruction" means damage resulting from a "certified act of terrorism," fire, collision or collapse which renders all of the insured's "principal locations" completely unusable.

**R.** "Workplace violence" means any intentional use of or threat to use deadly force by any person with intent to cause harm and that results in bodily "injury" or death of any person while on the insured's premises.

© 2009 Philadelphia Insurance Companies

PI-CME-1 (10/09)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CRISIS MANAGEMENT ENHANCEMENT ENDORSEMENT

Unless otherwise stated herein, the terms, conditions, exclusions and other limitations set forth in this endorsement are solely applicable to coverage afforded by this endorsement, and the policy is amended as follows:

Solely for the purpose of this endorsement:  1) The words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  2) The words "we," "us" and "our" refer to the company providing this insurance.

### I.   SCHEDULE OF ADDITIONAL COVERAGE AND LIMITS

The following is the Limit of Liability provided by this endorsement.  This endorsement is subject to the provisions of the policy to which it is attached.

Crisis Management Expense                                                              $25,000

### II.   CONDITIONS

#### A.  Applicability of Coverage

Coverage provided by your policy and any endorsements attached thereto is amended by this endorsement where applicable.  All other terms and conditions of the policy or coverage part to which this endorsement is attached remain unchanged.

#### B.  Limits of Liability or Limits of Insurance

When coverage is provided by this endorsement and any other coverage form or endorsement attached to this policy, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Liability or Limit of Insurance.

#### C.  Claim Expenses

Coverages provided herein are not applicable to the generation of claim adjustment costs by you; such as fees you may incur by retaining a public adjuster or appraiser.

### III.   ADDITIONAL COVERAGES

**A.** We will reimburse you for "crisis management emergency response expenses" incurred because of an "incident" giving rise to a "crisis" to which this insurance applies.  The amount of such reimbursement is limited as described in Section **II. CONDITIONS, B. Limits of Liability or Limits of Insurance**.  No other obligation or liability to pay sums or perform acts or services is covered.

**B.** We will reimburse only those "crisis management emergency response expenses" which are incurred during the policy period as shown in the Declarations of the policy to which this coverage is attached and reported to us within six (6) months of the date the "crisis" was initiated.

## IV.   DEFINITIONS

**A.**   "Crisis" means the public announcement that an "incident" occurred on your premises or at an event sponsored by you.

**B.**   "Crisis management emergency response expenses" mean those expenses incurred for services provided by a "crisis management firm." However, "crisis management emergency response expenses" shall not include compensation, fees, benefits, overhead, charges or expenses of any insured or any of your employees, nor shall "crisis management emergency response expenses" include any expenses that are payable on your behalf or reimbursable to you under any other valid and collectible insurance.

**C.**   "Crisis management firm" means any service provider you hire that is acceptable to us. Our consent will not be unreasonably withheld.

**D.**   "Incident" means an accident or other event, including the accidental discharge of pollutants, resulting in death or serious bodily injury to three or more persons.

**E.**   "Serious bodily injury" means any injury to a person that creates a substantial risk of death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 01 25 11 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Colorado law.

**B.** Under the Commercial Automobile Coverage Part, the term "family member" is replaced by the following and supersedes any other provisions to the contrary:

"Family member" means a person related to:

**1.** The individual Named Insured by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of such Named Insured's household, including a ward or foster child;

**2.** The individual named in the Schedule by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individuals endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of your household, including a ward or foster child.

© Insurance Services Office, Inc., 2013

IL 01 69 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud;

committed by you or any other insured ("insured") at any time and relating to coverage under this policy.

© ISO Properties, Inc., 2006                   ☐

IL 02 28 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

**(1)** Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** At least 45 days before the effective date of cancellation if we cancel for any other reason.

We may only cancel this policy based on one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** A false statement knowingly made by the insured on the application for insurance; or

**(3)** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

**C.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2006

**D.** The following condition is added:

### INCREASE IN PREMIUM OR DECREASE IN COVERAGE

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

**1.** Nonpayment of premium;

**2.** A false statement knowingly made by the insured on the application for insurance; or

**3.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2006
IL 02 28 09 07

POLICY NUMBER: PHPK1408368

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| |
|---|
| **Terrorism Premium (Certified Acts) $     71.00** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):** |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

    © ISO Properties, Inc., 2007       ☐

PI-TER-DN1 (01/15)

Policy Number: **PHPK1408368**      Named Insured: **Greenwood Commons Condo Association**



## PHILADELPHIA INSURANCE COMPANIES

A Member of the Tokio Marine Group

One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania 19004
610.617.7900 Fax 610.617.7940
PHLY.com

### PHILADELPHIA INSURANCE COMPANIES
### DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE REJECTION OPTION

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act:* The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Your attached proposal (or policy) includes a charge for terrorism. We will issue (or have issued) your policy with terrorism coverage unless you decline by placing an "X" in the box below.**

**NOTE 1:** If "included" is shown on your proposal (or policy) for terrorism you WILL NOT have the option to reject the coverage.

**NOTE 2:** You will want to check with entities that have an interest in your organization as they may require that you maintain terrorism coverage (e.g. mortgagees).

**EXCEPTION:** If you have property coverage on your policy, the following Standard Fire Policy states do not permit an Insured to reject fire ensuing from terrorism: CA, CT, GA, HI, IA, IL, MA, ME, MO, NJ, NY, NC, OR, RI, VA, WA, WV, WI. Therefore, if you are domiciled in the above states and reject terrorism coverage, you will still be charged for fire ensuing from terrorism as separately designated on your proposal.

PI-TER-DN1 (01/15)

> **I decline to purchase terrorism coverage. I understand that I will have no coverage for losses arising from "certified" acts of terrorism, EXCEPT as noted above.**

**You, as the Insured, have 30 days after receipt of this notice to consider the selection/rejection of "terrorism" coverage.   After this 30 day period, any request for selection or rejection of terrorism coverage WILL NOT be honored.**

**REQUIRED IN GA – LIMITATION ON PAYMENT OF TERRORISM LOSSES** (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)
The provisions of the Terrorism Risk Insurance Act, as amended, can limit our maximum liability for payment of losses from certified acts of terrorism.  That determination will be based on a formula set forth in the law involving the national total of federally insured terrorism losses in an annual period and individual insurer participation in payment of such losses.  If one or more certified acts of terrorism in an annual period causes the maximum liability for payment of losses from certified acts of terrorism to be reached, and we have satisfied our required level of payments under the law, then we will not pay for the portion of such losses above that maximum.  However, that is subject to possible change at that time, as Congress may, under the Act, determine that payments above the cap will be made.

INSURED'S SIGNATURE_____

DATE_____

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012 **CG 00 01 04 13**

### i. Infringement Of Copyright, Patent, Trademark Or Trade Secret

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

### j. Insureds In Media And Internet Type Businesses

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

### l. Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### m. Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

### n. Pollution-related

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

### o. War

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### p. Recording And Distribution Of Material Or Information In Violation Of Law

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

  (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

    (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

  (b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

  (a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

  (b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

### SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

**CG 00 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – CONDOMINIUM UNIT OWNERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

WHO IS AN INSURED (Section II) is amended to include as an insured each individual unit owner of the insured condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit owner's exclusive use or occupancy.

 Copyright, Insurance Services Office, Inc., 1984 **Page 1 of 1**   ☐

**COMMERCIAL GENERAL LIABILITY**
**CG 21 06 05 14**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:
    **a.** Employment;
    **b.** Investigation;
    **c.** Supervision;
    **d.** Reporting to the proper authorities, or failure to so report; or
    **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

 Copyright, Insurance Services Office, Inc., 1997  ☐

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

  © ISO Properties, Inc., 2003   ☐

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**COMMERCIAL GENERAL LIABILITY**
**CG 24 02 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BINDING ARBITRATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If we and the insured do not agree whether coverage is provided under this Coverage Part for a claim made against the insured, then either party may make a written demand for arbitration.

When this demand is made, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county or parish in which the address shown in the Declarations is located. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

PI-CO-5 (4/03)

## **THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - SUBSIDENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES) and to paragraph 2., Exclusions of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES):

This insurance does not apply to:

**"Bodily injury", "property damage"** or **"personal and advertising injury"** caused by, resulting from, attributable or contributed to, or aggravated by the subsidence of land as a result of landslide, mudflow, earth sinking or shifting, resulting from operations of the named insured or any subcontractor of the named insured.

PI-CO-6 (11/06)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# GENERAL LIABILITY DELUXE ENDORSEMENT:
# CONDOMINIUM ASSOCIATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

It is understood and agreed that the following extensions only apply in the event that no other specific coverage for the indicated loss exposure are provided under this policy.  If such specific coverage applies, the terms, conditions and limits of that coverage are the sole and exclusive coverage applicable under this policy, unless otherwise noted on this endorsement.   The following is a summary of the Limits of Insurance and additional coverage provided by this endorsement.  For complete details on specific coverages, consult the policy contract wording.

| Coverage Applicable | Limit of Insurance | Page # |
|---|---|---|
| Damage To Premises Rented To You, All Covered Causes of Loss | $1,000,000 | 2 |
| Expected or Intended Injury-Property Damage | included | 2 |
| Non-Owned Watercraft | Less than 58 feet | 2 |
| Supplementary Payments – Bail Bonds | $2,500 | 2 |
| Supplementary Payment – Loss of Earnings | $500 per day | 2 |
| Employee Indemnification Defense Coverage for Employee | $10,000 | 3 |
| Additional Insured – Committee, Organization and Subsidiary | Included | 3 |
| Additional Insured – Managers or Lessors of Premises | Included | 3 |
| Additional Insured – Condominium Unit Owners | Included | 3 |
| Additional Insured – Lessor of Leased Equipment-Automatic Status when Required in Lease Agreement with You | Included | 3 |
| Additional Insured – Use of Watercraft | Included | 4 |
| Duties in the Event of Occurrence, Claim or Suit | Included | 4 |
| Unintentional Failure to Disclose Hazards | Included | 4 |
| Liberalization | Included | 4 |
| Bodily Injury – includes Mental Anguish | Included | 4 |
| Personal and Advertising Injury – includes Abuse of Process, Discrimination | Included | 4 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-CO-6 (11/06)

## A. Damage To Premises Rented To You

If damage by fire to premises rented to you is not otherwise excluded from this Coverage Part, the word "fire" is changed to all Covered Causes of Loss where it appears in:

1. The last paragraph of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** after the **Exclusions;**

2. Paragraph 6 of **SECTION III - LIMITS OF INSURANCE;**

3. Paragraph **b.(1)(b)** of **4. Other Insurance** in **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS;** and

4. Paragraph 9.a. "Insured contract" in **SECTION V - DEFINITIONS.**

The Damage To Premises Rented To You Limit section of the Declarations is amended to the greater of:

      a. $1,000,000; or

      b. The amount shown in the Declarations as the Damage to Premises Rented to You Limit.

This is the most we will pay for all damage proximately caused by the same event, whether such damage results from a Covered Cause of Loss or any combination thereof.

## B. Extended Property Damage

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions a.** is deleted and replaced by the following:

### a. Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## C. Non-Owned Watercraft

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** paragraph **g.** (2) is amended to read as follows:

(2) A watercraft you do not own that is:

    (a) Less than 58 feet long; and

    (b) Not being used to carry persons or property for a charge;

This provision applies to any person, who with your consent, either uses or is responsible for the use of a watercraft. This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

## D. Supplementary Payments – Coverages A and B

In the **SUPPLEMENTARY PAYMENTS - COVERAGE A AND B** provision:

1. The limit for the cost of bail bonds is changed from $250 to $2,500; and

2. The limit for loss of earnings is changed from $250 a day to $500 a day.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-CO-6 (11/06)

### E. Employee Indemnification Defense Coverage

Under **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** the following is added:

3.  We will pay, on your behalf, defense costs incurred by an "employee" in a criminal proceeding. The most we will pay for any "employee" who is alleged to be directly involved in a criminal proceeding is $10,000 regardless of the numbers of employees, claims or "suits" brought or persons or organizations making claims or bringing "suits".

### F. SECTION II - WHO IS AN INSURED is amended as follows:

1.  If coverage for newly acquired or formed organizations is not otherwise excluded from this Coverage Part, paragraph 3.a is changed to read:

    a.  Coverage under this provision is afforded until the end of the policy period.

2.  **2. c** and **d** are deleted in their entirety and replaced with the following:

    c.  Any person or organization having proper temporary custody of your property if you cease to exist as a legal entity, but only:
        1.  With respect to liability arising out of the maintenance or use of that property; and
        2.  Until your legal representative has been appointed.

    d.  Your legal representative, if you cease to exist as a legal entity, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  Each of the following is also an insured:

    a.  **Committee, Organization and Subsidiary** - Any committee, organization and subsidiary thereof which you control and actively manage on the effective date of this Coverage Part. However, coverage does not apply to any committee, organization and subsidiary not named in the Declarations as a Named Insured, if they are also insured under another policy, but for its termination or the exhaustion of its limits of insurance.

    b.  **Managers or Lessors of Premises** - Any person or organization with respect to their liability arising out of the ownership, maintenance or use of that part of the premises leased to you subject to the following additional exclusions:

        This insurance does not apply to:
        1)  Any "occurrence" which takes place after you cease to be a tenant in that premises.
        2)  Structural alterations, new construction or demolition operations performed by or on behalf of that person or organization.

    c.  **Condominium Unit Owners** – each individual unit owner of the insured condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit owner's exclusive use or occupancy.

    d.  **Lessor of Leased Equipment – Automatic Status When Required in Lease Agreement With You** – any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization is to be added as an additional insured on your policy. Such person or organization is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

A  person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**e. Use of Watercraft** – any person, who with your consent, either uses or is responsible for the use of a watercraft that you do not own that is less than 58 feet long and is not being used to carry persons or property for a charge.

## G. Duties in the Event of Occurrence, Claim or Suit

1. The requirement in condition **2.**a. of **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** that you must see to it that we are notified as soon as practicable of an "occurrence" or an offense, applies only when the "occurrence" or offense is known to:
    a.  You, if you are an individual;
    b.  A partner, if you are a partnership; or
    c.  An executive officer, director, or insurance manager, if you are a corporation.

2. The requirement in condition **2.**b. that you must see to it that we receive notice of a claim or "suit" as soon as practicable will not be considered breached unless the breach occurs after such claim or "suit" is known to:
    a.  You, if you are an individual;
    b.  A partner, if you are a partnership; or
    c.  An executive officer, director, or insurance manager, if you are a corporation.

## H. Unintentional Failure To Disclose Hazards

It is agreed that, based on our reliance on your representations as to existing hazards, if you should unintentionally fail to disclose all such hazards prior to the beginning of the policy period of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

## I.  Liberalization

If we revise this endorsement to provide more coverage without additional premium charge, we will automatically provide the additional coverage to all endorsement holders as of the day the revision is effective in your state.

## J.  Bodily Injury - Mental Anguish

The definition of "Bodily injury" is changed to read:

3. "Bodily injury":
    a.  Means bodily injury, sickness or disease sustained by a person, and includes mental anguish resulting from any of these; and
    b.  Except for mental anguish, includes death resulting from the foregoing (item a. above) at any time.

## K. Personal and Advertising Injury – Abuse of Process, Discrimination

If **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE** is not otherwise excluded from this Coverage Part, the definition of "Personal and Advertising Injury" is amended as follows:

1. Item 14 b. is revised to read:
    a.  Malicious prosecution or abuse of process:

PI-CO-6 (11/06)

2. Adding the following:
  a. "Personal and advertising injury" also means discrimination based on race, color, religion, sex, age or national origin, except when:
    1. Done intentionally by or at the direction of, or with the knowledge or consent of:
      a. Any insured; or
      b. Any executive officer, director, stockholder, partner or member of the insured; or
    2. Directly or indirectly related to the employment, former or prospective employment, termination of employment, or application for employment of any person or persons by an insured; or
    3. Directly or indirectly related to the sale, rental, lease or sublease or prospective sales, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any insured; or
    4. Insurance for such discrimination is prohibited by or held in violation of law, public policy, legislation, court decision or administrative ruling.

The above does not apply to fines or penalties imposed because of discrimination.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-GL-001(8/94)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - LEAD LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section 1 - Coverages) and paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section 1 - Coverages):

This insurance does not apply to:

1.  "Bodily injury," "property damage," or "personal and advertising injury" arising out of or caused by the actual or alleged:

    a.  Exposure to or existence of lead, paint containing lead, or any other material or substance containing lead;

    b.  Manufacture, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of lead, paint containing lead, or any other material or substance containing lead;

    Whether or not the lead is or was at any time airborne as a particulate, contained in a product ingested, inhaled, transmitted in any fashion, or found in any form whatsoever.

2.  Any legal obligation of any insured for indemnification or contribution due to damages arising out of "bodily injury," "property damage" or "personal and advertising injury" caused by lead, paint containing lead, or any other substance or material containing lead.

3.  Any loss, cost, expense or damages, whether direct or consequential, arising out of any:

    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, abate, contain, treat or neutralize lead, paint containing lead, or any other substance or material containing lead, or in any way respond to, or assess the effects of lead; or

    (b) Claim or suit related to, testing for, monitoring, cleaning up, removing, abating, containing, treating or neutralizing lead, paint containing lead, or any other substance or material containing lead or in any way responding to or assessing the effects of lead.

PI-GL-002 (8/94)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - ASBESTOS LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section 1 - Coverages) and paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section 1 - Coverages):

This insurance does not apply to:

"Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of:

1. Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos;

2. The use of asbestos in constructing or manufacturing any good, product or structure;

3. The removal of asbestos from any good, product or structure; or

4. The manufacture, sale, transportation, storage or disposal of asbestos or goods or products containing asbestos.

The coverage afforded by this policy does not apply to payment for the investigation or defense of any loss or "suit," injury or damage or any cost, fine or penalty or for any expense or claim or "suit" related to any of the above.

COMMERCIAL AUTO
CA 00 01 03 06

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|---|---|

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II – LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© ISO Properties, Inc., 2005 **CA 00 01 03 06** □

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© ISO Properties, Inc., 2005 **CA 00 01 03 06** □

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

© ISO Properties, Inc., 2005   □

### c. Collision Coverage

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

### 2. Towing

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

### 3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

### 4. Coverage Extensions

#### a. Transportation Expenses

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

#### b. Loss Of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

### a. Nuclear Hazard

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

### b. War Or Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

© ISO Properties, Inc., 2005 ☐

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in Paragraph **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A. Loss Conditions

### 1. Appraisal For Physical Damage Loss

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Accident, Claim, Suit Or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

 © ISO Properties, Inc., 2005 CA 00 01 03 06 □

**5. Other Insurance**

    **a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

      **(1)** Excess while it is connected to a motor vehicle you do not own.

      **(2)** Primary while it is connected to a covered "auto" you own.

    **b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

    **c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

    **d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

    **a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

    **b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico;

    **d.** Canada; and

    **e.** Anywhere in the world if:

      **(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

      **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

    **1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

© ISO Properties, Inc., 2005              **CA 00 01 03 06**        ◻

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

    b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a. Power cranes, shovels, loaders, diggers or drills; or

    b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraph **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    a. Equipment designed primarily for:

        (1) Snow removal;

        (2) Road maintenance, but not construction or resurfacing; or

        (3) Street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© ISO Properties, Inc., 2005
CA 00 01 03 06

COMMERCIAL AUTO
CA 01 13 01 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Colorado, the policy is changed as follows:

**A.** The following condition is added:

If the "insured's" whereabouts for service of process cannot be determined through reasonable effort, the "insured" agrees to designate and irrevocably appoint us as the agent of the "insured" for service of process, pleadings, or other filings in a civil action brought against the "insured" or to which the "insured" has been joined as a defendant or respondent in any Colorado court if the cause of action concerns an incident for which the "insured" can possibly claim coverage. Subsequent termination of the insurance policy does not affect the appointment for an incident that occurred when the policy was in effect. The "insured" agrees that any such civil action may be commenced against the "insured" by the service of process upon us as if personal service had been made directly on the "insured". We agree to forward all communications related to service of process to the last-known e-mail and mailing address of the policyholder in order to coordinate any payment of claims or defense of claims that are required.

**B. Changes In Conditions**

The last paragraph in the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance** provisions in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, the loss will be paid in accordance with the following method:

1. All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.

2. If any loss remains and there:

   **a.** Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such policies will continue to pay in accordance with Paragraph **1.;** or

   **b.** Is one remaining policy, then such policy will continue to pay until its limit of insurance has been exhausted.

 © Insurance Services Office, Inc., 2010

**COMMERCIAL AUTO**
**CA 23 56 11 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

**1.** The act resulted in aggregate losses in excess of $5 million; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, such as losses excluded by a Nuclear Hazard Exclusion or a War Or Military Action Exclusion.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

  **a.** Someone insured by this insurance;

  **b.** A business firm:

   **(1)** Owned or controlled by you; or

   **(2)** That owns or controls you; or

  **c.** Your tenant.

This will not restrict your insurance.

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria; including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

PI-ULT-007 11.98

# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read this entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words **"you"** and **"your"** refer to the Named Insured shown in the Declarations. The words **"we"**, **"us"** and **"our"** refer to the Company providing this Insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section G., Definitions.**

## A. Coverage

We will pay for direct physical **"loss"** to Covered Property caused by or resulting from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the following types of property for which a Limit of Insurance is shown in the Declarations.

**a. Your Business Personal Property,** and similar property of others in your care, custody or control:

**(1)** Located in or on the **"buildings"** described in the Declarations or within 1,000 feet of the described premises;

**(2)** In transit; and

**(3)** Property at locations not specifically identified, including property in the care, custody or control of salespersons, property at exhibitions, and trade shows;

Consisting of the following:

**(a)** Furniture and fixtures;

**(b)** Machinery and equipment;

**(c)** **"Stock"**;

**(d)** **"Fine Arts"**

If the total value of "**Fine Arts"** is over $25,000 they must be listed in a schedule on file with us;

**(e)** **"Computer Property"**;

**(f)** All other personal property owned by you and used in your business;

**(g)** Labor, materials or services furnished or arranged by you on personal property of others;

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(h)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

  **(i)** Made a part of the **"buildings"** you occupy but do not own; and

  **(ii)** You acquired or made at your expense but cannot legally remove;

**(i)** Building glass for which you have a contractual responsibility as tenant, including encasement frames, alarm tape, lettering and ornamentation;

**(j)** Communication towers, antennas or satellite dishes including their lead-in wiring, masts and guy wires; and

**(k)** Signs.

**b. "Buildings"** described in the Declarations including:

  **(1)** Building glass;

  **(2)** Completed additions;

  **(3)** Permanently installed;

   **(a)** Fixtures;

   **(b)** Machinery; and

   **(c)** Equipment;

  **(4)** Outdoor fixtures, including awnings;

  **(5)** Fences;

  **(6)** Personal property owned by you that is used to maintain or service the **"buildings"** or their premises, including:

   **(a)** Fire extinguishing equipment;

   **(b)** Outdoor furniture;

   **(c)** Floor coverings;

   **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

   **(e)** Alarm, communication and monitoring systems;

  **(7)** If not covered by other insurance:

   **(a)** Alterations within, or on the exterior of, the existing **"buildings"**;

   **(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations to the existing **"buildings"**;

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(8)** Foundations of covered **"buildings",** machinery and boilers and foundations of equipment and machinery, whether above or below ground;

**(9)** Underground pipes, flues and drains.

**(10)** Retaining walls that are not part of **"buildings"**;

**(11)** Bridges, roadways, walks, patios, and other paved surfaces, including in-ground pools.

## 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, watercraft, or railroad rolling stock;

**b.** Animals, birds or fish;

**c.** Automobiles held for sale;

**d.** Pilings, piers, wharves or docks;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f. "Money"** or **"securities";**

**g.** The cost of excavations, grading, filling or backfilling, all except as provided under the Coverage Extensions;

**h.** Land (including land on which the property is located), water, growing crops, standing timber or lawns;

**i.** Property that is covered under another Coverage Form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**j.** Vehicles or self-propelled machines that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(1)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse; or

**(2)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**k.** The following property while outside of **" buildings":**

**(1)** Grain, hay, straw or other crops;

**(2)** Trees, shrubs or plants (other than **"stock"** of trees, shrubs or plants) except as provided in the Coverage Extensions;

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

**l.** Property that is covered under any import or export ocean marine insurance policy;

**m.** After delivery to customers, property that you have sold under a conditional sale or trust agreement, installment payment or other deferred payment plan;

**n.** Property of others for which you are responsible as a:

**(1)** Carrier for hire; or

**(2)** Carloader, consolidator, transportation broker, freight forwarder, shipping association or arranger of transportation.

**o.** **"Fine Arts"**, if the total value of such property is greater than $25,000, unless such property is listed in a Schedule on file with us;

**p.** **"Data"** and **"media"** which cannot be reproduced or replaced with others of the same kind or quality;

**q.** Property which is intended for installation at a premises you do not own, lease or control, after it has left your premises: and

**r.** **(1)** **"Buildings"**; or

**(2)** Additions to existing **"buildings"**;

In the course of construction, except as provided in the Additional Coverages.

**3. Covered Causes of Loss**

See the Causes of Loss Form.

**4. Additional Coverages**

The most we will pay in any one occurrence for each of the following Additional Coverages is as stated under each, unless a different limit is shown in the Superseding Limits section of the Additional Coverage Summary Declarations.

**a. Debris Removal**

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from any of the Covered Causes of Loss that occur during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical **"loss"**.

**(2)** **(a)** The most we will pay under this Additional Coverage in any one occurrence is 25% of :

**(i)** The amount we pay for the direct physical **"loss"** to Covered Property; plus

**(ii)** The Deductible in this Coverage Form applicable to that **"loss"**.

This limit does not increase any applicable Limits of Insurance provided by this Coverage Form.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(b)** But if either:

    **(i)**    The sum of direct physical **"loss"** and Debris Removal expenses exceeds the applicable Limit of Insurance; or

    **(ii)**    The Debris Removal expenses exceed the amount payable under the 25% limitation in subparagraph **(2) (a)** above;

    We will pay up to an additional $250,000 for each described premises in any one occurrence.

    This limit is in addition to the applicable Limits of Insurance provided by this Coverage Form.

**(3)** This Additional Coverage does not apply to costs to:

    **(a)** Extract **"pollutants"** from land or water; or

    **(b)** Remove, restore or replace polluted land or water.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from **"loss"** by any of the Covered Causes of Loss, we will pay for any direct physical **"loss"** to that property:

**(1)** While it is being moved or while temporarily stored at another premises; and

**(2)** Only if the **"loss"** occurs within 90 days after the property is first moved.

This Additional Coverage does not increase the Limits of Insurance provided under this Coverage Form.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from any of the Covered Causes of Loss, we will pay for your liability of fire department service charges:

**(1)** Assumed by contract or agreement prior to **"loss"**; or

**(2)** Required by local ordinance.

The most we will pay under this Additional Coverage in any one occurrence is $50,000.

This Additional Coverage is in addition to the applicable Limits of Insurance provided by this Coverage Form.

No deductible applies to this Additional Coverage.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**d. Fines for False Alarms**

We will pay any fines your are assessed that you are legally obligated to pay under local or state ordinances, regulations or laws, for any false alarms sent in to police or fire stations or to central monitoring stations by fire, burglar or sprinkler alarms installed to protect Covered Property at described premises or in safes or vaults on described premises.

The most we will pay in any one occurrence is $2,500, but no more than $5,000 in any one policy year. This Additional Coverage is in addition to the applicable Limits of Insurance provided by this Coverage Form.

No Deductible applies to this Additional Coverage.

**e. Fire, Sprinkler or Burglar Alarm Upgrade**

In the event of a total **"loss"** to covered fire, sprinkler or burglar alarm systems at described premises caused by or resulting from any of the Covered Causes of Loss, we will pay for the cost to purchase upgraded equipment.

The most we will pay in any one occurrence is $50,000.   This Additional Coverage does not increase the Limits of Insurance provided under this Coverage Form.

**f. Pollutant Clean Up and Removal**

We will pay your expenses to extract **"pollutants"** from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the **"pollutants"** is caused by or results from any of the Covered Causes of Loss that occur during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Causes of Loss occur.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of **"pollutants".**  But we will pay for testing which is performed in the course of extracting the **"pollutants"** from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

This Additional Coverage is in addition to the applicable limits of insurance provided by this Coverage Form.

**g. Recharge or Refill of Fire Protection System**

We will pay your expenses to recharge or refill automatic fire protection systems when such systems are discharged as the result of any of the Covered Causes of Loss.

We will not pay recharging or refilling expenses if the discharge occurred while the system was being tested.

No Deductible applies to this Additional Coverage.

This Additional Coverage does not increase the Limits of Insurance provided by this Coverage Form.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**h. Theft Damage to "Buildings"**

We will pay for **"loss"** to **"buildings"** (including equipment within the **"buildings"** used to maintain or service the **"buildings"**) caused by theft or attempted theft of Covered Business Personal Property.

This Additional Coverage is applicable only to the premises where you are a tenant and are liable for such damage.

This Additional Coverage does not increase the Limits of Insurance provided by this Coverage Form.

**i. Brands and Labels**

If your **"stock"** is damaged as a result of any of the Covered Causes of Loss, you have two options when you do not want to sell it under your brand or label even though it has a salvage value. You can:

**(1)** Remove the brand or label and then relabel the **"stock"** to comply with the law; or

**(2)** Label the damaged **"stock"** as salvage but, in doing so, cause no further damage to the damaged **"stock".**

We will pay the cost of removing and relabeling your **"stock".**

In either case, we will pay the difference between the salvage value of the damaged **"stock"** with the brand and label attached, and the salvage value of the damaged **"stock"** with the brand and label removed.

This Additional Coverage does not increase the Limits of Insurance provided by this Coverage Form.

**j. Consequential Damage**

We will pay for **"consequential damage"** to covered Business Personal Property caused by or resulting from any of the Covered Causes of Loss.

The most we will pay under this Additional Coverage in any one occurrence is $25,000.

This Additional Coverage does not increase the Limits of Insurance provided by this Coverage Form.

**k. Arson Reward**

In the event that a covered fire **"loss"** was the result of an act of arson, we will reimburse you up to $25,000 for rewards you pay for information leading to conviction of the person or persons responsible for that act of arson. This is additional insurance. The Coinsurance Condition and Deductible do not apply to this Additional Coverage.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**l.  Computer Virus Extraction Expense**

We will pay:

Your expenses to extract a **"computer virus"** from covered electronic data processing **"hardware", "data"** and **"media".**

The most we will pay under this Coverage Extension in any one occurrence is $2,500.

This Additional Coverage is the only portion of this policy that provides coverage for a **"computer virus"** extraction loss, regardless of any other cause or event that contributes concurrently or in any sequence to the **"loss".**

This Additional Coverage is in addition to the applicable Limits of Insurance provided by this Coverage Form.

**m. Computer Upgrade**

**(1)** In the event of **"loss"** to covered electronic data processing **"hardware"** caused by or resulting from a Covered Cause of Loss, we will allow you to use the amount we pay you for that **"loss"** to purchase upgraded electronic data processing **"hardware"**.

**(2)** If you choose to upgrade that equipment, we will pay for the expenses you incur to convert your **"data"** and **"media"** to the upgraded system.

**n.  Contract Penalty Clause**

We will pay for any contractual penalties you are required to pay to your customers as a result of any clause in your contracts for failure to timely deliver your product according to the contract terms. The penalties must result solely from direct physical **"loss"** to Covered Property caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for penalties for all contracts in any one occurrence is $25,000.

This Additional Coverage is in addition to the applicable Limits of Insurance provided by this Coverage Form.

**o.  Claim Expenses**

In the event of a covered **"loss"**, we will pay for all reasonable expenses you incur at our request to assist us in:

**(1)** The investigation of a claim; or

**(2)** The determination of the amount of **"loss"**, such as taking inventory.

We will not pay for:

**(1)** Expenses to prove that **"loss"** is covered;

**(2)** Expenses incurred under Loss Condition **E.2., Appraisal**; or

**(3)** Expenses billed by and payable to independent or public adjusters.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

The most we will pay under this Additional Coverage is $10,000. This Additional Coverage Is in addition to the applicable Limits of Insurance provided by this Coverage Form.

No deductible applies to this Additional Coverage.

**p. Worldwide Coverage**

We will pay for **"loss"** to Covered Property:

**(1)** In transit, other than in the custody of a mail carrier, to or from:

**(a)** The United States of America;

**(b)** Canada; or

**(c)** Territories or possessions of the United States of America; and

Points worldwide, except those excluded below.  This coverage applies from the delivery of the Covered Property at the point of origin shown in the bill of lading until it is discharged at the destination shown in the bill of lading.

**(2)** At locations outside the Coverage Territory, while it is in the custody of directors, officers or employees who are traveling in the conduct of your business, except in those countries listed below.

**(3)** This Additional Coverage does not apply to property located in, or in transit to, from or within, Afghanistan, Albania, Cambodia, Cuba, El Salvador, Guatemala, Haiti, Honduras, Iraq, Iran, Laos, Lebanon, Libya, Myanmar, Nicaragua, North Korea, Syria, Republics formerly a part of the Union of Soviet Socialist Republics, Vietnam, or Yugoslavia or Republics formerly a part of Yugoslavia.

The most we will pay in any one occurrence is $25,000.  This Additional Coverage is in addition to the applicable Limits of Insurance under this Coverage Form.

**5. Coverage Extensions**

Except as otherwise provided, the following Coverage Extensions apply to property located in or on the **"buildings"** described in the  Declarations or within 1,000 feet of the described premises.

The most we will pay in any one occurrence for each of the following Coverage Extensions is as stated under each, unless a different limit is shown in the Superseding Limits column of the Additional Coverage Summary Declarations.

**a. Newly Acquired Property**

We will pay for direct physical **"loss"** to:

**(1)** **"Buildings"** and business personal property you acquire; and

**(2)** **"Buildings"** which you have had constructed after:

**(a)** Construction is completed; and

**(b)** You have accepted the **"buildings"** for occupancy; and

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(c)** A Certificate of Occupancy has been issued by a civil or regulatory agency or authority that has jurisdiction over the **"buildings"**;

At any premises caused by or resulting from any of the Covered Causes of Loss.

The most we will pay under this Coverage Extension for **"loss"** to **"buildings"** and business personal property combined in any one occurrence is $1,000,000.

This Coverage Extension does not increase the Limit of Insurance for **"buildings"** and business personal property at unspecified premises.

This Coverage Extension for each Newly Acquired or Constructed Property will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire the property or have completed construction; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or construction is completed.

**b. New Construction**

We will pay for direct physical **"loss"** caused by or resulting from any of the Covered Causes of Loss to:

**(1) "Buildings"**; or

**(2)** Additions to existing **"buildings"**;

In the course of construction at any premises, if the construction began after the inception date of this policy. We do not cover **"buildings"** which you construct to sell to others or for the account of others.

The most we will pay in any one occurrence is $500,000.

This Additional Coverage will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 60 days expire after construction begins; or

**(3)** You report the new construction to us;

We will charge you additional premium for values reported from the date construction begins.

This Additional Coverage is in addition to the applicable Limits of Insurance provided by this Coverage Form.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**c. Personal Effects**

**(1)** We will pay for direct physical **"loss"** to cellular phones and other portable electronic equipment owned by your employees and used in your business, while they are away from described premises, caused by or resulting from any of the Covered Causes of Loss.  The most we will pay for such **"loss"** is $1,000 for property of any one employee and $2,500 in any one occurrence.

**(2)** We will pay for direct physical **"loss"** to personal effects of your directors, officers, (partners) and employees, while they are traveling anywhere in the world in the conduct of your business, caused by or resulting from any of the Covered Causes of Loss. The most we will pay for such  **"loss"** in any one occurrence is $1,000.

**(3)** We will pay for direct physical **"loss"** to personal effects owned by you, your officers, your partners or your employees caused by or resulting from any of the Covered Cause of Loss at a described premises.  The most we will pay for such **"loss"** is $25,000 at any one described premises.

No Deductible applies to this Coverage Extension.

**d. Personal Effects - Spouses**

We will pay for direct physical **"loss"** to personal effects belonging to spouses of your directors, officers or partners when such spouses are traveling with your directors, officers or partners who are traveling anywhere in the world in the conduct of your business, caused by or resulting from any of the Covered Causes of Loss.  The most we will pay for such **"loss"** is $500 for any one person or $1,000 in any one occurrence.

No Deductible applies to this Coverage Extension.

**e. Accounts Receivable**

We will pay the following loss and expenses which are the direct result of  **"loss"** to accounts receivable records caused by or resulting from any of the Covered Causes of Loss:

**(1)** All sums due you from customers, provided you are unable to collect;

**(2)** Interest charges on any loan to offset amounts you are unable to collect pending our payments of these accounts;

**(3)** Collection expenses in excess of your normal collection expenses made necessary because of **"loss"**; and

**(4)** Other reasonable expenses you incur to re-establish your records of accounts receivable following such **"loss"**.

We will not pay for **"loss"** that requires any audit of records or any inventory computation to prove its factual existence.

The most we will pay under this Coverage Extension in any one occurrence is $250,000.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**f.  Excavations and Landscaping**

We will pay for:

**(1)** Your reasonable costs for excavations, grading, filling or backfilling at a described premises
made necessary by direct physical **"loss"** to Covered Property caused by or resulting from
any of the Covered Causes of Loss; and

**(2)** Direct physical **"loss"** to your outdoor trees, shrubs and plants, including debris removal
expenses, caused by or resulting from any of the following Causes of Loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or Civil Commotion; or

**(e)** Aircraft.

This Coverage Extension does not apply to **"stock"** of trees, shrubs and plants.

The most we will pay under this Coverage Extension in any one occurrence is $25,000.

**g.  Valuable Papers and Records - Cost of Research**

We will pay your expenses to research, replace, or restore the lost information on **"valuable
papers and records"**, including those converted to electronic data format, that are lost or
damaged as a result of any of the Covered Causes of Loss.

We will not pay for such expenses arising out of **"loss"** caused by or resulting from errors or
omissions in processing or copying **"valuable papers and records"**.  But we will pay for
expenses arising out of  **"loss"** caused by resulting fire or explosion.

The most we will pay under this Coverage Extension in any one occurrence is $250,000 at each
described premises.

**h.  Guard Dogs**

We will pay for direct death or destruction of a **"guard dog"** caused by or resulting from, or
made necessary by, any of the following Causes of Loss:

**(1)**  Fire;

**(2)**  Lightning;

**(3)**  Explosion

**(4)**  Theft;

**(5)**  Vandalism (including shooting or poisoning);

PI-ULT-007 11.98

**(6)** Vehicles; or

**(7)** Collision, upset or overturn of the vehicle transporting the **"guard dog"**.

The Cause of Loss must occur at described premises and during other than normal business hours, or while the **"guard dog"** is being transported to or from the described premises. This Additional Coverage does not apply to death or destruction of **"stock"** held for sale.

The most we will pay for any one **"guard dog"** is $500, but not more than $1,000 in any one occurrence.

No Deductible applies to this Coverage Extension.

**i. Fish in Aquariums**

We will pay for direct death or destruction of fish in aquariums caused by or resulting from, or made necessary by, any of the following Causes of Loss at the described premises:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion

**(4)** Riot or Civil Commotion;

**(5)** Aircraft; or

**(6)** Interruption of power supply service to the described premises, when the cause of the event occurs more than 1,000 feet from the premises.

This Coverage Extension does not apply to death or destruction of **"stock"** held for sale.

The most we will pay in any one occurrence is $1,000.

No deductible applies to this Coverage Extension.

**j. Ordinance or Law**

If a Covered Cause of Loss occurs to a covered **"building"**, we will pay for:

**(1)** Loss to the undamaged portion of the **"building"** caused by enforcement of any ordinance or law that:

**(a)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; and

**(b)** Regulates the construction or repair of **"buildings"** or establishes zoning or land use requirements at the described premises.

This coverage is included within the Limit of Insurance applicable to the covered **"buildings"** shown in the UltimateCover Program Declarations.

**(2)** The cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

The most we will pay for such demolition costs is $250,000 in any one occurrence.

**(3)** We will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law.  If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

However, we will not pay for the increased cost of construction if the **"building"** is not repaired or replaced.

The most we will pay for such increased cost of construction is $250,000 in any one occurrence.

Insurance under this Coverage Extension applies only with respect to an ordinance or law that is in effect at the time of **"loss"**.  Insurance under this Additional Coverage does not apply to costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way to respond to or assess the effects of **"pollutants"**.

### k. Lost Key Replacement

In the event of the theft or disappearance of a master key to **"buildings"**, rooms or compartments at described premises in which covered Business Personal Property is located, we will pay the actual and necessary expenses you incur to:

**(1)** Replace the key; and

**(2) (a)** Adjust existing locks to accept the new key; or.

**(b)** Replace the lock;

Whichever is less.

The most we will pay under this Coverage Extension is $2,500.

No deductible applies to this Coverage Extension.

Each of these Coverage Extensions is additional insurance, unless otherwise indicated.

The Additional Condition, Coinsurance (if applicable to this Coverage Form), does not apply to these Coverage Extensions.

## B. Exclusions

See the Causes of Loss Form.

## C. Limits of Insurance

The most we will pay for **"loss"** in any one occurrence:

**1.** For each Additional Coverage is the Limit of Insurance applicable to that Additional Coverage.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**2.** For each Coverage Extension is the Limit of Insurance applicable to that Coverage Extension;

**3.** For **"Fine Arts"** is:

    **a.** $25,000; or

    **b.** The amount shown in the **"Fine Arts"** Schedule on file with us;

    Whichever is greater; and

**4.** For all other coverage provided under this Coverage Form is the applicable Limit of Insurance shown in the Property Coverage Part Declarations.

**D. Deductible**

We will not pay for **"loss"** in any one occurrence until the amount of the **"loss"** exceeds the Deductible shown in the Declarations or schedules. We will then pay the amount of the **"loss"** in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by any of the following:

**1.** Coinsurance Condition;

**2.** Agreed Value Optional Coverage; or

**3.** Reporting Endorsement.

If more than one Deductible is applicable under this Coverage Form to **"loss"** in any one occurrence, we will only apply the highest applicable Deductible.

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of **"loss"**, either may make written demand for an appraisal of the **"loss"**. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of **"loss"**. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**3. Duties in the Event of Loss**

    **a.** You must see that the following are done in the event of **"loss"** to Covered Property:

        **(1)** Notify the police if a law may have been broken.

        **(2)** Give us prompt notice of the **"loss"**. Include a description of the property involved.

        **(3)** As soon as possible, give us a description of how, when and where the **"loss"** occurred.

        **(4)** Take all reasonable steps to protect the Covered Property from further damage by any of the Covered Causes of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

        **(5)** At our request, give us complete inventories of the damaged and undamaged property, including quantities, costs, values and amount of **"loss"** claimed.

        **(6)** As often as may be reasonably required, permit us to inspect the property and records proving the **"loss".**

        Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

        **(7)** Make no statement that will assume any liability, for any **"loss"** for which we may be liable, without our consent.

        **(8)** Promptly send us any legal papers or notices received concerning the **"loss".**

        **(9)** Send us a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

       **(10)** Cooperate with us in the investigation or settlement of the claim.

    **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must signed.

**4. Loss Payment**

    **a.** In the event of **"loss"** to Covered Property covered by this Coverage form, at our option, we will either:

        **(1)** Pay the value of lost or damaged property;

        **(2)** Pay the cost of repairing or replacing the lost or damaged property;

        **(3)** Take all or any part of the property at an agreed or appraised value; or

        **(4)** Repair, rebuild or replace the property with other property of like kind and quality.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We may adjust the **"loss"** with the owners of lost or damaged property if other than you.  If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the Covered Property.

**e.** We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

**f.** We will pay for covered **"loss"** within 30 days after we receive the sworn proof of loss, if:

    **(1)** You have complied with all of the terms of this coverage form; and

    **(2) (a)** We have reached agreement with you on the amount of **"loss"**;

        **(b)** An appraisal award has been made; or

        **(c)** Final judgment has been entered.

**5. a. Recovered Property**

If either you or we recover any property after **"loss"** settlement, that party must give the other prompt notice.  At your option, the property will be returned to you.  You must then return to us the amount we paid to you for your property.  We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**b. Recoveries**

The following applies only to the Accounts Receivable Coverage Extension:

You will pay us the amount of all recoveries you receive for a loss paid by us.  But any recoveries in excess of the amount we have paid belong to you.

**6. Vacancy**

If the **"building"** where **"loss"** occurs has been vacant for more than 60 consecutive days before that **"loss,"** we will:

**a.** Not pay for any **"loss"** caused by any of the following even if they are Covered Causes of Loss:

    **(1)** Vandalism;

    **(2)** Sprinkler leakage, unless you have protected the system against freezing;

    **(3)** Building glass breakage;

    **(4)** Water damage;

    **(5)** Theft; or

    **(6)** Attempted theft.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

**b.** Reduce the amount we would otherwise pay for the **"loss"** by 15%.

**"Buildings"** are vacant when they do not contain enough business personal property to conduct customary operations.

**7. Valuation**

We will determine the value of Covered Property in the event of **"loss"** as follows:

**a.** At replacement cost (without deduction for depreciation) as of the time of **"loss"**, except as provided in **b., c., d., e., f., g.,** and **h.** below.

**(1)** We will not pay more for **"loss"** on a replacement costs basis than the least of:

**(a)** The Limit of Insurance applicable to the lost or damaged property;

**(b)** The cost to replace the lost or damaged property with other property:

**(i)** Of comparable material and quality; and

**(ii)** Used for the same purpose; or

**(c)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(2)** We will not pay on a replacement cost basis for any **"loss":**

**(a)** Until the lost or damaged property is actually repaired or replaced; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the **"loss".**

If the repairs or replacement are not made as soon as reasonably possible after the **"loss"**, the value of the property will be actual cash value.

**b. "Fine Arts"** as stated in a Schedule on file with us. If there is no schedule on file, valuation will be at fair market value as of the time of **"loss"**.

**c. "Stock"** as follows:

**(1) "Finished Stock"** you have sold but not delivered, at selling price less discounts and expenses you otherwise would have had;

**(2) "Merchandise"** you have sold but not delivered, at selling price less discounts and expenses you otherwise would have had;

**(3) "Stock in process"** at the cost to replace plus labor and overhead expenses you have actually incurred.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e. "Valuable Papers and Records"** at the cost of:

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(1)** Blank materials for reproducing the records; and

**(2)** Labor to transcribe or copy the records when there is a duplicate.

**f. "Data"** and **"media"** (other than prepackaged software programs)

The value of the property will be either:

**(1)** The actual cost of reproducing or replacing the lost or damaged **"data"** and **"media"**, if you actually reproduce or replace them; or

**(2)** The cost to replace the blank **"media"** with substantially identical property.

**g.** Accounts Receivable

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of the **"loss"** the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the **"loss"** occurred; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the **"loss"** occurred or any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount is established.

**(a)** The amount of the accounts for which there is no **"loss"**;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**h.** Tenant's Improvements and Betterments at:

**(1)** Replacement cost (without deduction for depreciation) of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the **"loss"** to the expiration of the lease; and

**(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

**(3)** Nothing, if others pay for repairs or replacement for your benefit and at no cost to you.

**8. Pair, Sets or Parts**

    **a.** Pair or set.  In case of **"loss"** to any part of a pair or set we may:

        **(1)** Repair or replace any part to restore the pair or set to its value before the **"loss"**; or

        **(2)** Pay the difference between the value of the pair or set before and after the **"loss"**

    **b.** Parts.  In case of **"loss"** to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**F. General Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Premium Property Program Declarations, the following condition applies.

    **a.** We will not pay the full amount of any **"loss"** if the value of Covered Property (except property in transit and Business Personal Property of others in your care, custody or control) at the time of **"loss"** times the Coinsurance percentage shown in the Declarations is greater than the Limit of Insurance for that property.

Instead, we will determine the most we will pay using the following steps:

    **(1)** Multiply the value of Covered Property at the time of **"loss"** by the Coinsurance percentage;

    **(2)** Divide the Limit of Insurance of the property by the figure determined in step (1);

    **(3)** Multiply the total amount of  **"loss"**, before the application of any deductible, by the figure determined in step (2); and

    **(4)** Subtract the deductible from the figure determined in step **(3).**

We will pay the amount determined in step **(4)** or the Limit of Insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the **"loss"** yourself.

Step **(3)** will not apply to property in transit or to Business Personal Property of others in your care, custody or control.

**Example No. 1** (Underinsurance)

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $    250 |

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

The Amount of  **"Loss"** is                          $ 40,000

| **Step (1)** | $250,000 | X | 80% | = | $200,000 |
|---|---|---|---|---|---|

(The minimum amount of Insurance to meet your Coinsurance requirements.)

| **Step (2)** | $100,000. | ÷ | $200,000 | = | .50 |
|---|---|---|---|---|---|
| **Step (3)** | $40,000 | X | .50 | = | $ 20,000 |
| **Step (4)** | $20,000. | − | $250 | = | $ 19,750 |

We will pay no more than $19,750.  The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance)

When:

| The Value of the Property is | $250,000 |
|---|---|
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $    250 |
| The Amount of **"Loss"** is | $  40,000 |

| **Step (1)** | $250,000 | X | 80% | = | $200,000 |
|---|---|---|---|---|---|

(The minimum amount of insurance to meet your Coinsurance requirements.)

| **Step (2)** | $200,000 | ÷ | $200,000 | = | 1.00 |
|---|---|---|---|---|---|
| **Step (3)** | $40,000 | X | 1.00 | = | $ 40,000 |
| **Step (4)** | $40,000 | − | $250 | = | $ 39,750 |

We will cover the $39,750 **"loss"** in excess of the Deductible.  No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| The Value of the property is: | |
|---|---|
| **"Building"** at Premises No. 1 | $ 75,000 |
| **"Building"** at Premises No. 2 | $100,000 |
| Personal Property at Premises No. 2 | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for: | |
| **"Buildings"** and Personal Property at | |
| Premises No. 1 and 2. | $180,000 |
| The Deductible is | $   1,000 |
| The Amount of **" Loss"** is: | |
| **"Building"** at Premises No. 2 | $ 30,000 |
| Personal Property at Premises No. 2 | $ 20,000 |
| | $ 50,000 |

| **Step (1)** | $250,000 | X | 90% | = | $225,000 |
|---|---|---|---|---|---|

(The minimum amount of Insurance to meet your Coinsurance requirements)

| **Step (2)** | $180,000 | ÷ | $225,000 | = | .80 |
|---|---|---|---|---|---|
| **Step (3)** | $50,000 | X | .80 | = | $ 40,000 |
| **Step (4)** | $40,000 | − | $1,000 | = | $ 39,000 |

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

We will pay no more than $39,000.  The remaining $11,000  is not covered.

**2. Mortgage Holders**

  **a.** The term mortgage holder includes trustee.

  **b.** We will pay for covered **"loss"** to **"buildings"** to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

  **c.** The mortgage holder has the right to receive **"loss"** payment even if the mortgage holder has started foreclosure or similar action on the **"buildings".**

  **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Form, the mortgage holder will still have the right to receive **"loss"** payment if the mortgage holder:

  **(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so;

  **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

  **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

  All other terms of this Coverage Form will then apply directly to the mortgage holder.

  **e.** If we pay the mortgage holder for any **"loss"** and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form;

  **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

  **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

  At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest.  In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

  **f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

  **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

  **g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**3. Other Insurance**

  The following is added to subparagraph **2.** of Commercial Property Condition **G., Other Insurance**:

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-007 11.98

But this provision does not apply to **"loss"** to personal property of others in your care, custody or control.

**4. Policy Period, Coverage Territory**

Commercial Property Condition **H., Policy Period, Coverage Territory**, is replaced by the following:

**a.** We cover **"loss"** commencing:

**(1)** During the Policy Period shown in the UltimateCover Program Declarations; and

**(2)** Within the Coverage Territory.

**b.** The Coverage Territory is:

**(1)** The United States of America; and

**(2)** Canada.

**G. Definitions**

**1. "Buildings"** means buildings or structures.

**2. "Computer Virus"** means unauthorized intrusive codes or programming that are entered into covered **"hardware"**, **"data"** and **"media"** and interrupt your operations at the described premises.

**3. "Consequential Damage"** means the decrease in value to the undamaged part or parts of Business Personal Property which is unmarketable as a complete product.

**4. Computer Property** means **"data"**, **"hardware"** and **"media"**.

**a. "Data"** means facts, figures, concepts, or instructions that are in a form that can be communicated, interpreted or processed by computer systems (including records of accounts receivable and **"valuable papers and records"** when they are converted into **"data"** form).

**b. "Hardware"** means a network of equipment and components which accept information, process and analyze that information according to a plan, and then produces the desired results. It includes disk and tape drives, printers, display screens, remote terminals, computers which control manufacturing or production equipment or machinery, and computerized telephone systems, but it does not include computer **"media"**, or manufacturing or production machinery or equipment.

**c. "Media"** means materials on which **"data"** can be recorded, such as magnetic tapes, disk packs, paper tapes and cards.

**"Data"** and **"media"** include pre-packaged software and any instructional manuals for that software.

**5. "Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit.

PI-ULT-007 11.98

6. **"Guard Dog"** means a dog that is trained to protect premises from intruders and kept on your premises when they are not open for business.

7. **"Loss"** means accidental loss or damage.

8. **"Money"** means:

   a. Currency, coins and bank notes whether or not in current use; and

   b. Travelers' checks, register checks and money orders held for sale to the public.

9. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or containment, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

10. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or other property and includes:

    a. Tokens, tickets, revenue and other stamps whether or not in current use;

    b. Evidences of debt issued In connection with credit or charge cards, which are not of your own issue;

    But does not include **"money"**.  Lottery tickets held for sale are not **"securities"**.

11. **"Stock"** means **"finished stock"**, **"merchandise"** and **"stock in process"**.

    a. **"Finished Stock** means property that you manufactured or processed which in the ordinary course of your business is ready for packing, shipment or sale.

    b. **"Merchandise"** means goods kept for sale by you that are not the product of your manufacturing or processing operations.

    c. **"Stock in Process"** means raw materials that have undergone any processing or manufacturing but which has not become **"finished stock."**

12. **"Valuable Papers and Records"** means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

    But **"valuable papers and records"** does not mean **"money"** or **"securities"**.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-008 11.98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAUSES OF LOSS FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **F., Definitions.**

## A. Covered Causes of Loss

**Covered Causes of Loss** means Risks of Direct Physical Loss unless the **"loss"** is:

**1.** Excluded in Section **B., Exclusions**; or

**2.** Limited in Section **C., Limitations**;

that follow.

## B. Exclusions

**1.** We will not pay for **"loss"** caused directly or indirectly by any of the following.  Such **"loss"** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **"loss"**.

### a. Ordinance or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

### b. Earth Movement

Any earth movement (other than sinkhole collapse or volcanic action, eruption, explosion or effusion), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting.  But if **"loss"** by fire or explosion results, we will pay for that resulting **"loss"**.

This exclusion does not apply to the following:

**(1)** Business Personal Property in transit or away from premises you own, lease, rent or control;

**(2)** The Accounts Receivable Coverage Extension;  or

**(3)** The Valuable Papers and Records - Cost to Research Coverage Extension.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for **"loss"** caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Policy.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

PI-ULT-008 11.98

**d. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause.

But we will pay for direct **"loss"** caused by resulting fire if the fire would be covered under this Policy.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if **"loss"** by a Covered Cause of Loss results, we will pay for that resulting **"loss".**

This exclusion does not apply to the following Coverages:

**(1)** Accounts Receivable Coverage Extension;

**(2)** **"Computer Property"** for interruption of electrical power supply when the cause of such event occurs within 1,000 feet of the premises; or

**(3)** Utility Services - Direct Damage Additional Coverage Extension.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Flood**

**"Flood".**

But if **"loss"** by fire, explosion, theft or sprinkler leakage results, we will pay for that resulting **"loss".**

This exclusion does not apply to the following:

**(1)** Business Personal Property in transit or away from premises you own, lease rent or control;

**(2)** The Accounts Receivable Coverage Extension; or

**(3)** The Valuable Papers and Records - Cost to Research Coverage Extension.

**2.** We will not pay for **"loss"** caused by or resulting from any of the following:

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

**a.** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if **"loss"** by fire or explosion results, we will pay for that resulting **"loss".**

This exclusion does not apply to **"computer property"** .

**b.** Delay, loss of use, loss of market or any other consequential loss.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.  This exclusion does not apply to **"computer property "**.

**d. (1)** Wear and tear;

  **(2)** Rust, corrosion, fungus, decay, deterioration, spoilage, contamination, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

  **(3)** Smog;

  **(4)** Settling, cracking, shrinking or expansion;

  **(5)** Insects, birds, rodents or other animals;

  **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.  However, this does not apply to any resulting **"loss"** caused by elevator collision;

  **(7)** Dampness or dryness of atmosphere; changes in or extremes of temperature; freezing or thawing.

Paragraphs **d. (3), (4), (6)** and **(7)** do not apply to **"computer property"**.

But if **"loss"** by the **"specified causes of loss"** or building glass breakage results, we will pay for that resulting **"loss".**

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if **"loss"** by fire or combustion explosion results, we will pay for that resulting **"loss"**.  We will also pay for **"loss"** caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air-conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  **(1)** You do your best to maintain heat in the **"buildings";** or

  **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

This exclusion does not apply to **"computer property"**.

**g.** Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

  **(1)** Acting alone or in collusion with others; or

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to:

**(1)** Acts of destruction by your employees (but theft by employees is not covered);

**(2)** Property in the custody of a carrier for hire (provided the carrier is not in collusion with you, any of your partners, directors, trustees or authorized representatives); or

**(3)** **"Loss"** to **"computer property"** (provided your employees are not in collusion with you, any of your partners, directors, trustees or authorized representatives).

**h.** Rain, snow, ice or sleet to personal property in the open.

**i.** Collapse, except as provided below in the Additional Coverage for Collapse. But if **"loss"** by any of the Covered Causes of Loss results at the described premises, we will pay for that resulting **"loss"**.

**j.** Discharge, dispersal, seepage, migration, release or escape of **"pollutants"**.

But we will pay for resulting **"loss"** to Covered Property when the discharge, dispersal, seepage, migration, release or escape of **"pollutants"** is caused by any of the **"specified causes of loss"**.

**k.** Processing or work upon the property.

But we will pay for **"loss"** caused by resulting fire or explosion.

This exclusion does not apply to **"computer property"**.

**l.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of **"money"**, **"securities"** or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**m.** Bookkeeping, accounting or billing errors or omissions.

**n.** Unexplained disappearance. This exclusion does not apply to **"computer hardware"**.

**o.** Shortage found upon taking inventory or audit. This exclusion does not apply to **"computer hardware"**.

**p.** Electrical or magnetic disturbance or erasure of records of accounts receivable that have been converted into electronic format, when such **"loss"** is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts; or

**(3)** An occurrence that took place more than 1,000 feet from your premises.

But we will pay for such **"loss"** caused by lightning.

**q.** Voluntary parting with any property by you, or by anyone else to whom you have entrusted the property, if induced to do so by any fraudulent scheme, trick, device or false pretense.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

PI-ULT-008 11.98

**r.** Changes in your electrical power supply to **"computer property"**, including interruption of power, power surge, blackout or brownout, if the cause of such event originates more than 1,000 feet from any of the premises listed in the Declarations, Extension of Declarations or attached Schedule.

**3.** We will not pay for **"loss"** caused by or resulting from any of the following. But if **"loss"** by a Covered Cause of Loss results, we will pay for that resulting **"loss."**

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the **"loss"**.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

   Of part or all of any property on or off the described premises.

   This exclusion does not apply to **"computer property"**.

**4. Special Exclusions**

The following provisions apply only to the Coverage Forms listed below, if these Coverage Forms are attached to this Policy.

**a. Business Income, Extra Expenses and Business Income with Extra Expenses Coverage Forms.**

We will not pay for:

   **(1)** Any loss caused by or resulting from:

      **(a)** Damage or destruction of finished **"stock";** or

      **(b)** The time required to reproduce finished **"stock".**

   This exclusion does not apply to Extra Expenses.

   **(2)** Any loss caused by or resulting from direct physical **"loss"** to communication antennas or satellite dishes, including their lead-in wiring masts or towers.

   **(3)** Any increase of loss caused by or resulting from:

PI-ULT-008 11.98

**(a)** Delay in rebuilding, repairing or replacing the property or resuming **"operations"** due to interference at the premises of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of **"operations"**, we will cover such loss that affects your Business Income during the **"period of restoration"**.

**(4)** Any Extra Expenses caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the **"period of restoration".**

**(5)** Any other consequential loss.

**(6)** Any loss caused by or resulting from error in machine programming or instructions to any machine.

**(7)** Any loss caused by or resulting from direct physical **"loss"** to property at locations not specifically identified. This exclusion does not apply to coverage provided to Business Income from Dependent Property - Additional Coverage.

**(8)** Any loss caused by or resulting from direct physical **"loss"** to:

**(a) "Buildings"**; or

**(b)** Additions to existing **"buildings"**;

That are under the course of construction.

**b. Legal Liability Coverage Form**

**(1)** The following Exclusions do not apply to insurance under this Coverage Form;

**(a)** Paragraph **B. 1.a.**, Ordinance or Law;

**(b)** Paragraph **B. 1. c.**, Governmental Action;

**(c)** Paragraph **B. 1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Service; and

**(e)** Paragraph B. 1. f., War and Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or **"suit"** or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

**(b) Nuclear Hazard**

We will not defend any claim or **"suit"** or pay any damages, **"loss"**, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

## C. Limitations

**1.** We will not pay for **"loss"** to:

    **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for **"loss"** to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **c.** The interior of any **"buildings"**, or to personal property in **"buildings"**, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The **"buildings"** first sustain damage by a Covered Cause of Loss to their roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The **"loss"** is caused by or results from thawing of snow, sleet or ice on the **"buildings"**.

**2.** For **"loss"** by theft, the following types of property are covered only up to the Limits of Insurance shown:

    **a.** $2,500 for furs, fur garments and garments trimmed with fur.

    **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This Limit of Insurance does not apply to jewelry and watches worth $100 or less per item.

    **c.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

**3.** We will not pay for **"loss"** to property in transit caused by or resulting from breakage; leakage; contamination; being spotted, discolored, molded, rusted, frosted, rotted, soured, steamed or changed in flavor.

But we will pay for such **"loss"** caused by: the **"specified causes of loss"**; an accident to the vehicle or railroad car carrying the Covered Property; burning, collision or crashing of the aircraft carrying the Covered Property; or the stranding, sinking, burning or collision of the vessel carrying the Covered Property.

## D. Additional Coverage - Collapse

We will pay for **"loss"** caused by or resulting from risks of direct physical **"loss"** involving collapse of **"buildings"** or any part of **"buildings"** caused only by one or more of the following:

**1.** The **"specified causes of loss"** or breakage of building glass, all only as insured against in this form;

**2.** Hidden decay;

**3.** Hidden insect or vermin damage;

**4.** Weight of people or personal property;

**5.** Weight of rain that collects on a roof.

We will not pay for **"loss"** to the following types of property, if otherwise covered in this Policy, under items **2., 3., 4.** and **5.,** unless the **"loss"** is a direct result of the collapse of **"buildings";** outdoor communication antennas or satellite dishes, including their masts or lead - in wiring; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; beach or diving platforms or appurtenances; retaining walls.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided by this Policy.

## E. Additional Coverage Extensions

### 1. Water Damage, Other Liquids, Powder or Molten Material Damage

If **"loss"** caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of **"buildings"** to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

This Coverage Extension will not increase the Limits of Insurance provided by this Policy.

### 2. Utility Services - Direct Damage

We will pay for direct physical **"loss"** caused by interruption of utility service to the described premises. The interruption must be caused by direct physical **"loss"** by any of the Covered Causes of Loss to the following types of property not on the described premises supplying water, communication and power to the described premises.

**Power Supply Services**, meaning the following types of property supplying electricity, steam or gas to the described premises.

**a.** Utility Generating Plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission Lines.

But not overhead transmission lines.

**Water Supply Services**, meaning the following types of property supplying water to the described premises.

**a.** Pumping Stations; and

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

PI-ULT-008 11.98

**b.** Water mains.

**Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**a.** Communication transmission lines, including optical fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

But not overhead transmission lines.

The most we will pay under this Coverage Extension for the sum of all occurrences at all premises during each separate 12 month period of this policy is $10,000.

This Coverage Extension is in addition to the Limits of Insurance provided by this Policy.

**3. Voluntary Parting**

We will pay for **"loss"** caused by or resulting from voluntary parting with any property by you, or by anyone else to whom you have entrusted the property, if induced to do so by any fraudulent scheme, trick, device or false pretense.

The most we will pay under this Coverage Extension in any one occurrence is $10,000.

This Coverage Extension will not increase the Limits of Insurance provided by this Policy.

**F. Definitions**

**1. "Buildings"** means buildings or structures.

**2. "Computer Property"** means **"data", "hardware"** and **"media"**.

**a. "Data"** means facts, figures, concepts or instructions that are in a form that can be communicated, interpreted, or processed by computer systems (including records of accounts receivable and **"valuable papers and records"** when they are converted into **"data"** form).

It does not include Valuable Papers unless converted to electronic form.

**b. "Hardware"** means a network of equipment and components which accept information, process and analyze that information according to a plan, and then produces the desired results. It includes disk and tape drives, printers, display screens, remote terminals, computers which control manufacturing or production equipment or machinery, and computerized telephone systems, but it does not include computer **"media"**, or production machinery or equipment.

**c. "Media"** means materials on which **"data"** can be recorded, such as magnetic tapes, disk packs, paper tapes and cards.

**3. "Flood"** means:

**a.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; or

    **b.** Mudslide or mudflow.

**4. "Loss"** means accidental loss or damage.

**5. "Money"** means:

    **a.** Currency, coins and bank notes whether or not in current use; and

    **b.** Travelers' checks, register checks and money orders held for sale to the public.

**6. "Operations"** means:

    **a.** Business activities you perform at the described premises; and

    **b.** The tenantability of the described premises, if coverage for Business Income including **"Rental Value"** or **"Rental Value"** applies.

**7. "Period Of Restoration"** means the period of time that:

    **a.** Begins:

        **(1)** 72 hours after the time of direct physical **"loss"** for Business Income Coverage; or;

        **(2)** Immediately after the time of direct physical **"loss"** for Extra Expense Coverage;

    **b.** Ends on the earlier of:

        **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(2)** The date when business is resumed at a new permanent location.

    **c.** **"Period of Restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

        **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

        **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"pollutants"**.

    The expiration date of this policy will not cut short the **"period restoration"**.

**8. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**9. "Rental Value"** means

    **a.** Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you; and

    **b.** Amount of all charges which are legal obligation of the tenant(s) and which would otherwise be your obligations; and

    **c.** Fair rental value of any portion of the described premises which is occupied by you.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

PI-ULT-008 11.98

**10. "Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or other property and includes:

  **a.** Tokens, tickets, revenue and other stamps whether or not in current use; and

  **b.** Evidences of debt issued in connection with credit or charge cards, which are not of your own issue;

But does not include **"money"**. Lottery tickets held for sale are not **"securities"**.

**11. "Specified Causes of Loss"** means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

  **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This Cause of Loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land man-made underground cavities.

  **b.** Falling objects does not include **"loss"** to:

    **(1)** Personal property in the open; or

    **(2)** The interior of **"buildings"**, or property inside **"buildings"**, unless the roof or an outside wall of the **"buildings"** is first damaged by a falling object.

  **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

**12. "Stock"** means **"finished stock"**, **"merchandise"**, and **"stock in process"**.

  **a.** **"Finished Stock"** means property that you manufactured or processed which in the ordinary course of your business is ready for packing, shipment or sale.

  **b.** **"Merchandise"** means goods kept for sale by you that are not the product of your manufacturing or processing operations.

  **c.** **"Stock in Process"** means raw materials that have undergone any processing or manufacturing but which have not become **"finished stock."**

**13. "Suit"** includes an arbitration proceeding to which you must submit or submit with our consent.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1990

PI-ULT-009 11.98

# CRIME COVERAGE FORM

Various provisions in the policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words **"you"** and **"your"** refer to the Named Insured shown in the Declarations. The words **"we"**, **"us"**, and **"our"** refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G., Definitions**.

**Coverage Summary**

|  | Basic Limit Of Insurance | Basic Deductible | Superseding Limit Of Insurance | Superseding Deductible |
|---|---|---|---|---|
| **"Money"** and **"Securities"**- Inside the Premises | $ 5,000 | $ 500 | $ | $ |
| **"Money"** and **"Securities"**- Outside the Premises | $ 5,000 | $500 | $ | $ |
| Money Orders and Counterfeit Paper Currency | $ 5,000 | $500 | $ | $ |
| Kidnap and Ransom – Extortion | $25,000 | None |  |  |

**Optional Coverage Summary**

|  | Limit of Insurance | Deductible |
|---|---|---|
| Forgery or Alteration | $ | $ |
| Computer Fraud | $ | $ |
| Employee Dishonesty | $        25,000 | $        1,000 |

☐   If this box is marked with **"X", Clause B.1.f., Coverage Extension - Welfare and Pension Plan ERISA Compliance**, applies to this policy.

## A. Coverage

### 1. Money and Securities

Covered Property, as used in this Coverage, means **"money"** and **"securities"** used in your business.

**a.** We will pay for all loss to Covered Property:

**(1) Inside the Premises** - while at a bank or savings institution, at the **"premises"**, or

**(2) Outside the Premises** - in transit between any of the places described in **1. a. (1)** above; resulting directly from:

**(a)** Theft, meaning any act of stealing;

**(b)** Disappearance; or

**(c)** Destruction.

**b.** In addition to the General Exclusions of this Form, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions.

**(2)** Due to the giving or surrendering of property in any exchange or purchase.

**(3)** Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

**(4)** Resulting from any dishonest or criminal act committed by any of your **"employees"**, directors, trustees or authorized representatives:

    **(a)** Acting alone or in collusion with other persons; or

    **(b)** While performing services for you or otherwise.

**(5)** Of Covered Property after it has been transferred or surrendered to a person or place outside the **"premises"** or a bank or savings institution on the basis of unauthorized instructions.

**(6)** Resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**c. Additional Definition**

As respects Money and Securities coverage:

**"Occurrence"** means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

**2. Money Orders and Counterfeit Paper Currency**

We will pay for loss due to the acceptance in good faith of Covered Property.

**a.** Covered Property, as used in this Coverage, means:

**(1)** Any post office or express money order accepted in exchange for merchandise, **"money"** or services issued, or purporting to have been issued, by any post office or express company, if such money order is not paid upon presentation; or

**(2)** Counterfeit United States or Canadian paper currency accepted in the regular course of business.

**b.** In addition to the General Exclusions of this Form, we will not pay for loss resulting from:

**(1)** Any dishonest or criminal act committed by any of your **"employees"**, directors, trustees or authorized representatives:

PI-ULT-009 11.98

    **(a)** Acting alone or in collusion with other persons; or

    **(b)** While performing services for you or otherwise.

**(2)** Your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

## c. Additional Definition

As respects Money Orders and Counterfeit Paper Currency coverage:

**"Occurrence"** means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

## 3. Kidnap and Ransom-Extortion

**a.** We will pay for loss of **"money"**, **"securities"**, and **"property other than money and securities"** resulting directly from **"extortion"**. Loss is covered only if:

**(1)** The threat to do bodily harm is first communicated to you during the Policy Period; and

**(2)** The capture or alleged capture takes place within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

**b.** We will not pay for loss as specified below:

**(1)** Loss resulting from any dishonest or criminal acts committed by any of your **"employees"**, directors, trustees, or authorized representatives:

    **(a)** Acting alone or in collusion with other persons; or

    **(b)** While performing services for you or otherwise.

**(2)** Loss of property surrendered before a reasonable effort has been made to report an extortionist's demand to all the following:

    **(a)** An associate;

    **(b)** The Federal Bureau of Investigation; and

    **(c)** Local law enforcement authorities.

**c.** The most we will pay for loss in any one **"occurrence"** is $25,000.

## d. Additional Definition

**"Occurrence"** means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or event not involving any person.

PI-ULT-009 11.98

**B. Optional Coverages**

The following Optional Coverages for which a limit of insurance is shown in the Coverage Summary
are also provided:

**1. Employee Dishonesty**

We will pay for loss of, and loss from damage to Covered Property resulting directly from
**"employee dishonesty"**.

**a.** Covered Property, as used in this Coverage, means **"money"**, **"securities"** and **"property
other than money and securities"**.

**b.** We will pay for loss caused by any **"employee"** while temporarily outside the Coverage Territory
for a period not more than 90 days.

**c.** We will not pay for:

**(1)** Loss caused by any **"employee"** of yours, or predecessor in interest of yours, for whom
similar prior insurance has been canceled and not reinstated since the last such cancellation.

**(2)** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent
upon:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**d. Additional Condition**

The following applies in addition to the General Conditions of this Form.

**Cancellation As To Any Employee**

This insurance is canceled as to any **"employee"**:

**(1)** Immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, officers or directors not in collusion with the **"employee"**;

of any dishonest act committed by that **"employee"** whether before or after becoming
employed by you.

**(2)** On the date specified in a notice mailed to you. That date will be at least 30 days after the
date of mailing.

The mailing of notice to you at the last mailing address known to us will be sufficient proof of
notice. Delivery of notice is the same as mailing.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

### e. Additional Definition

As respects Employee Dishonesty coverage:

**"Occurrence"** means all loss caused by, or involving, one or more **"employees"**, whether the result of a single act or series of acts.

### f. Coverage Extension - Welfare and Pension Plan ERISA Compliance

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

**(1)"Employee"** also includes any natural person who is:

- **(a)** A trustee, officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan ( hereinafter called Plan) insured under this insurance; and

- **(b)** Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

**(2)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(3)** If the Insured first named in the Declarations is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

- **(a)** Sustained by two or more Plans; or

- **(b)** Of commingled funds or other property of two or more Plans;

that arises out of one **"occurrence"** is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

**(5)** The Deductible provision does not apply to loss sustained by any Plan subject to ERISA which is insured under this insurance.

## 2. Forgery or Alteration

We will pay for loss due to forgery or alteration of, on or in any Covered Property.

**a.** Covered Property, as used in this Coverage, means **"Covered Instruments"** that are:

**(1)** Made or drawn by or drawn upon you;

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

**b.** If you are sued for refusing to pay any **"covered instrument"** on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay is in addition to the Limit of Insurance applicable to this insurance.

**c.** The following applies in addition to the General Exclusions of this Form:

We will not pay for loss resulting from any dishonest or criminal act committed by any of your **"employees"**, directors, trustees or authorized representatives:

**(1)** Acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise.

**d. Additional Conditions**

The following apply in addition to the General Conditions of this Form.

**(1) Facsimile Signatures**

We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**(2) Proof of Loss**

You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**(3) Territory**

We will cover loss you sustain anywhere in the world.

The **Territory General Condition** does not apply to this Optional Coverage.

**e. Additional Definition**

As respects Forgery or Alteration coverage:

**"Occurrence"** means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

**3. Computer Fraud**

We will pay for loss of, and loss from damage to, Covered Property resulting directly from **"computer fraud"**.

**a.** Covered Property, as used in this Coverage means **"money"**, **"securities"** and **"property other than money and securities"**.

**b.** The following apply in addition to the General Exclusions of this Form:

**(1)** We will not pay for loss resulting from any dishonest or criminal act committed by any of your **"employees"**, directors, trustees or authorized representatives:

**(a)** Acting alone or in collusion with other persons; or

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

    **(b)** While performing services for you or otherwise.

  **(2)** We will not pay for loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

    **(a)** An inventory computation; or

    **(b)** A profit and loss computation.

### d. Additional Conditions

The following apply in addition to the General Conditions of this Form:

**(1) Duties in the Event of Loss**

If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**(2) Special Limit of Insurance for Specified Property**

For loss of, or loss from damage to, manuscripts, drawings or records of any kind the most we will pay in any one **"occurrence"** is the lesser of the following amounts:

  **(a)** The cost of reconstructing such property or reproducing any information contained in such property; or

  **(b)** $5,000.

### e. Additional Definition

As respects Computer Fraud coverage:

**"Occurrence"** means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

## C. Limits of Insurance

The most we will pay for loss in any one **"occurrence"** is the applicable Limit of Insurance shown in the Coverage Summary.

**1.** For Money and Securities Coverage and for Money Orders and Counterfeit Paper Currency Coverage, the applicable Limit of Insurance is:

  **a.** The Basic Limit of Insurance shown in the Coverage Summary if no Superseding Limit of Insurance is shown; or

  **b.** The Superseding Limit of Insurance if a Superseding Limit is shown in the Coverage Summary.

**2.** For all other coverages, the applicable Limit of Insurance is the Limit shown in the Coverage Summary.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

**D. Deductible**

We will not pay for loss in any one **"occurrence"** until the amount of the loss exceeds the applicable Deductible shown in the Coverage Summary. We will then pay the amount of the loss in excess of the applicable Deductible, up to the applicable Limit of Insurance.

**1.** For Money and Securities Coverage and for Money Orders and Counterfeit Paper Currency Coverage, the applicable Deductible is:

**a.** The Basic Deductible shown in the Coverage Summary if no Superseding Deductible is shown; or

**b.** The Superseding Deductible if a Superseding Deductible is shown in the Coverage Summary.

**2.** For all other coverages, the applicable Deductible is the Deductible shown in the Coverage Summary.

**E. General Exclusions**

Unless stated otherwise in any Coverage or Optional Coverage in this Crime Coverage Form, the Policy Declarations or an endorsement, the following General Exclusions apply to all Coverages and Optional Coverages provided by this Coverage Form.

We will not pay for loss as specified below:

**1. Acts Committed by You or Your Partners**

Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

**2. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**3. Indirect Loss**

Loss that is an indirect result of any act or **"occurrence"** covered by this insurance including, but not limited to, loss resulting from;

**a.** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

**b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**4. Legal Expenses**

Expenses related to any legal action, except as provided in the Forgery or Alteration Optional Coverage, if the coverage is applicable to this policy.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

**5. Nuclear**

Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**6. War and Similar Actions**

Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## F. General Conditions

Unless stated otherwise in any Coverage or Optional Coverage in this Crime Coverage Form, the Policy Declarations or an endorsement, the following General Conditions apply to all Coverages and Optional Coverages provided by this Coverage Form:

**1. Concealment, Misrepresentation or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This insurance;

**b.** The Covered Property;

**c.** Your interest in the Covered property; or

**d.** A claim under this insurance.

**2. Consolidation - Merger**

If through consolidation or merger with, or purchase of assets of, some other entity:

**a.** Any additional persons become **"employee"**; or

**b.** You acquire the use and control of any additional **"premises"**;

Any insurance afforded for **"employees"** or **"premises"** also applies to those additional **"employees"** and **"premises"**, but only if you:

**a.** Give us written notice within 30 days thereafter; and

**b.** Pay us an additional premium.

**3. Discovery Period for Loss**

We will pay only for covered loss discovered no later than one year from the end of the policy period.

**4. Duties in the Event of Loss**

After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

   **a.** Notify us as soon as possible.

   **b.** Submit to examination under oath at our request and give us a signed statement of your answers.

   **c.** Give us a detailed, sworn proof of loss within 120 days.

   **d.** Cooperate with us in the investigation and settlement of any claim.

**5. Joint Insured**

   **a.** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next named Insured will become the first Named Insured.

   **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **c.** An **"employee"** of any Insured is considered to be an **"employee"** of every Insured.

   **d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**6. Legal Action Against Us**

   You may not bring any legal action against us involving loss:

   **a.** Unless you have complied with all the terms of this insurance;

   **b.** Until 90 days after you have filed proof of loss with us; and

   **c.** Unless brought within 2 years from the date you discover the loss.

**7. Liberalization**

   If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

**8. Loss Covered Under More Than One Coverages Of This Insurance**

   If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   **a.** The actual amount of loss; or

   **b.** The sum of the limits of insurance applicable to those coverages.

**9. Loss Sustained During Prior Insurance**

   **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that

the time within which to discover loss had expired, we will pay for it under this insurance, provided:

**(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**b.** The insurance under this Condition is part of, not in addition to the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

**(1)** This insurance as of its effective date; or

**(2)** The prior insurance had it remained in effect.

#### 10. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate

If any loss is covered:

**a.** Partly by this insurance; and

**b.** Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

The most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

#### 11. Non-Cumulation of Limit of Insurance

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance accumulates from year to year or period to period.

#### 12. Other Insurance

This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Coverage Summary or the Optional Coverage Summary.

#### 13. Ownership of Property; Interests Covered

The property covered under this insurance is limited to property:

**a.** That you own or hold; or

**b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**14. Policy Period**

   **a.** The Policy Period is shown in the Common Policy Declarations.

   **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**15. Records**

   You must keep records of all Covered Property so we can verify the amount of any loss.

**16. Recoveries**

   **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

     **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

     **(2)** Then to us, until we are reimbursed for the settlement made;

     **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

   **b.** Recoveries do not include any recovery:

     **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

     **(2)** Of original **"securities"** after duplicates of them have been issued.

**17. Territory**

   This insurance covers only acts committed or events occurring within the United States of America, and Canada.

**18. Transfer of Your Rights of Recovery Against Others to Us**

   You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**19. Valuation - Settlement**

   **a.** Subject to the applicable Limit of Insurance provision we will pay for:

     **(1)** Loss of **"money"** but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

       **(a)** At face value in the **"money"** issued by that country; or

       **(b)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

     **(2)** Loss of **"securities"** but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

**(a)** Pay the value of such **"securities"** or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those **"securities"**; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the **"securities"**. However, we will be liable only for the payment of so much of the cost of the bond having a penalty not exceeding the lesser of the;

    **(i)** Value of the **"securities"** at the close of business on the day the loss was discovered; or

    **(ii)** Limit of Insurance.

**(3)** Loss of, or loss from damage to, **"property other than money and securities"** or loss from damage to the **"premises"** for not more than the;

**(a)** Actual cash value of the property on the day the loss was discovered;

**(b)** Cost of repairing the property or **"premises"**; or

**(c)** Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

**b.** We may, at our option, pay for loss of, or loss from damage to, property other than **"money"**:

**(1)** In the **"money"** of the country in which the loss occurred; or

**(2)** In the United States of America dollar equivalent of the **"money"** of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

**(3)** Any property that we pay for or replace becomes our property.

## G. Definitions

1. **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. **"Computer Fraud"** means **"theft"** of property following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the **"premises"** or **"banking premises"** to a person (other than a **"messenger"**) outside those **"premises"** or to a place outside those **"premises."**

3. **"Covered Instrument(s)"** means checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in **"money"**.

4. **"Employee"** means:

   **a.** Any natural person:

   **(1)** While in your service (and for 30 days after termination of service); and

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-009 11.98

**(2)** Whom you compensate directly by salary, wages or commissions; and

**(3)** Whom you have the right to direct and control while performing services for you; or

**b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however any such person while having care and custody of property outside the **"premises"**.

But **"employee"** does not mean any:

**a.** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**b.** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**5.** **"Employee Dishonesty"** means only dishonest acts committed by an **"employee"**, whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

**a.** Cause you to sustain loss; and also

**b.** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

**(1)** The **"employee"**; or

**(2)** Any person or organization intended by the **"employee"** to receive that benefit.

**6.** **"Extortion"** means the surrender of property away from the premises as a result of a threat communicated to you to do bodily harm to you or an **"employee"**, or to a relative or invitee of either, who is, or allegedly is, being held captive.

**7.** **"Messenger"** means you, any of your partners or any **"employee"** while having care and custody of the property outside the **"premises"**.

**8.** **"Money"** means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**9.** **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

**10.** **"Property Other Than Money and Securities"** means any tangible property other than **"money"** and **"securities"** that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

**11.** **"Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

PI-ULT-009 11.98

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include **"money".**

**12.** **"Theft"** means any act of stealing.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994

PI-ULT-018 11.98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies coverage provided under the following:

**Property Coverage Form**

**COVERAGE SUMMARY**

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| 0001 | 0001 | 5% |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to direct physical **"loss"** to Covered Property, caused by or resulting from Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the **"loss"** or damage.  If **"loss"** from a covered weather condition other than Windstorm or Hail occurs, and that **" loss"** would not have occurred but for the Windstorm or Hail such **"loss"** shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm of Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm of Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As  used in this endorsement the terms **"specific insurance"** and **"blanket insurance"** have the following meanings.  Specific insurance covers each item of insurance ( for example, each building or personal property in a building) under a separate Limit of Insurance.  Blanket insurance covers two or more items of insurance (for example a building and personal property in that building or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of insurance are shown in the Declarations.

Includes copyrighted material of ISO Commercial Risks Services, Inc
Copyright, ISO Commercial Risk Services, Inc. 1990

PI-ULT-018 11.98

**Windstorm or Hail Deductible Clause**

**A. All Policies**

1. A deductible is calculated separately for and applies separately to:

   a. Each building, if two or more buildings sustain **" loss"** .

   b. The building and to personal Property in that building, if both sustain **"loss"** .

   c. Personal property at each building , if personal property at two or more buildings sustains **"loss"**.

   d. Personal Property in the open.

2. We will not pay for **"loss"** until the amount of **"loss"** exceeds the applicable Deductible. We will then pay the amount of **" loss"** in excess of that Deductible up to the applicable Limit of Insurance, after any reduction required by any of the following ;

   a. Coinsurance Condition

   b. Agreed Value Option Coverage

   c. Reporting Endorsement

3. For property  covered under the Coverage Extension for Newly Acquired or Constructed Property: When we determine the amount, if any, that we will pay for **"loss"**, we will deduct an amount equal to a percentage of the value(s) of the property at time of **"loss"**. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation of the Deductible - Specific Insurance**

1. **Property Not Subject to Reporting Endorsement**

   When we determine the amount, if any, that we will pay for **"loss",** we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained **"loss"** .

2. **Property Subject to Reporting Endorsement**

   When we determine the amount, if any, that we will pay for **"loss"** , we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained **"loss"** . The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Value shows less than the full value (s) of the property in the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to **"loss"** , we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

Includes copyrighted material of ISO Commercial Risks Services, Inc
Copyright, ISO Commercial Risk Services, Inc. 1990

PI-ULT-018 11.98

### C. Calculation of the Deductible - Blanket Insurance

#### 1. Property Not Subject to Reporting Endorsement

When we determine the amount, if any, that we will pay for **"loss"**, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained **"loss"**. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

#### 2. Property Subject to Value Reporting Endorsement

When we determine the amount, if any, that we will pay for property that has sustained **"loss"** or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss .

### EXAMPLES - APPLICATION OF DEDUCTIBLE

**Example #1 - Specific Insurance (B.1)**

The amount of **"loss"** to the damaged building is $60,000.

The value of the damaged building at time of **"loss"** is $100,000. The Coinsurance percentage shown in the Declarations is 80%, the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000. (80% of $100,000.) .

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%

**Step (1)** $70,000   +   $80,000   =   .875

**Step (2)** $60,000   X   .875   =   $52,500

**Step (3)** $70,000   X   1%   =   $700

**Step (4)** $52,500   –   $700   =   $51,800

The most we will pay is $51,800. The remainder of the **"loss"**, $8,200 is not covered due to the Coinsurance penalty for inadequate insurance (steps (1) and (2)) and the application of the Deductible (steps (3) and (4)).

**Example #2 - Specific Insurance (B.1)**

The amounts of **"loss"** to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of **"loss"** is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000 ) for the building and $64,000 (80% of $80,000) for the business personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

PI-ULT-018 11.98

The Deductible is 2%

**Building**

**Step (1)** $80,000   X   2%      =     $1,600

**Step (2)** $60,000   –   $1,600   =     $58,400

**Business Personal Property**

**Step (1)** $64,000   X   2%      =     $1,280

**Step (2)** $40,000   –   1,280    =     $38,720

The most we will pay is $97,120.  That portion of the total **"loss"** not covered due to application of the Deductible is $2,880.

### Example #3  - Blanket Insurance (C.1.)

The sum of the values of Building #1 ($500,000),  Building #2 ($500,000), and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the declarations is 90%, the minimum Blanket of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit of Insurance covering Buildings #1, #2 and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage;  the amounts of  **"loss"** to these buildings are $40,000 (Building  #1) and  $20,000 (Building #2).

The Deductible is 2%

**Building #1**

**Step (1)** $500,000   X   2%      =     $10,000

**Step (2)** $40,000   –   $10,000   =     $30,000

**Building #2**

**Step (1)** $500,000   X   2%      =     $10,000

**Step (2)** $20,000   –   $10,000   =     $10,000

The most we will pay is $40,000.  That portion of the total **"loss"** not covered due to application of the Deductible is $20,000.

Includes copyrighted material of ISO Commercial Risks Services, Inc
Copyright, ISO Commercial Risk Services, Inc. 1990

PI-ULT-018 11.98

**Example #4 - Blanket Insurance (C.1.)**

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Building #1 and #2 shown in the Declarations is $1,350,000 (therefore no Coinsurance penalty).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of **"loss"** are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%

**Building**

**Step (1)** $500,000   X   5%   =   $25,000

**Step (2)** $95,000   –   $25,000   =   $70,000

**Business Personal Property**

**Step (1)** $250,000   X   5%   =   $12,500

The loss of $5,000 does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building **"loss"**, $25,000, is not covered due to application of the Deductible. There is no **"loss"** payment for the business personal property.

Includes copyrighted material of ISO Commercial Risks Services, Inc
Copyright, ISO Commercial Risk Services, Inc. 1990

PI-ULT-023 07.01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CREFULLY.**

# BOILER AND MACHINERY ENDORSEMENT

This endorsement modifies insurance provided under the following:

**Property Coverage Form**
**Causes of Loss Form**
**Business Income and Extra Expense Coverage Form**
**Business Income Coverage Form**
**Extra Expenses Coverage Form**

**SCHEDULE**

| Coverage Description | Limit of Insurance |
|---|---|
| Property Damage | $ 1,022,017 |
| Property Damage and Business Income/Extra Expense | $ |
| Business Income and Extra Expense | $ |
| Business Income | $ |
| Extra Expense | $ |

**Sublimits of Insurance applicable to each covered location. These sublimits are part of and not in addition to the Limits of Insurance shown above.**

| Coverage | Sublimit of Insurance |
|---|---|
| Ammonia Contamination | $ 100,000 |
| Water Damage | $ 100,000 |
| Hazardous Substances | $ 100,000 |
| Spoilage | $ 100,000 |
| Expediting Expense | $ 100,000 |
| Newly Acquired Location Coverage | $ 1,000,000 |
| Off Premises Service Interruption | |
| Business Income | $ |
| Business Income and Extra Expense | $ 100,000 |
| Extra Expense | $ |
| Spoilage | $ 100,000 |
| Ordinance or Law | $ 300,000 |

**Deductibles**

| Coverage | Deductible |
|---|---|
| Property Damage | $ 2,500 |
| Business Income and Extra Expense | 24 hours |
| Business Income | hours |
| Extra Expense | $ |
| Spoilage | Combined wPD |
| Off Premises Service Interruption | 24 hours |
| Ammonia Contamination | Combined wPD |
| Other ( ) | $ |

| **Premium** | **$ 227** |
|---|---|

PI-ULT-023 07.01

## A. Coverage

For the purposes of this endorsement, the following exclusions and limitations, or parts thereof, are deleted as respects to the Boilers, Pressure Vessels and Machinery and Equipment at the described premises:

| | |
|---|---|
| Exclusion B.2.a. | Artificially generated electric current, including electric arcing, that disturbs electrical devices, wiring or wires. |
| Exclusion B.2.d.(2) | The word latent is deleted. |
| Exclusion B.2.d.(6) | Mechanical breakdown, including rupture or bursting caused by centrifugal force. |
| Exclusion B.2.e. | Explosion of steam boilers, steam pipes, steam engines, steam turbines owned or leased by your, or operated under your control. |
| Limitation C.1.a. | Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from a condition or event inside such equipment. |
| Limitation C.1.b. | Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment. |

## B. Exclusions

As respects the Boiler and Machinery coverage provided by this endorsement, coverage shall not include **"loss"** caused by or resulting from:

**1.** Damage while any boiler, fired or unfired vessel or electrical steam generator is undergoing a hydrostatic or gas pressure test;

**2.** Damage while any type of electrical or electronic equipment is undergoing an insulation breakdown test;

**3.** Damage to or destruction of media, however caused, and regardless of the function of that media;

**4/** Depletion, deterioration, corrosion, erosion or wear or tear, and other gradually developing conditions. But if **"loss"** or damage otherwise covered by this endorsement ensues, we will pay for such ensuing **"loss"**;

## C. Limits

The most we will pay under this endorsement for direct **"loss"** to Covered Property is the Property Damage Limit of Insurance shown in the schedule of this endorsement. If Business Income Coverage, Extra Expense Coverage, or Business Income and Extra Expense Coverage is included in the policy to which this endorsement is a part, the most we will pay for those extensions of coverage under this endorsement are the respective Limits of Insurance shown in the schedule of this endorsement.

All losses covered by this endorsement occurring at any one location which manifests themselves at the same time and are the result of the same cause will be considered a single loss. If an initial loss covered by this endorsement causes other losses covered by this endorsement, all will be considered a single loss.

**D. Extra Expediting**

This endorsement is extended to cover the reasonable extra cost of temporary repair and of expediting repair or replacement of Covered Property as a direct result of loss otherwise covered by this endorsement. The most we will pay under this extension is the amount shown as the Expediting Expense Sublimit in the schedule of this endorsement.

**E. Ammonia Contamination**

If Covered Property is contaminated by ammonia as a direct result of loss otherwise covered by this endorsement, the most we will pay for this kind of damage, including salvage expense, is the amount shown as the Ammonia Contamination Sublimit in the schedule of this endorsement.

**F. Water Damage**

If Covered Property is damaged by water as a direct result of loss otherwise covered by this endorsement, the most we will pay for this kind of damage, including salvage expense, is the amount shown as the Water Damage Sublimit in the schedule of this endorsement.

**G. Hazardous Substances**

If covered Property is contaminated by a hazardous substance as the direct result of loss otherwise covered by this endorsement, the most we will pay for expenses to clean up or dispose of such property is the amount shown as the Hazardous Substances Sublimit in the schedule of this endorsement.

**H. Spoilage**

If Covered Property spoils from lack of power, light, heat, steam, or refrigeration as a direct result of the Breakdown of the insured's Boilers, Pressure Vessels, Machinery or Equipment, the most we will pay for this kind of damage, including salvage expenses, is the amount shown as the Spoilage Sublimit in the schedule of this endorsement.

**I. Newly Acquired Locations**

The coverages of this endorsement are extended to the interest of the named insured in Boilers, Pressure Vessels, Machinery and Equipment, not otherwise insured, at newly constructed, acquired, or leased locations within the policy coverage territory and which have been previously undeclared. The most we will pay under this extension for loss or damage at any one location is the amount shown as the Newly Acquired Location Coverage Sublimit in the schedule of this endorsement.

**J. Off Premises Service Interruption**

If Off Premises Service Interruption Coverage is included in the policy of which this endorsement is a part, the coverage extensions of this endorsement for Business Income and/or Extra Expense and/or Spoilage are further extended to include loss caused by Boilers, Pressure Vessels, Machinery and Equipment, whether or not they are located on Insured's premises, owned by a public utility or other company and used to directly supply electrical power, communications services, heating, gas, water, steam or air conditions to the described premises.

**K. Deductibles**

There shall be liability under this endorsement only when the amount of loss exceeds the Boiler and Machinery Deductibles shown in the schedule of this endorsement. If no Boiler and Machinery Deductibles are shown, coverage under this endorsement is subject to the policy deductible.

If an hour deductible is shown in the schedule, we will only pay for loss or damage you sustain after the first specified number of hours immediately following the physical loss to the Covered Property.

If a multiplier is shown in the schedule of this endorsement, the deductible is determined by multiplying the One Hundred Percent Average Daily Value (100% ADV) times the multiplier. The 100% ADV will be obtained by dividing the total net profits, fixed charges and expenses for the entire location that would have been earned had no physical loss occurred during the period of interruption of business by the number of working days in that period. No reduction shall be made for net profits, fixed charges and expenses not being earned, or in the number of working days, because of the physical loss or damage or any other scheduled or unscheduled shutdowns during the period of interruptions.

If a percent of loss deductible is indicated in the schedule of this endorsement, we will not be liable for the indicated percentage of loss or damage insured under this endorsement. If the dollar amount of such percentage is less than the indicated minimum deductibles, the minimum deductible will the applicable deductible.

**L. Suspension**

If any Boiler, Pressure Vessel, Machinery or Equipment covered by this endorsement is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the coverage provided by this endorsement for that equipment by written notice mailed or delivered to:

**1.** Your last known address; or

**2.** The address where the affected equipment is located.

Once suspended in this way, your insurance can be reinstated only by endorsement.

If we suspend your insurance, you will get a pro rata refund for the affected equipment. But the suspension will be effective even if we have not yet made or offered a refund.

**M. Mechanical or Electrical Breakdown**

With respect to coverage provided by this endorsement, Mechanical or Electrical Breakdown means a sudden and accidental breakdown of covered Boilers, Pressure Vessels, Machinery and Equipment. At the time breakdown occurs, it must become apparent by physical damage that requires repair or replacement of the affected equipment or part of the affected equipment.

Mechanical or Electrical Breakdown does not mean or include any of the following:

**1.** Breakdown of any structure or foundation.

**2.** Breakdown of any boiler setting, insulating or refractory material.

**3.** Breakdown of a power shovel, dragline, excavator, vehicle, aircraft, floating vessel or structure, well casing, penstock or draft tube.

**4.** Breakdown of any elevator, crane, hoist, escalator or conveyor, but not including any pressure vessel or electrical equipment used with such a machine.

**5.** Breakdown of Boilers, Pressure Vessels, Machinery or Equipment manufactured or held for sale by you.

**6.** Breakdown of catalyst.

7. Breakdown of any oven, stove, furnace, incinerator, pot or kiln.

8. Breakdown of any buried vessel or piping.

9. Breakdown of a felt, wire, screen, die, mold, form, pattern, extrusion plate, swing hammer, grinding disc, cutting blade, chain, cable, belt, rope, clutch plate, brake pad, nonmetallic part or any part or tool subject to frequent, periodic replacement.

10. Breakdown, of any nonmetallic vessel, unless it is constructed and used in accordance with the American Society of Engineers (A.S.M.E.) code.

11. Breakdown of sewer piping, piping forming a part of a fire protection system or water piping other than:

   a. Feed water piping between any boiler and its feed pump or injector; or

   b. Boiler condensate return piping; or

   c. Water piping forming a part of refrigerating and air conditioning vessels and piping used for cooling, humidifying or space heating purposes.

12. Breakdown of a part of a Boiler, Pressure Vessel or Electric Steam Generator that:.

   a. Does not contain steam or water; or

   b. Is not under pressure of contents of the vessel; or

   c. Is not under internal vacuum.

13. The functioning of any safety or protective devices.

PI-ULT-030 06.05

# UltimateCover Program

**This Endorsement Changes The Policy.  Please Read It Carefully.**

## Condominium Association Coverage Endorsement

This endorsement modifies coverage provided under the following:

**Property Coverage Form**

### A. Covered Property

Section **A.1., Covered Property**, is deleted and replaced by the following:

**1. Covered Property**

Covered Property, as used in this Coverage Form, means the following types of property for which a Limit of Insurance is shown in the Declarations.

  **a. Your Business Personal Property**:

    **(1)** Located in or on the **"buildings"** described in the Declarations or within 1,000 feet of the described premises;

    **(2)** In transit; and

    **(3)** Property at locations not specifically identified, including property in the care, custody or control of salespersons, property at exhibitions, and trade shows;

  Consisting of the following:

    **(a)** Property owned by you or owned indivisibly by all unit-owners, consisting of

      **(i)** **"Fine Arts"**

      If the total value of **"Fine Arts"** are over $25,000 they must be listed in a schedule on file with us;

      **(ii)** **"Computer Property"**

      **(iii)** All other personal property;

      **(iv)** Communication towers, antennas or satellite dishes including their lead-in wiring, masts and guy wires; and

      **(v)** Signs;

    **(b)** Similar property of others in your care, custody or control; and

    **(c)** Labor, materials or services furnished or arranged by you on personal property of others;

  But Your Business Personal Property does not include property owned only by a unit-owner.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

**b. "Buildings"** described in the Declarations, including:

   **(1)** Completed additions;

   **(2)** Fixtures, outside of individual units, including outdoor fixtures;

   **(3)** Permanently installed:

      **(a)** Machinery; and

      **(b)** Equipment.

   **(4)** Personal property owned by you that is used to maintain or service the **"buildings"** or their premises, including:

      **(a)** Fire extinguishing equipment;

      **(b)** Outdoor furniture;

      **(c)** Floor coverings;

      **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units; and

      **(e)** Alarm, communication and monitoring systems.

   **(5)** If not covered by other insurance:

      **(a)** Alterations and repairs to the **"buildings"**; and

      **(b)** Materials, equipment, supplies, and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the **"buildings"**.

   **(6)** Any of the following types of property contained within a unit, if your Condominium Association Agreement requires you to insure it:

      **(a)** Your fixtures, improvements and alterations that are a part of the **"buildings"**;

      **(b)** Your appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping; and

      **(c)** Fixtures, installations or additions owned by unit-owners and comprising that part of the **"buildings"** within the unfinished interior surfaces of the perimeter walls, floors and ceilings of the individual units:

         **(i)** Initially installed in accordance with the original plans and specifications, or replacements of like kind or quality as those initially installed; or

         **(ii)** As existed at the time the unit was initially conveyed, if the original plans and specifications are not available.

      **(d)** Floor coverings, wall coverings and ceiling coverings within individual units, if your Condominium Association Agreement required you to insure it.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-030 06.05

**(e)** Additional property as described in the Schedule, or in the Declarations.

**(7)** But **"buildings"** do not include:

**(a)** Floor coverings, wall coverings and ceiling coverings within individual units except as provided under **b.(6)(d)** above;

**(b)** Electrical fixtures, appliances, air conditioner or heating equipment, water heaters or built-in cabinets which are located within an individual unit and which the unit-owner is required to repair or replace, and

**(c)** Personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in paragraph **b.(6)** above.

With respect to coverage for fixtures, installations and additions provided in paragraph **b.(6)** above, each unit-owner will be considered an additional insured.

**B.** The following are deleted from Section **A.4., Additional Coverages**:

**h. Theft Damage to "Buildings"**;

**i. Brands and Labels; and**

**j. Consequential Damage.**

**C.** The following are added to Section **E., Loss Conditions**:

**9.   Unit-Owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance.  This insurance is intended to be primary, and not to contribute with such other insurance.

**10.  Waiver of Rights of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

Includes copyrighted material of ISO Commercial Risk Services, Inc.
Copyright, ISO Commercial Risk Services, Inc., 1995

PI-ULT-072 (10/10)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATIONS ON FUNGUS, WET ROT, DRY ROT AND BACTERIA

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE FORM**
**CAUSES OF LOSS FORM**

**I.** **CAUSES OF LOSS FORM**, Section **E. Additional Coverage Extensions** is amended to include the following:

    **A. Coverage**

        **1.** We will pay for **"loss"** or damage by **"fungus,"** wet or dry rot or bacteria that is the result of fire or lightning.

        **2.** **a.** We will also pay for loss or damage by **"fungus,"** wet or dry rot or bacteria that is the result of one or more of the following causes that occurs during the policy period. Coverage applies only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

            **(1)** A **"specified cause of loss"** other than fire or lightning;

            **(2)** Water that backs up or overflows from a sewer, drain or sump; or

            **(3)** Water under the ground surface pressing on, or flowing or seeping through:

                **(a)** Foundations, walls, floors or paved surfaces;

                **(b)** Basements, whether paved or not;

                **(c)** Doors, windows or other openings; or

             **(4)** **"Flood,"** if the Flood Endorsement applies to the affected premises.

        **b.** The term loss or damage as used in Item **2.a.** means:

            **(1)** Direct physical **"loss"** or damage to Covered Property caused by **"fungus,"** wet or dry rot or bacteria, including the cost of removal of the **"fungus,"** wet or dry rot or bacteria;

            **(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the **"fungus,"** wet or dry rot or bacteria; and

            **(3)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that **"fungus,"** wet or dry rot or bacteria are present.

        **3.** The amount we will pay for coverage described in **2.a.** above is limited as described in **B. Limits of Insurance** and **C. Additional Conditions – Business Income and/or Extra Expense**.

© 2010 Philadelphia Indemnity Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with permission.

PI-ULT-072 (10/10)

**B. Limits of Insurance**

1. The most we will pay for all **"loss"** or damage for coverage described in **A.1.** above is the Limit of Insurance for Covered Property shown in the Declarations.

2. **a.** The most we will pay for all loss or damage for coverage described in **A. 2.** above is limited to $15,000:

   **(1)** Regardless of the number of claims arising out of all occurrences which take place in a 12 month period, starting with the beginning of the present annual policy period; and

   **(2)** Even if the **"fungus,"** wet or dry rot or bacteria continues to be present or active, or recurs in a later policy period.

   **b.** The $15,000 Limit of Insurance is included within, and is not in addition to, the applicable Limit of Insurance for any Covered Property.

   **c.** If there is covered **"loss"** or damage to Covered Property not caused by **"fungus,"** wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that **"fungus,"** wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this endorsement.

   **d.** The terms of this Limited Coverage do not increase or reduce the coverage provided under:

   **(1)** Paragraph **D. Additional Coverage – Collapse**; or

   **(2)** Paragraph **E. 1. Water Damage, Other Liquids, Powder or Molten Material Damage**

   In the **CAUSES OF LOSS FORM**.

**C. Additional Conditions – Business Income and/or Extra Expense**

Under Item **A. 2.** above, the following applies only if the Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of **"operations"** satisfies all terms and conditions of the applicable **BUSINESS INCOME (WITH EXTRA EXPENSE) COVERAGE FORM**:

1. If the **"specified cause of loss"** which resulted in **"fungus,"** wet or dry rot or bacteria does not in itself necessitate a suspension of **"operations,"** but such suspension is necessary due to loss or damage to property caused by **"fungus,"** wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

2. If a covered suspension of **"operations"** was caused by **"loss"** or damage other than **"fungus,"** wet or dry rot or bacteria, but remediation of **"fungus,"** wet or dry rot or bacterial prolongs the **"period of restoration,"** we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the **"period of restoration"**), but such coverage is limited to 30 days. The days need not be consecutive.

**II. CAUSES OF LOSS FORM**, Section **B. Exclusions**, is amended as follows:

**A.** Exclusion **2.d. (2)** is deleted in its entirety and replaced with the following:

> **(2)** Rust, corrosion, decay, deterioration, spoilage, contamination, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**B.** The following exclusions are added:

**1.** Unless as provided for in Section **I.A. Coverage** above, we will not pay for **"loss"** or damage caused directly or indirectly by the presence, growth, proliferation, spread or any activity of **"fungus,"** wet or dry rot or bacteria. Such **"loss"** or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **"loss."**

But if **"fungus,"** wet or dry rot or bacteria results in a cause of loss covered by this endorsement, we will pay for the **"loss"** or damage caused by that covered cause of loss.

**2.** We will not pay for **"loss"** or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay under:

**a.** The **Ordinance or Law** coverage extension in the **PROPERTY COVERAGE FORM**; or

**b.** The **ORDINANCE OR LAW COVERAGE** endorsement, if it applies to this policy:

For:

> **(1)** **"Loss"** or expense sustained due to the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of **"fungus,"** wet or dry rot or bacteria; or

> **(2)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"fungus,"** wet or dry rot or bacteria.

**III.** **CAUSES OF LOSS FORM**, Section **C. Limitations,** Paragraph **3.** is deleted and replaced by the following:

**3.** We will not pay for **"loss"** to property in transit caused by or resulting from breakage; leakage; contamination; being spotted, discolored, frosted, rotted, soured, steamed, or changed in flavor.

But we will pay for such **"loss"** caused by: the **"specified causes of loss"**; an accident to the vehicle or railroad car carrying the Covered Property; burning, collision or crashing of the aircraft carrying the Covered Property; or the stranding, sinking, burning or collision of the vessel carrying the Covered Property.

**IV.** **CAUSES OF LOSS FORM**, Section **F. Definitions**, is amended by adding the following:

**"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

© 2010 Philadelphia Indemnity Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with permission.

PI-ULT-085 (01/08)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

## ULTIMATECOVER PROPERTY COVERAGE PART

### A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Includes copyrighted material of the Insurance Services Office Inc., used with its permission.

PI-ULT-088 (02/2004)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES – ELECTRONIC DATA

This endorsement modifies insurance provided under the following:
ULTIMATECOVER PROPERTY COVERAGE PART

**A.** Under this endorsement, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. For the purpose of this endorsement, the term electronic data does not include your "stock" of prepackaged software.

**B.** This section, **B.**, and the following sections **C.** and **D.**, apply to the UltimateCover Property Coverage Form, Condominium Association Coverage Endorsement, Commercial Condominium Unit-Owner's Coverage Endorsement, and the UltimateCover Causes of Loss Form. Paragraphs **B.1.** and **B.2.** supersede any provisions relating to electronic data, electronic media or valuable papers or records, including any such provisions under Property Not Covered, Coverage Extensions, Valuation Conditions or Limitations in the aforementioned forms.

1. Covered Property does not include electronic data, except as provided below in **C.**, Limited Coverage – Electronic Data.

2. Covered Property does not include the cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. However, limited coverage for valuable papers and records, other than those which exist as electronic data, is provided below in **D.**, Limited Coverage – Valuable Papers And Records (Other Than Electronic Data).

**C. Limited Coverage – Electronic Data**

1. Subject to the provisions of this Limited Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

2. The Covered Causes of Loss applicable to Your Business Personal Property apply to this Limited Coverage – Electronic Data, subject to the following:

   **a.** If the Ultimate Cover Causes of Loss Form applies, coverage under this Limited Coverage – Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

   **b.** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Limited Coverage – Electronic Data.

   **c.** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

Includes copyright material of the Insurance Services Office, Inc. used with its permission

PI-ULT-088 (02/2004)

3. The most we will pay under this Limited Coverage – Electronic Data is $250,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**D. Limited Coverage – Valuable Papers And Records (Other Than Electronic Data)**

1. You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Limited Coverage does not apply to valuable papers and records which exist as electronic data.

2. If the Ultimate Cover Causes of Loss Form applies, coverage under this Limited Coverage is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

3. Under this Limited Coverage, the most we will pay to replace or restore the lost information is $250,000 at each described premises. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**E.** With respect to the UltimateCover Business Income and/or Extra Expense Coverage Forms, the following exclusion is added:

Exclusion – Interruption Of Computer Operations

1. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided below in **F.**, Limited Coverage – Interruption Of Computer Operations.

2. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided below in **F.**, Limited Coverage – Interruption Of Computer Operations.

**F. Limited Coverage – Interruption Of Computer Operations**

This Limited Coverage applies only to the UltimateCover Business Income and/or Extra Expense Coverage Forms.

1. Subject to all provisions of this Limited Coverage, you may extend the insurance that applies to Business Income and/or Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

2. With respect to the coverage provided under this Limited Coverage, the Covered Causes of Loss are subject to the following:

   a. If the Ultimate Cover Causes of Loss Form applies, coverage under this Limited Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

   b. If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Limited Coverage – Interruption Of Computer Operations.

   c. The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

Includes copyright material of the Insurance Services Office, Inc. used with its permission

PI-ULT-088 (02/2004)

**3.** The most we will pay under this Limited Coverage -Interruption Of Computer Operations is $250,000 for the total of all loss sustained and/or expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**4.** This Limited Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **3.** above has not been exhausted.

**G.** Under the Legal Liability Coverage Form, Covered Property does not include electronic data.

**H.** If this policy is endorsed to cover damage to Covered Property or Business Income loss or Extra Expense caused by or related to interruption in utility service, such coverage does not apply to destruction or corruption of (or any loss or damage to) electronic data.

**I.** If this policy is endorsed to cover Business Income loss or Extra Expense related to "suspension" of "operations" due to loss or damage to a "dependent property", such coverage does not apply when the only loss to "dependent property" is destruction or corruption of (or any loss or damage to) electronic data. If the "dependent property" sustains loss or damage to electronic data and other property, coverage under the "dependent property" endorsement will not continue once the other property is repaired, rebuilt or replaced.

Includes copyright material of the Insurance Services Office, Inc. used with its permission

PI-ULT-089 (06.05)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following:
**ULTIMATE COVER PROPERTY COVERAGE FORM**

# MULTIPLE DEDUCTIBLE FORM

### (FIXED DOLLAR DEDUCTIBLES)

### SCHEDULE *

The Deductibles applicable to any one occurrence are shown below:

| Prem. No. | Bldg. No. | Deductible | Covered Causes of Loss ** |
|---|---|---|---|
| 0001 | 0001 | 2500 | (2) |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

** For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

**(1)** All Covered Causes of Loss

**(2)** All Covered Causes of Loss **except** those listed separately

**(3)** Water damage

**(4)** Lightning

**(5)** Windstorm or Hail

**(6)** Theft

**(7)** "Ice Damming"

The following is added to the DEDUCTIBLE section:

A. In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

B. The terms of this endorsement do not apply to any Earthquake Deductible or to any Windstorm or Hail Percentage Deductible provided elsewhere in this policy.

The following is added to the DEFINITIONS section:

"Ice Damming" means water leaking into the interior of the unit, as a result of the weight of snow, ice, or sleet or damage caused by thawing and/or re-freezing of snow, ice or sleet.

PI-ULT-093 (11/06)

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ELITE PROPERTY ENHANCEMENT: CONDOMINIUM ASSOCIATION

This endorsement modifies insurance provided under the Ultimate Cover program:

**PROPERTY COVERAGE FORM**
**CAUSES OF LOSS FORM**

### I. Schedule of Coverages and Limits

The following is a summary of increased limit of insurance and/or additional coverages provided by this endorsement.  This endorsement is subject to the provisions of your policy.

| Coverage Applicable | Limit of Insurance | Page # |
|---|---|---|
| Fine Arts | $35,000 | 2 |
| Pollutant Clean up and Removal | $35,000 | 2 |
| Newly Acquired Property | $1,000,000 building $250,000 business personal property | 2 |
| Ordinance or Law-Demolition Cost | $300,000 | 3 |
| Ordinance or Law – Increased Cost of Construction | $300,000 | 3 |
| Increased Period of Restoration | Subject to Business Income limit | 3 |
| Structures | Included in building limit | 3 |
| Emergency Vacating Expense | $15,000 | 3 |
| Automated External Defibrillators (AEDs) | $5,000 | 4 |
| Earthquake Sprinkler Leakage | $10,000 | 4 |
| Bulkheads, Docks, Piers and Wharves | $10,000 | 4 |
| Garages and Carports | $5,000 | 4 |
| Business Income and Extra Expense including contingent (Maintenance Fees and Assessments) | $100,000 | 4 |
| Reward Reimbursement | $5,000 | 5 |
| Spoilage | $25,000 | 6 |
| Elevator Collision | $100,000 | 6 |
| Personal Property of Others | $15,000 | 6 |
| Utility Services – Direct Damage | $25,000 | 7 |
| Surface Water | $10,000 | 7 |

### II. Conditions

#### A. Applicability of Coverage

Coverage provided in forms attached to your policy is amended by this endorsement where applicable.

#### B. Limits of Insurance

1. When coverage is provided by this form and another coverage form attached to this policy, the greater limits of insurance will apply.  In no instance will multiple limits apply to coverages which may be duplicated within this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-ULT-093 (11/06)

2.  Limits of insurance identified herein are not excess of, or in addition to, limits of insurance provided by the **PROPERTY COVERAGE** or **CAUSES OF LOSS FORM** applicable to this endorsement unless otherwise stated.

3.  Coverage is considered to be on an occurrence basis (not on a per location basis).

**C.  Applicability of Exclusions**

Specific exclusionary endorsements attached to the policy supersede coverage provisions contained in this coverage enhancement.

**D.  Requirement for Covered Cause of Loss**

Except where a specific covered cause of loss is identified in this coverage enhancement, coverage for the losses described herein are applicable only for covered causes of loss as designated in the **CAUSES OF LOSS FORM** attached to the policy.

**III.** The **PROPERTY COVERAGE FORM** is amended under **A. Coverage, 1. Covered Property, a. Your Business Personal Property, (d) "Fine Arts"** as follows:

If the total of **"Fine Arts"** is over $35,000, they must be listed in a schedule on file with us.

The **PROPERTY COVERAGE FORM** is amended under **A. Coverage, 2. Property Not Covered, o. "Fine Arts"** as follows:

**"Fine Arts,"** If the total value of such property is greater than $35,000, unless such property is listed in a schedule on file with us.

**IV.** The **PROPERTY COVERAGE FORM** is amended as follows under **A. Coverage, 4. Additional Coverages.**

**f.  Pollutant Clean Up and Removal**

The limit of insurance for this additional coverage is increased to $35,000 for the sum of all covered expenses arising out of a covered cause of loss occurring during each separate 12 month period of this policy.

**V.** The **PROPERTY COVERAGE FORM** is amended as follows under **A. Coverage, 5. Coverage Extensions.**

**a.**  Section **a. Newly Acquired Property**

We will pay for direct physical **"loss"** to:
**(1)  "Buildings"**
**(2)**  Business personal property you acquire; and
**(3)  "Buildings"** which you have had constructed after:
    **(a)**  Construction is completed; and
    **(b)**  You have accepted the **"buildings"** for occupancy; and
    **(c)**  A Certificate of Occupancy has been issued by a civil or regulatory agency or authority that has jurisdiction over the **"buildings"**;

At any premises caused by or resulting from any of the covered causes of loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-ULT-093 (11/06)

The most we will pay under this coverage extension for **"loss"** to **"buildings"** in any one occurrence is $1,000,000.

The most we will pay under this coverage extension for **"loss"** to business personal property in any one occurrence is $250,000.

This coverage extension does not increase the limits of insurance for **"buildings"** and business personal property at unspecified premises.

This Coverage Extension for each Newly Acquired or Constructed Property will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire the property or have completed construction; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or construction is completed.

**b.** Section **j. Ordinance or Law**

**(1)** The limit of insurance for demolition costs is increased to $300,000 in any one occurrence.

**(2)** The limit of insurance for increased cost of construction is increased to $300,000 in any one occurrence.

**c.** Section **l. Increased Period of Restoration Coverage**

We will extend coverage provided under **VIII. n. Business Income and Extra Expense** to include the amount of actual and necessary **"loss"** you sustain during the increased **"period of restoration"** of normal business operations. This coverage applies to Section **j. Ordinance or Law**, items **(1)**, **(2)**, and **(3)**.

**VI.** The following is added to the **PROPERTY COVERAGE FORM** under **A. Coverage, 1. Covered Property, b. Buildings:**

**(12)   Structures**

Structures not described in the Declarations and used in whole as: cabanas, courts for handball, courts for racquet sports, pool houses, gate houses, storage sheds, shelters, mailboxes, gazebos, pump houses, recreation fixtures, outdoor swimming pools including the water they contain, flagpoles, light poles, fountains, outside statues, and freestanding walls.

**VII.** The following is added to the **PROPERTY COVERAGE FORM** under **A. Coverage, 4. Additional Coverages:**

**q. Emergency Vacating Expense**

**(1)** The coverage provided by this policy is extended to apply to the reasonable expenses that you incur in the emergency vacating of the premises of your facility described in the Declarations, provided that vacating is necessary due to an emergency situation resulting from a covered cause of loss.

**(2)** Emergency will mean imminent danger arising from an external event or a condition in the facility which would cause loss of life or harm to occupants.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(3)** We will not pay for any expenses under this extension arising out of:

    **(a)** A strike, bomb threat or false fire alarm, unless vacating is ordered by a civil authority; or

    **(b)** A planned vacating drill; or

    **(c)** The vacating of one or more individuals that is due and confined to their individual medical condition.

No other exclusions in your policy apply to this extension. However, specific exclusionary endorsements attached to the policy supersede coverage provisions contained in this coverage enhancement.

**(4)** The most we will pay for emergency vacating expenses in any one occurrence under this extension is $15,000. The deductible for emergency vacating expenses is $250 per occurrence.

### r. Automated External Defibrillators

Automated external defibrillators (AEDs) are considered covered property. Coverage for automated external defibrillators is limited to $5,000 per occurrence, which is in addition to the Business Personal Property Limit stated on the Declarations.

### s. Earthquake Sprinkler Leakage

We will pay up to $10,000 for damages resulting from sprinkler leakage which is caused by earth movement.

### t. Bulkheads, docks, piers and wharves

Coverage is provided for your bulkheads, docks, piers and wharves. The most we will pay for **"loss"** or damage in any one occurrence is $10,000.

**VIII.** The following is added to the **PROPERTY COVERAGE FORM** under **A. Coverage, 5. Coverage Extensions:**

### m. Garages and Carports

Coverage for your building is extended to apply to any garage or carport located at the premises described in the Declarations caused by or resulting from any covered cause of loss. Coverage for all garages and carports is subject to a $5,000 limit of insurance per location.

### n. Business Income and Extra Expense

**(1)** Coverage is extended to cover Business Income/Extra Expense incurred when your covered building or business personal property listed on the Declarations is damaged by a covered cause of loss.

We will also pay any Extra Expense to continue your normal operations:

    **(a)** At the described premises; or

    **(b)** At replacement premises or temporary locations; including:

        **(i)** Relocation expenses; and

        **(ii)** Costs to equip or operate the replacement or temporary locations; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(c)** We will pay for any corresponding Extra Expense to minimize the suspension of your normal operation if you cannot continue them.

**(2)** We will pay for the actual **"loss"** of Business Income you sustain and necessary Extra Expense by action of civil authority that prohibits access to the described premises due to direct physical **"loss"** of or damage to property, other than at the described premises, caused by or resulting from any covered cause of loss. The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins. The coverage for Extra Expense will begin immediately after the time of that action and will end: (1) 3 consecutive weeks after the time of that action; or (2) When your Business Income coverage ends; whichever comes first.

**(3)** Coverage is extended, subject to all provisions herein, to cover Business Income/Extra Expense incurred when Contingent Business Property is damaged by a covered cause of loss. We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume operations, in whole or in part, by using any other available:

    **(a)** Source of materials; or

    **(b)** Outlet for your products.

**(4)** The following, when used in this section, are defined as follows:

    **(a)** Extra Expense necessary expenses you incur during the **"period of restoration"** that you would not have incurred if there had been no direct physical **"loss"** or damage to property caused by or resulting from a covered cause of loss.

    **(b)** Business Income means Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred during the **"period of restoration"** and continuing normal operating expenses including payroll. Business income includes but is not limited to all maintenance fees and assessments due you from unit owners which you have been unable to collect during the **"period of restoration."**

    **(c)** Contingent Business Property means property operated by others on whom you depend to:

        **(i)** Deliver materials or services to you or to others for your account (Contributing Locations);

        **(ii)** Accept your products or services (Recipient Locations);

        **(iii)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

        **(iv)** Attract customers to your business (Leader Locations).

The most we will pay under this section is $100,000 for any one occurrence.

**o. Reward Reimbursement**

Coverage is extended to provide a reward for information that leads to a criminal conviction in connection with **"loss"** or damage to covered property by a covered cause of loss; provided that the reward is pre-approved by the Company. The most we will pay for **"loss"** or damage under this extension is $5,000 regardless of the number of persons involved providing information.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-ULT-093 (11/06)

This extension does not include arson reward as arson reward is included in **Section 4. Additional Coverages** of the **PROPERTY COVERAGE FORM**.

No deductible shall apply to this coverage.

**p. Spoilage**

**(1)** We will pay for direct physical **"loss"** or damage to your perishable business personal property, and perishable personal property of others while at or within 1000 feet of the described premises caused by spoilage due to changes in temperature or humidity resulting from:

**(a)** Complete or partial interruption of electrical power to the described premises due to condition beyond your control; or

**(b)** Mechanical breakdown or failure of heating, cooling or humidity control equipment or apparatus at the described premises.

**(2)** Coverage does not apply to:

**(a)** The disconnection of any heating, cooling or humidity control equipment or apparatus from the source of power; or

**(b)** The deactivation of electrical power or current caused by the throwing of any switch or other device used to control the flow of electrical power or current; or

**(c)** The inability of an electric utility company or other power source to provide sufficient power; or

**(d)** The inability of a power source at the described premises to provide sufficient power due to insufficient generating capacity to meet demand.

**(3)** The most we will pay for **"loss"** or damage in any one occurrence is $25,000.

**q.   Elevator Collision**

Coverage is provided for personal property of others in your care, custody or control for damage caused by collision of the elevator, or any property inside, with the elevator or any other objects.

The most we will pay in any one occurrence is $100,000.

**r.   Personal Property of Others**

We will pay for personal property of others including unexplained disappearance that is in your care, custody, or control, and located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

The most we will pay for **"loss"** or damage under this extension is $15,000 at each described premises. Our payment for **"loss"** of or damage to personal property of others will only be for the account of the owner of the property.

**IX.** The **CAUSES OF LOSS FORM** is amended as follows:

**A.** Section **E. Additional Coverage Extensions, 2. Utility Services – Direct Damages:**

The most we will pay under this coverage extension for the sum of all occurrences at all premises

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

during each separate 12 month period of this policy is $25,000.

**B.** In **F. Definitions, 3. Flood**, **"surface water"** is deleted and included as a covered cause of loss. We will not pay more than $10,000 in any one occurrence for **"surface water."**

This extension applies to all claim expenses including, but not limited to building, business personal property, personal property of others, business income and extra expense and debris removal. However, this extension does not apply to roof drainage systems, gutters or downspouts.

### X.  Other Insurance

If there is other insurance under a separate policy covering the same **"loss"** or damage as provided for in this coverage enhancement, we will pay only for the amount of covered **"loss"** or damage in excess of the amount due from that other insurance, regardless of whether you are able to collect. However, we will not pay more than the applicable limit of insurance.

### XI.  Definition

A. **"Period of restoration"** means the period of time that:

   **a.** Begins:

      **(1)** 72 hours after the time of direct physical **"loss"** for Business Income coverage; or

      **(2)** Immediately after the time of direct physical **"loss"** for Extra Expense coverage; and

   **b.** Ends on the earlier of:

      **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when business is resumed at a new permanent location.

   **c.** **"Period of Restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"pollutants."**

   The expiration date of this policy will not cut short the **"period of restoration."**

B. **"Surface water"** means water above the ground surface. **"Surface water"** does not include overflow of a natural body of water or release of water impounded by a dam.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PI-ULT-139 (03/13)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EMPLOYEE DISHONESTY – BOARD MEMBERS

This endorsement modifies insurance provided under the following:

**CRIME COVERAGE FORM**

Section **G. Definitions**, Paragraph **4.** is amended to include the following:

**"Employee"** shall also mean:

Any natural person who is duly elected or appointed director, trustee, officer, committee volunteer or member, whether salaried or not, and any other person acting on behalf or at the direction of an officer or board of directors of your Association.  However, this does not include the developer when acting in the capacity as developer.

PI-ULT-142 (08/14)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COLLAPSE – EXCLUSION AND ADDITIONAL COVERAGE RE-STATED

This endorsement modifies insurance provided under the following:

**CAUSES OF LOSS FORM**

I.    Section **B. Exclusions**, **2.i.** is deleted in its entirety and replaced with the following:

      **i.**   Collapse, including any of the following conditions of property or any part of the property:

         **(1)** An abrupt falling down or caving in;

         **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

         **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

      But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the **"loss"** or damage caused by that Covered Cause of Loss.

      This exclusion **i.** does not apply:

         **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

         **(b)** To collapse caused by one or more of the following:

            **(i)**     The **"specified causes of loss"**;

            **(ii)**    Breakage of building glass;

            **(iii)**   Weight of rain that collects on a roof; or

            **(iv)**    Weight of people or personal property.

II.   Section **D. Additional Coverage – Collapse** is deleted in its entirety and replaced with the following:

**D.  Additional Coverage – Collapse**

      The coverage provided under this Additional Coverage – Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

      **1.**  For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a **"building"** or any part of a **"building"** with the result that the **"building"** or part of the **"building"** cannot be occupied for its intended purpose.

Includes copyrighted material of Insurance Services Office, Inc., with permission.

PI-ULT-142 (08/14)

2.  We will pay for direct physical **"loss"** or damage to Covered Property, caused by abrupt collapse of a **"building"** or any part of a **"building"** that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused only by one or more of the following:

    a.  **"Building"** decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    b.  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    c.  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

    d.  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        **(1)** A cause of loss listed in **2.a.** or **2.b.**;

        **(2)** One or more of the **"specified causes of loss"**;

        **(3)** Breakage of **"building"** glass;

        **(4)** Weight of people or personal property; or

        **(5)** Weight of rain that collects on a roof.

3.  This Additional Coverage – Collapse does not apply to:

    a.  A **"building"** or any part of a **"building"** that is in danger of falling down or caving in;

    b.  A part of a **"building"** that is standing, even if it has separated from another part of the **"building"**; or

    c.  A **"building"** that is standing or any part of a **"building"** that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4.  With respect to the following property:

    a.  Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    b.  Awnings, gutters and downspouts;

    c.  Yard fixtures;

    d.  Outdoor swimming pools;

    e.  Fences;

Includes copyrighted material of Insurance Services Office, Inc., with permission.

PI-ULT-142 (08/14)

   **f.**  Piers, wharves and docks;

   **g.**  Beach or diving platforms or appurtenances;

   **h.**  Retaining walls; and

   **i.**  Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for **"loss"** or damage to that property only if:

   **(1)**  Such **"loss"** or damage is a direct result of the abrupt collapse of a **"building"** insured under this Coverage Form; and

   **(2)**  The property is Covered Property under this Coverage Form.

**5.**  If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a **"building,"** we will pay for **"loss"** or damage to Covered Property caused by such collapse of personal property only if:

   **a.**  The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

   **b.**  The personal property which collapses is inside a **"building"**; and

   **c.**  The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.**  This Additional Coverage – Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.**  This Additional Coverage – Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.**  The term Covered Cause of Loss includes the Additional Coverage – Collapse, as described and limited in **D.1.** through **D.7.**

Includes copyrighted material of Insurance Services Office, Inc., with permission.

PI-MANU-1 (01/00)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### ICE DAMMING DEDUCTIBLE

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

ICE DAMMING DEDUCTIBLE

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM

The following is added to Section D. Deductible:

A  $5,000 "Ice Damming" deductible applies per unit.

This is subject to an "Ice Damming" aggregate deductible of $6,000

We will not pay for loss or damage in any one occurrence caused by "Ice Damming" until the amount of loss or damage to any one unit exceeds the unit deductible shown above. We will then pay the amount of loss or damage in excess of the deductible. The deductible applies separately to each damaged unit.  However, the aggregate deductible shown above is the most you will pay in any one occurrence.

With respect to covered property, no other deductible applies whenever there is an occurrence of "Ice Damming".

The following is added to Section H. Definitions:

"Ice Damming" means water leaking into the interior of the unit, as a result of the weight of snow, ice or sleet or damage caused by thawing and/or re-freezing of snow, ice or sleet.

All other terms and conditions of this Policy remain unchanged.

 **Eberl Claims Service**

EBERL
CLAIMS SERVICE   7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

Insured:     Greenwood Commons Condo Association          Business:   (303) 669-3884
Property:    1545 Patton Circle                           E-mail:     stephanieruthprice@gmail.com
             Boulder, CO 80303
Home:        c/o Cheryl Grandy - 207 S Harding Ct
             Louisville, CO 80027

Claim Rep.:  Robert Lawson

Estimator:   Robert Lawson

Reference:                                                Business:   (866) 246-5254
Company:     Philadelphia Insurance Companies
Business:    One Bala Plaza, Suite 100
             Bala Cynwyd, PA 19004

**Claim Number:** PHCO16050987306        **Policy Number:** N/A              **Type of Loss:** Fire

Date Contacted:     5/27/2016 12:30 PM
Date of Loss:       5/26/2016              Date Received:    5/26/2016 7:47 PM
Date Inspected:     5/29/2016              Date Entered:     5/27/2016 2:02 PM
Date Est. Completed: 6/30/2016 5:45 PM

Price List:    COBO8X_MAY16
               Restoration/Service/Remodel
Estimate:      GREENWOOD_COMMONS_
               CO

This is an estimate of observed damage only. This is not an authorization of repair, nor is it a guarantee of payment. Your
policy may contain provisions that could change the amount. The insurer assumes no responsibility for any repair performance.



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

GREENWOOD_COMMONS_CO

SKETCH1

**Unit A**



| Bedroom1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

390.60  SF Walls      154.22  SF Ceiling
544.82  SF Walls & Ceiling      154.22  SF Floor
17.14  SY Flooring      48.83  LF Floor Perimeter
48.83  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 1. R&R Stud wall - 2" x 4" x 8' - 16" oc | 25.34 LF | 17.04 | 10.58 | 88.48 | 530.85 | (91.77) | 439.08 |
| 2. R&R 5/8" drywall - hung, taped, floated, ready for paint | 544.82 SF | 2.09 | 27.74 | 233.26 | 1,399.68 | (219.93) | 1,179.75 |
| 3. R&R Batt insulation - 4" - R13 - unfaced batt | 202.72 SF | 0.92 | 7.74 | 38.84 | 233.08 | (34.37) | 198.71 |
| 4. R&R Sheathing - plywood - 3/4" - tongue and groove | 154.22 SF | 3.51 | 15.96 | 111.48 | 668.75 | (86.12) | 582.63 |
| 5. R&R Batt insulation - 8" - R25 - unfaced batt | 154.22 SF | 1.54 | 11.65 | 49.84 | 298.99 | (46.34) | 252.65 |
| 6. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 7. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 8. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 9. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 10. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Bedroom1** | | | 97.65 | 717.72 | 4,306.14 | 1,119.88 | 3,186.26 |



| Bathroom | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

216.89  SF Walls      58.67  SF Ceiling
275.56  SF Walls & Ceiling      58.67  SF Floor
6.52  SY Flooring      27.11  LF Floor Perimeter
27.11  LF Ceil. Perimeter

| Missing Wall | '5' 6" X 8' | | Opens into Exterior | | | |
|---|---|---|---|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

EXHIBIT B



### Eberl Claims Service

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling.. | | | | | | | |
| 11.  R&R Stud wall - 2" x 4" x 8' - 16" oc | 27.11 LF | 17.04 | 11.32 | 94.64 | 567.91 | (98.18) | 469.73 |
| 12.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 275.56 SF | 2.09 | 14.03 | 117.98 | 707.93 | (111.24) | 596.69 |
| 13.  R&R Batt insulation - 4" - R13 - unfaced batt | 5.50 SF | 0.92 | 0.21 | 1.06 | 6.34 | (0.94) | 5.40 |
| 14.  R&R Sheathing - plywood - 3/4" - tongue and groove | 58.67 SF | 3.51 | 6.07 | 42.42 | 254.42 | (32.76) | 221.66 |
| 15.  R&R Batt insulation - 8" - R25 - unfaced batt | 58.67 SF | 1.54 | 4.43 | 18.94 | 113.72 | (17.62) | 96.10 |
| 16.  R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 17.  R&R Baseboard heat - steam or hot water | 4.00 LF | 27.47 | 4.07 | 22.80 | 136.75 | (105.39) | 31.36 |
| 18.  R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 19.  Rough in plumbing - per fixture - w/PEX | 2.00 EA | 610.50 | 11.04 | 246.40 | 1,478.44 | (523.62) | 954.82 |
| 20.  R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals:  Bathroom** | | | **64.62** | **645.26** | **3,871.50** | **1,089.29** | **2,782.21** |



**Closet**                                                                              **Height: 8'**

| | |
|---|---|
| 161.33  SF Walls | 15.65  SF Ceiling |
| 176.99  SF Walls & Ceiling | 15.65  SF Floor |
| 1.74  SY Flooring | 20.17  LF Floor Perimeter |
| 20.17  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 176.99 SF | 2.09 | 9.01 | 75.78 | 454.70 | (71.44) | 383.26 |
| 22.  R&R Batt insulation - 8" - R25 - unfaced batt | 15.65 SF | 1.54 | 1.18 | 5.06 | 30.34 | (4.70) | 25.64 |
| 23.  R&R Sheathing - plywood - 3/4" - tongue and groove | 15.65 SF | 3.51 | 1.62 | 11.30 | 67.85 | (8.74) | 59.11 |
| 24.  R&R 2" x 8" x 8' #2 & better Fir / Larch (material only) | 1.00 EA | 6.40 | 0.54 | 1.38 | 8.32 | (1.57) | 6.75 |
| 25.  R&R Bifold door - lauan/mahogany - Single | 2.00 EA | 95.65 | 7.14 | 39.68 | 238.12 | (88.57) | 149.55 |

GREENWOOD_COMMONS_CO                                          6/30/2016                     Page: 3



## Eberl Claims Service

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Closet** | | | 19.49 | 133.20 | 799.33 | 175.02 | 624.31 |



| Closet | | | | | Height: 8' |
|---|---|---|---|---|---|

130.67 SF Walls
143.00 SF Walls & Ceiling
1.37 SY Flooring
16.33 LF Ceil. Perimeter

12.33 SF Ceiling
12.33 SF Floor
16.33 LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 143.00 SF | 2.09 | 7.28 | 61.24 | 367.39 | (57.73) | 309.66 |
| 27.  R&R Batt insulation - 8" - R25 - unfaced batt | 12.33 SF | 1.54 | 0.93 | 3.98 | 23.90 | (3.70) | 20.20 |
| 28.  R&R Sheathing - plywood - 3/4" - tongue and groove | 12.33 SF | 3.51 | 1.28 | 8.92 | 53.48 | (6.89) | 46.59 |
| 29.  R&R Oak flooring - #1 common - no finish | 12.33 SF | 9.20 | 4.15 | 23.54 | 141.13 | (46.47) | 94.66 |
| 30.  R&R Bifold door set - lauan/mahogany - Double | 1.00 EA | 182.74 | 7.14 | 37.98 | 227.86 | (88.56) | 139.30 |
| **Totals: Closet** | | | 20.78 | 135.66 | 813.76 | 203.35 | 610.41 |



| Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|

279.33 SF Walls
363.33 SF Walls & Ceiling
9.33 SY Flooring
37.00 LF Ceil. Perimeter

84.00 SF Ceiling
84.00 SF Floor
34.50 LF Floor Perimeter

| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into ENTRY_FOYER |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 31.  R&R Stud wall - 2" x 4" x 8' - 16" oc | 18.50 LF | 17.04 | 7.72 | 64.60 | 387.56 | (67.00) | 320.56 |

GREENWOOD_COMMONS_CO                                                    6/30/2016                Page: 4

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

### CONTINUED - Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. R&R 5/8" drywall - hung, taped, floated, ready for paint | 363.33 SF | 2.09 | 18.50 | 155.58 | 933.44 | (146.66) | 786.78 |
| 33. R&R Batt insulation - 4" - R13 - unfaced batt | 148.00 SF | 0.92 | 5.65 | 28.38 | 170.19 | (25.10) | 145.09 |
| 34. R&R Sheathing - plywood - 3/4" - tongue and groove | 84.00 SF | 3.51 | 8.70 | 60.70 | 364.24 | (46.90) | 317.34 |
| 35. R&R Batt insulation - 8" - R25 - unfaced batt | 84.00 SF | 1.54 | 6.34 | 27.14 | 162.84 | (25.24) | 137.60 |
| 36. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 37. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 38. R&R Ductwork - hot or cold air - 6" round | 10.00 LF | 19.91 | 2.94 | 40.40 | 242.44 | (189.14) | 53.30 |
| 39. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 40. Rough in plumbing - per fixture - w/PEX | 2.00 EA | 610.50 | 11.04 | 246.40 | 1,478.44 | (523.62) | 954.82 |
| **Totals: Kitchen** | | | **71.72** | **723.72** | **4,342.21** | **1,302.59** | **3,039.62** |

**Closet**                                                                                          **Height: 8'**

58.67 SF Walls                          3.33 SF Ceiling
62.00 SF Walls & Ceiling                 3.33 SF Floor
0.37 SY Flooring                        7.33 LF Floor Perimeter
7.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. R&R 5/8" drywall - hung, taped, floated, ready for paint | 62.00 SF | 2.09 | 3.16 | 26.56 | 159.30 | (25.03) | 134.27 |
| 42. R&R Batt insulation - 8" - R25 - unfaced batt | 3.33 SF | 1.54 | 0.25 | 1.10 | 6.48 | (1.00) | 5.48 |
| 43. R&R Sheathing - plywood - 3/4" - tongue and groove | 3.33 SF | 3.51 | 0.34 | 2.40 | 14.43 | (1.86) | 12.57 |
| 44. R&R Oak flooring - #1 common - no finish | 3.33 SF | 9.20 | 1.12 | 6.36 | 38.12 | (12.55) | 25.57 |
| 45. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Closet** | | | **13.60** | **71.10** | **426.37** | **119.14** | **307.23** |

GREENWOOD_COMMONS_CO

6/30/2016                          Page: 5



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



**Living Room**                                                                    Height: 8'

| | |
|---|---|
| 586.39 SF Walls | 288.83 SF Ceiling |
| 875.21 SF Walls & Ceiling | 288.83 SF Floor |
| 32.09 SY Flooring | 72.76 LF Floor Perimeter |
| 76.01 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          3' 3" X 6' 8"          Opens into ENTRY_FOYER

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 46. R&R Stud wall - 2" x 4" x 8' - 16" oc | 72.76 LF | 17.04 | 30.37 | 254.06 | 1,524.26 | (263.50) | 1,260.76 |
| 47. R&R 5/8" drywall - hung, taped, floated, ready for paint | 875.21 SF | 2.09 | 44.56 | 374.76 | 2,248.51 | (353.30) | 1,895.21 |
| 48. R&R Batt insulation - 4" - R13 - unfaced batt | 200.00 SF | 0.92 | 7.64 | 38.32 | 229.96 | (33.92) | 196.04 |
| 49. R&R Sheathing - plywood - 3/4" CDX | 288.83 SF | 2.41 | 21.08 | 143.44 | 860.60 | (125.24) | 735.36 |
| 50. R&R Batt insulation - 8" - R25 - unfaced batt | 288.83 SF | 1.54 | 21.81 | 93.32 | 559.93 | (86.78) | 473.15 |
| 51. R&R 110 volt copper wiring run, box and outlet | 9.00 EA | 60.08 | 7.11 | 109.56 | 657.39 | (172.31) | 485.08 |
| 52. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 53. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 54. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 55. R&R Oak flooring - #1 common - no finish | 288.83 SF | 9.20 | 97.29 | 550.92 | 3,305.45 | (1,088.44) | 2,217.01 |
| **Totals: Living Room** | | | **241.16** | **1,664.64** | **9,987.62** | **2,590.42** | **7,397.20** |

**Closet**                                                                          Height: 8'

| | |
|---|---|
| 110.67 SF Walls | 10.76 SF Ceiling |
| 121.43 SF Walls & Ceiling | 10.76 SF Floor |
| 1.20 SY Flooring | 13.83 LF Floor Perimeter |
| 13.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. R&R 5/8" drywall - hung, taped, floated, ready for paint | 121.43 SF | 2.09 | 6.18 | 52.00 | 311.96 | (49.02) | 262.94 |
| 57. R&R Batt insulation - 8" - R25 - unfaced batt | 10.76 SF | 1.54 | 0.81 | 3.48 | 20.86 | (3.23) | 17.63 |

GREENWOOD_COMMONS_CO                                    6/30/2016                Page: 6

**EXHIBIT B**



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 58. R&R Sheathing - plywood - 3/4" - tongue and groove | 10.76 SF | 3.51 | 1.11 | 7.78 | 46.65 | (6.01) | 40.64 |
| 59. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Closet** | | | **16.83** | **97.94** | **587.51** | **136.96** | **450.55** |



**Entry/Foyer**                                                            **Height: 8'**

| | | |
|---|---|---|
| 92.33 SF Walls | 16.67 SF Ceiling | |
| 109.00 SF Walls & Ceiling | 16.67 SF Floor | |
| 1.85 SY Flooring | 10.58 LF Floor Perimeter | |
| 16.33 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**      3' 3" X 6' 8"          Opens into LIVING_ROOM
**Missing Wall - Goes to Floor**      2' 6" X 6' 8"          Opens into KITCHEN

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 60. R&R Stud wall - 2" x 4" x 8' - 16" oc | 4.00 LF | 17.04 | 1.67 | 13.96 | 83.79 | (14.49) | 69.30 |
| 61. R&R 5/8" drywall - hung, taped, floated, ready for paint | 109.00 SF | 2.09 | 5.55 | 46.68 | 280.04 | (44.00) | 236.04 |
| 62. R&R Batt insulation - 4" - R13 - unfaced batt | 32.00 SF | 0.92 | 1.22 | 6.12 | 36.78 | (5.43) | 31.35 |
| 63. R&R Sheathing - plywood - 3/4" - tongue and groove. | 16.67 SF | 3.51 | 1.73 | 12.04 | 72.28 | (9.31) | 62.97 |
| 64. R&R Batt insulation - 8" - R25 - unfaced batt | 16.67 SF | 1.54 | 1.26 | 5.38 | 32.31 | (5.01) | 27.30 |
| 65. R&R 110 volt copper wiring run, box, and outlet | 2.00 EA | 60.08 | 1.58 | 24.34 | 146.08 | (38.29) | 107.79 |
| 66. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 289.00 | 17.15 | 61.26 | 367.41 | (143.96) | 223.45 |
| **Totals: Entry/Foyer** | | | **30.16** | **169.78** | **1,018.69** | **260.49** | **758.20** |

GREENWOOD_COMMONS_CO                                6/30/2016          Page: 7



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



| Bedroom 2 | | Height: 8' |
|---|---|---|
| 348.00 SF Walls | 117.97 SF Ceiling | |
| 465.97 SF Walls & Ceiling | 117.97 SF Floor | |
| 13.11 SY Flooring | 43.50 LF Floor Perimeter | |
| 43.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 67. R&R Stud wall - 2" x 4" x 8' - 16" oc | 21.83 LF | 17.04 | 9.11 | 76.22 | 457.31 | (79.05) | 378.26 |
| 68. R&R 5/8" drywall - hung, taped, floated, ready for paint | 465.97 SF | 2.09 | 23.72 | 199.52 | 1,197.12 | (188.10) | 1,009.02 |
| 69. R&R Batt insulation - 4" - R13 - unfaced batt | 174.64 SF | 0.92 | 6.67 | 33.48 | 200.81 | (29.61) | 171.20 |
| 70. R&R Sheathing - 2" x 6" - tongue and groove | 117.97 SF | 6.92 | 46.65 | 172.62 | 1,035.62 | (179.83) | 855.79 |
| 71. R&R Batt insulation - 8" - R25 - unfaced batt | 117.97 SF | 1.54 | 8.91 | 38.12 | 228.70 | (35.44) | 193.26 |
| 72. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 73. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 74. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 75. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 76. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Bedroom 2** | | | 119.04 | 715.78 | 4,294.35 | 1,153.38 | 3,140.97 |
| **Total: Unit A** | | | 695.05 | 5,074.80 | 30,447.48 | 8,150.52 | 22,296.96 |
| **Total: SKETCH1** | | | 695.05 | 5,074.80 | 30,447.48 | 8,150.52 | 22,296.96 |

## SKETCH2

### Unit B



| Bed Room 1 | | Height: 8' |
|---|---|---|
| 389.36 SF Walls | 152.00 SF Ceiling | |
| 541.36 SF Walls & Ceiling | 152.00 SF Floor | |
| 16.89 SY Flooring | 48.67 LF Floor Perimeter | |
| 48.67 LF Ceil. Perimeter | | |

GREENWOOD_COMMONS_CO                     6/30/2016          Page: 8



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. R&R 5/8" drywall - hung, taped, floated, ready for paint | 152.00 SF | 2.09 | 7.74 | 65.08 | 390.50 | (61.35) | 329.15 |
| 78. R&R Batt insulation - 8" - R25 - unfaced batt | 152.00 SF | 1.54 | 11.48 | 49.12 | 294.68 | (45.67) | 249.01 |
| **Totals: Bed Room 1** | | | **19.22** | **114.20** | **685.18** | **107.02** | **578.16** |



**Bathroom**                                                                 Height: 8'

266.67 SF Walls                          60.44 SF Ceiling
327.11 SF Walls & Ceiling                60.44 SF Floor
6.72 SY Flooring                         33.33 LF Floor Perimeter
33.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. R&R 5/8" drywall - hung, taped, floated, ready for paint | 60.44 SF | 2.09 | 3.08 | 25.90 | 155.30 | (0.00) | 155.30 |
| 80. R&R Batt insulation - 8" - R25 - unfaced batt | 60.44 SF | 1.54 | 4.56 | 19.54 | 117.18 | (18.15) | 99.03 |
| **Totals: Bathroom** | | | **7.64** | **45.44** | **272.48** | **18.15** | **254.33** |



**Kitchen**                                                                  Height: 8'

365.66 SF Walls                          112.55 SF Ceiling
478.21 SF Walls & Ceiling                112.61 SF Floor
12.51 SY Flooring                        44.94 LF Floor Perimeter
49.53 LF Ceil. Perimeter

Missing Wall - Goes to Floor           4' 7" X 6' 8"                 Opens into LIVING_ROOM

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 81. R&R 5/8" drywall - hung, taped, floated, ready for paint | 112.55 SF | 2.09 | 5.73 | 48.18 | 289.14 | (45.43) | 243.71 |
| 82. R&R Batt insulation - 8" - R25 - unfaced batt | 112.55 SF | 1.54 | 8.50 | 36.36 | 218.19 | (33.82) | 184.37 |
| **Totals: Kitchen** | | | **14.23** | **84.54** | **507.33** | **79.25** | **428.08** |
| **Total: Unit B** | | | **41.09** | **244.18** | **1,464.99** | **204.42** | **1,260.57** |
| **Total: SKETCH2** | | | **41.09** | **244.18** | **1,464.99** | **204.42** | **1,260.57** |

GREENWOOD_COMMONS_CO                                   6/30/2016          Page: 9

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## SKETCH3

### Unit E



| Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|
| 373.03 SF Walls | | | 110.28 SF Ceiling | | |
| 483.30 SF Walls & Ceiling | | | 110.33 SF Floor | | |
| 12.26 SY Flooring | | | 46.09 LF Floor Perimeter | | |
| 49.34 LF Ceil. Perimeter | | | | | |

**Missing Wall - Goes to Floor**            3' 3" X 6' 8"            **Opens into LIVING_ROOM**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 83. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 289.00 | 17.15 | 61.26 | 367.41 | (143.96) | 223.45 |
| **Totals: Kitchen** | | | **17.15** | **61.26** | **367.41** | **143.96** | **223.45** |
| **Total: Unit E** | | | **17.15** | **61.26** | **367.41** | **143.96** | **223.45** |
| **Total: SKETCH3** | | | **17.15** | **61.26** | **367.41** | **143.96** | **223.45** |

## SKETCH4

### Unit F



| Bedroom 2 | | | | | Height: 8' |
|---|---|---|---|---|---|
| 349.33 SF Walls | | | 118.83 SF Ceiling | | |
| 468.17 SF Walls & Ceiling | | | 118.83 SF Floor | | |
| 13.20 SY Flooring | | | 43.67 LF Floor Perimeter | | |
| 43.67 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 84. Door knob - interior | 1.00 EA | 42.15 | 1.98 | 8.84 | 52.97 | (44.13) | 8.84 |
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 85. R&R Stud wall - 2" x 4" x 8' - 16" oc | 25.34 LF | 17.04 | 10.58 | 88.48 | 530.85 | (91.77) | 439.08 |
| 86. R&R 5/8" drywall - hung, taped, floated, ready for paint | 468.17 SF | 2.09 | 23.83 | 200.44 | 1,202.74 | (188.98) | 1,013.76 |
| 87. R&R Batt insulation - 4" - R13 - unfaced batt | 202.72 SF | 0.92 | 7.74 | 38.84 | 233.08 | (34.37) | 198.71 |
| 88. R&R Sheathing - plywood - 3/4" - tongue and groove | 118.83 SF | 3.51 | 12.30 | 85.88 | 515.27 | (66.36) | 448.91 |
| 89. R&R Blown-in insulation - 14" depth - R38 | 118.83 SF | 1.96 | 7.16 | 48.02 | 288.09 | (29.90) | 258.19 |

GREENWOOD_COMMONS_CO                                              6/30/2016          Page: 10



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 90. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 91. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 92. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 93. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 94. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Bedroom 2** | | | **87.57** | **666.32** | **3,997.79** | **1,096.86** | **2,900.93** |



**Closet**                                                                         Height: 8'

129.33 SF Walls                              12.17 SF Ceiling
141.50 SF Walls & Ceiling                    12.17 SF Floor
1.35 SY Flooring                             16.17 LF Floor Perimeter
16.17 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 95. R&R Stud wall - 2" x 4" x 8' - 16" oc | 16.17 LF | 17.04 | 6.75 | 56.46 | 338.75 | (58.56) | 280.19 |
| 96. R&R 5/8" drywall - hung, taped, floated, ready for paint | 141.50 SF | 2.09 | 7.20 | 60.58 | 363.52 | (57.12) | 306.40 |
| 97. R&R Batt insulation - 4" - R13 - unfaced batt | 202.72 SF | 0.92 | 7.74 | 38.84 | 233.08 | (34.37) | 198.71 |
| 98. R&R Sheathing - plywood - 3/4" - tongue and groove | 12.17 SF | 3.51 | 1.26 | 8.80 | 52.78 | (6.80) | 45.98 |
| 99. R&R Blown-in insulation - 14" depth - R38 | 12.17 SF | 1.96 | 0.73 | 4.92 | 29.50 | (3.07) | 26.43 |
| 100. R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 60.08 | 1.58 | 24.34 | 146.08 | (38.29) | 107.79 |
| 101. R&R Bifold door set - lauan/mahogany - Double | 1.00 EA | 182.74 | 7.14 | 37.98 | 227.86 | (88.56) | 139.30 |
| **Totals: Closet** | | | **32.40** | **231.92** | **1,391.57** | **286.77** | **1,104.80** |

GREENWOOD_COMMONS_CO                                    6/30/2016        Page: 11



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



| clst | | | | | | Height: 8' |
|------|--|--|--|--|--|-----------|

49.33 SF Walls
51.50 SF Walls & Ceiling
0.24 SY Flooring
6.17 LF Ceil. Perimeter

2.17 SF Ceiling
2.17 SF Floor
6.17 LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|-------------|----------|------------|-----|-----|-----|---------|-----|
| 102. Door knob - interior | 1.00 EA | 42.15 | 1.98 | 8.84 | 52.97 | (44.13) | 8.84 |
| 103. R&R 5/8" drywall - hung, taped, floated, ready for paint | 2.17 SF | 2.09 | 0.11 | 0.94 | 5.58 | (0.87) | 4.71 |
| 104. R&R Batt insulation - 8" - R25 - unfaced batt | 2.17 SF | 1.54 | 0.16 | 0.70 | 4.20 | (0.65) | 3.55 |
| 105. R&R Sheathing - plywood - 3/4" - tongue and groove | 2.17 SF | 3.51 | 0.22 | 1.56 | 9.40 | (1.21) | 8.19 |
| 106. R&R Oak flooring - #1 common - no finish | 2.17 SF | 9.20 | 0.73 | 4.12 | 24.81 | (8.18) | 16.63 |
| 107. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: clst** | | | **11.93** | **50.84** | **305.00** | **133.74** | **171.26** |



| Living Room | | | | | | Height: 8' |
|-------------|--|--|--|--|--|-----------|

584.43 SF Walls
869.42 SF Walls & Ceiling
31.67 SY Flooring
76.67 LF Ceil. Perimeter

284.99 SF Ceiling
284.99 SF Floor
72.33 LF Floor Perimeter

| Missing Wall - Goes to Floor | 4' 4" X 6' 8" | | Opens into KITCHEN | | | | |
|------------------------------|---------------|--|--------------------|--|--|--|--|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|-------------|----------|------------|-----|-----|-----|---------|-----|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 108. R&R Stud wall - 2" x 4" x 8' - 16" oc. | 72.33 LF | 17.04 | 30.19 | 252.56 | 1,515.25 | (261.94) | 1,253.31 |
| 109. R&R 5/8" drywall - hung, taped, floated, ready for paint | 869.42 SF | 2.09 | 44.26 | 372.28 | 2,233.63 | (350.96) | 1,882.67 |
| 110. R&R Batt insulation - 4" - R13 - unfaced batt | 248.00 SF | 0.92 | 9.47 | 47.54 | 285.17 | (42.06) | 243.11 |
| 111. R&R Sheathing - plywood - 3/4" - tongue and groove | 284.99 SF | 3.51 | 29.50 | 205.96 | 1,235.78 | (159.14) | 1,076.64 |
| 112. R&R Blown-in insulation - 14" depth - R38 | 284.99 SF | 1.96 | 17.17 | 115.14 | 690.89 | (71.72) | 619.17 |
| 113. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 114. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |

GREENWOOD_COMMONS_CO

6/30/2016          Page: 12



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Living Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 115. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 116. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 117. R&R Oak flooring - #1 common - no finish | 284.99 SF | 9.20 | 96.00 | 543.58 | 3,261.49 | (1,073.97) | 2,187.52 |
| **Totals: Living Room** | | | 241.84 | 1,698.20 | 10,188.96 | 2,522.44 | 7,666.52 |



**Closet**                                                                 Height: 8'

160.00 SF Walls                              16.00 SF Ceiling
176.00 SF Walls & Ceiling                    16.00 SF Floor
1.78 SY Flooring                             20.00 LF Floor Perimeter
20.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 118. Door knob - interior | 1.00 EA | 42.15 | 1.98 | 8.84 | 52.97 | (44.13) | 8.84 |
| 119. R&R 5/8" drywall - hung, taped, floated, ready for paint | 176.00 SF | 2.09 | 8.96 | 75.38 | 452.18 | (71.05) | 381.13 |
| 120. R&R Blown-in cellulose insulation - 12" depth - R44 | 16.00 SF | 1.91 | 1.05 | 6.34 | 37.95 | (6.24) | 31.71 |
| 121. R&R Sheathing - plywood - 3/4" - tongue and groove | 16.00 SF | 3.51 | 1.66 | 11.58 | 69.40 | (8.94) | 60.46 |
| 122. R&R Oak flooring - #1 common - no finish | 16.00 SF | 9.20 | 5.39 | 30.52 | 183.11 | (60.30) | 122.81 |
| 123. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (53.51) | 154.53 |
| **Totals: Closet** | | | 27.77 | 167.34 | 1,003.65 | 244.17 | 759.48 |

GREENWOOD_COMMONS_CO                                    6/30/2016          Page: 13

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



**Bedromm 1**                                                                                          Height: 8'

| | |
|---|---|
| 392.90 SF Walls | 155.93 SF Ceiling |
| 548.83 SF Walls & Ceiling | 155.93 SF Floor |
| 17.33 SY Flooring | 49.11 LF Floor Perimeter |
| 49.11 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 124. R&R Stud wall - 2" x 4" x 8' - 16" oc | 25.34 LF | 17.04 | 10.58 | 88.48 | 530.85 | (91.77) | 439.08 |
| 125. R&R 5/8" drywall - hung, taped, floated, ready for paint | 548.83 SF | 2.09 | 27.94 | 235.00 | 1,410.00 | (221.55) | 1,188.45 |
| 126. R&R Batt insulation - 4" - R13 - unfaced batt | 202.72 SF | 0.92 | 7.74 | 38.84 | 233.08 | (34.37) | 198.71 |
| 127. R&R Sheathing - plywood - 3/4" - tongue and groove | 155.93 SF | 3.51 | 16.14 | 112.68 | 676.13 | (87.07) | 589.06 |
| 128. R&R Blown-in insulation - 14" depth - R38 | 155.93 SF | 1.96 | 9.39 | 63.00 | 378.02 | (39.24) | 338.78 |
| 129. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 130. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 131. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 132. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 133. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Bedromm 1** | | | 95.77 | 733.82 | 4,402.87 | 1,115.35 | 3,287.52 |



**Bathroom**                                                                                          Height: 8'

| | |
|---|---|
| 256.00 SF Walls | 57.75 SF Ceiling |
| 313.75 SF Walls & Ceiling | 57.75 SF Floor |
| 6.42 SY Flooring | 32.00 LF Floor Perimeter |
| 32.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 134. R&R Stud wall - 2" x 4" x 8' - 16" oc | 32.00 LF | 17.04 | 13.36 | 111.74 | 670.38 | (115.89) | 554.49 |
| 135. R&R 5/8" drywall - hung, taped, floated, ready for paint. | 313.75 SF | 2.09 | 15.97 | 134.36 | 806.07 | (126.65) | 679.42 |
| 136. R&R Batt insulation - 4" - R13 - unfaced batt | 44.80 SF | 0.92 | 1.71 | 8.58 | 51.51 | (7.60) | 43.91 |

GREENWOOD_COMMONS_CO                                          6/30/2016          Page: 14



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 137. R&R Sheathing - plywood - 3/4" - tongue and groove | 57.75 SF | 3.51 | 5.98 | 41.74 | 250.42 | (32.25) | 218.17 |
| 138. R&R Blown-in insulation - 14" depth - R38 | 57.75 SF | 1.96 | 3.48 | 23.34 | 140.01 | (14.54) | 125.47 |
| 139. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 140. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 141. R&R Ductwork - hot or cold air - 6" round | 7.00 LF | 19.91 | 2.06 | 28.28 | 169.71 | (132.40) | 37.31 |
| 142. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 143. Rough in plumbing - per fixture - w/PEX | 2.00 EA | 610.50 | 11.04 | 246.40 | 1,478.44 | (523.62) | 954.82 |
| 144. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Bathroom** | | | 73.16 | 729.64 | 4,377.64 | 1,310.58 | 3,067.06 |

**Lndry**      **Height: 8'**

76.00 SF Walls      5.43 SF Ceiling
81.43 SF Walls & Ceiling      5.43 SF Floor
0.60 SY Flooring      9.50 LF Floor Perimeter
9.50 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 145. R&R Stud wall - 2" x 4" x 8' - 16" oc | 5.00 LF | 17.04 | 2.09 | 17.46 | 104.75 | (18.10) | 86.65 |
| 146. R&R 5/8" drywall - hung, taped, floated, ready for paint | 81.43 SF | 2.09 | 4.15 | 34.88 | 209.21 | (32.87) | 176.34 |
| 147. R&R Sheathing - plywood - 3/4" - tongue and groove | 5.43 SF | 3.51 | 0.56 | 3.92 | 23.53 | (3.03) | 20.50 |
| 148. R&R Blown-in insulation - 14" depth - R38 | 5.43 SF | 1.96 | 0.33 | 2.18 | 13.15 | (1.36) | 11.79 |
| 149. R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 60.08 | 1.58 | 24.34 | 146.08 | (38.29) | 107.79 |
| 150. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 151. R&R Ductwork - hot or cold air - 6" round | 5.00 LF | 19.91 | 1.47 | 20.22 | 121.24 | (94.57) | 26.67 |

GREENWOOD_COMMONS_CO      6/30/2016      Page: 15



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## CONTINUED - Lndry

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 152. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 153. Rough in plumbing - per fixture - w/PEX | 1.00 EA | 610.50 | 5.52 | 123.20 | 739.22 | (261.81) | 477.41 |
| 154. R&R 220 volt copper wiring run, box and receptacle | 1.00 EA | 120.20 | 4.37 | 24.92 | 149.49 | (40.19) | 109.30 |
| 155. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (53.51) | 154.53 |
| **Totals: Lndry** | | | **35.68** | **325.44** | **1,952.54** | **726.94** | **1,225.60** |

### Clst
**Height: 8'**

|  |  |
|---|---|
| 68.00 SF Walls | 4.01 SF Ceiling |
| 72.01 SF Walls & Ceiling | 4.01 SF Floor |
| 0.45 SY Flooring | 8.50 LF Floor Perimeter |
| 8.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 156. R&R 5/8" drywall - hung, taped, floated, ready for paint | 72.01 SF | 2.09 | 3.67 | 30.84 | 185.01 | (29.07) | 155.94 |
| 157. R&R Batt insulation - 8" - R25 - unfaced batt | 4.01 SF | 1.54 | 0.30 | 1.30 | 7.77 | (1.21) | 6.56 |
| 158. R&R Sheathing - plywood - 3/4" - tongue and groove | 4.01 SF | 3.51 | 0.41 | 2.90 | 17.38 | (2.23) | 15.15 |
| 159. R&R Oak flooring - #1 common - no finish | 4.01 SF | 9.20 | 1.35 | 7.66 | 45.90 | (15.12) | 30.78 |
| 160. R&R Interior door unit | 1.00 EA | 164.63 | 8.73 | 34.68 | 208.04 | (78.70) | 129.34 |
| **Totals: Clst** | | | **14.46** | **77.38** | **464.10** | **126.33** | **337.77** |

GREENWOOD_COMMONS_CO

6/30/2016       Page: 16

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



**Kitchen**                                                                 **Height: 8'**

| | |
|---|---|
| 348.55 SF Walls | 103.62 SF Ceiling |
| 452.17 SF Walls & Ceiling | 103.68 SF Floor |
| 11.52 SY Flooring | 42.85 LF Floor Perimeter |
| 47.18 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          4' 4" X 6' 8"          Opens into LIVING_ROOM

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Exterior walls, subfloor, ceiling. | | | | | | | |
| 161. R&R Stud wall - 2" x 4" x 8' - 16" oc | 18.50 LF | 17.04 | 7.72 | 64.60 | 387.56 | (67.00) | 320.56 |
| 162. R&R 5/8" drywall - hung, taped, floated, ready for paint | 452.17 SF | 2.09 | 23.02 | 193.62 | 1,161.67 | (182.53) | 979.14 |
| 163. R&R Batt insulation - 4" - R13 - unfaced batt | 148.00 SF | 0.92 | 5.65 | 28.38 | 170.19 | (25.10) | 145.09 |
| 164. R&R Sheathing - plywood - 3/4" - tongue and groove | 103.68 SF | 3.51 | 10.73 | 74.92 | 449.56 | (57.89) | 391.67 |
| 165. R&R Blown-in insulation - 14" depth - R38 | 103.62 SF | 1.96 | 6.24 | 41.86 | 251.19 | (26.07) | 225.12 |
| 166. R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 60.08 | 3.95 | 60.88 | 365.23 | (95.72) | 269.51 |
| 167. R&R Baseboard heat - steam or hot water | 6.00 LF | 27.47 | 6.11 | 34.18 | 205.11 | (158.09) | 47.02 |
| 168. R&R Ductwork - hot or cold air - 6" round | 15.00 LF | 19.91 | 4.42 | 60.62 | 363.69 | (283.72) | 79.97 |
| 169. R&R Heat/AC register - Mechanically attached | 1.00 EA | 26.49 | 0.77 | 5.46 | 32.72 | (25.12) | 7.60 |
| 170. Rough in plumbing - per fixture - w/PEX | 2.00 EA | 610.50 | 11.04 | 246.40 | 1,478.44 | (523.62) | 954.82 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Kitchen** | | | 79.65 | 810.92 | 4,865.36 | 1,444.86 | 3,420.50 |
| **Total: Unit F** | | | 700.23 | 5,491.82 | 32,949.48 | 9,008.04 | 23,941.44 |
| **Total: SKETCH4** | | | 700.23 | 5,491.82 | 32,949.48 | 9,008.04 | 23,941.44 |

### SKETCH5
### Roof

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 171. Remove Tear off, haul and dispose of comp. shingles- Laminated | 12.69 SQ | 51.56 | 0.00 | 130.86 | 785.16 | (0.00) | 785.16 |
| 172. Roofing felt - 30 lb. | 12.69 SQ | 32.45 | 10.79 | 84.52 | 507.10 | (211.30) | 295.80 |
| 173. Laminated - comp. shingle rfg. - w/out felt | 14.00 SQ | 210.43 | 123.13 | 613.82 | 3,682.97 | (1,023.05) | 2,659.92 |

GREENWOOD_COMMONS_CO                                   6/30/2016          Page: 17



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 174. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 12.69 SQ | 11.90 | 0.00 | 30.20 | 181.21 | (0.00) | 181.21 |
| 175. Additional charge for steep roof - 7/12 to 9/12 slope | 12.69 SQ | 39.49 | 0.00 | 100.22 | 601.35 | (0.00) | 601.35 |
| 176. Remove Additional charge for high roof (2 stories or greater) | 12.69 SQ | 4.92 | 0.00 | 12.48 | 74.91 | (0.00) | 74.91 |
| 177. Additional charge for high roof (2 stories or greater) | 12.69 SQ | 23.74 | 0.00 | 60.26 | 361.52 | (0.00) | 361.52 |
| 178. R&R Roof vent - turtle type - Metal | 4.00 EA | 59.97 | 4.99 | 48.96 | 293.83 | (61.21) | 232.62 |
| 179. R&R Flashing - pipe jack | 4.00 EA | 41.51 | 2.48 | 33.72 | 202.24 | (41.30) | 160.94 |
| 180. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 83.78 | 5.26 | 34.56 | 207.38 | (45.00) | 162.38 |
| 181. Drip edge | 111.00 LF | 2.01 | 5.65 | 45.76 | 274.52 | (65.36) | 209.16 |
| **Total: Roof** | | | **152.30** | **1,195.36** | **7,172.19** | **1,447.22** | **5,724.97** |



**Roof1**

918.42  Surface Area                      9.18  Number of Squares
94.34  Total Perimeter Length          16.83  Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 182. R&R Truss - 8/12 slope | 272.00 LF | 9.04 | 104.09 | 512.60 | 3,075.57 | (470.58) | 2,604.99 |
| 183. R&R Sheathing - plywood - 5/8" CDX | 918.00 SF | 2.08 | 56.08 | 393.12 | 2,358.64 | (347.72) | 2,010.92 |
| **Totals: Roof1** | | | **160.17** | **905.72** | **5,434.21** | **818.30** | **4,615.91** |

GREENWOOD_COMMONS_CO                                      6/30/2016        Page: 18

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



### Roof2

| | 272.88 Surface Area | | | 2.73 Number of Squares |
| | 66.19 Total Perimeter Length | | | 15.08 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 184. R&R Truss - 8/12 slope | 240.00 LF | 9.04 | 91.84 | 452.28 | 2,713.72 | (415.22) | 2,298.50 |
| 185. R&R Sheathing - plywood - 5/8" CDX | 273.00 SF | 2.08 | 16.68 | 116.90 | 701.42 | (103.41) | 598.01 |
| Totals: Roof2 | | | 108.52 | 569.18 | 3,415.14 | 518.63 | 2,896.51 |



### Roof3

| | 77.60 Surface Area | | | 0.78 Number of Squares |
| | 42.89 Total Perimeter Length | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 186. R&R Mono truss - 6/12 slope | 40.00 LF | 9.27 | 16.36 | 77.44 | 464.60 | (73.80) | 390.80 |
| 187. R&R Sheathing - plywood - 5/8" CDX | 78.00 SF | 2.08 | 4.77 | 33.42 | 200.43 | (29.54) | 170.89 |
| Totals: Roof3 | | | 21.13 | 110.86 | 665.03 | 103.34 | 561.69 |
| Total: Roof | | | 442.12 | 2,781.12 | 16,686.57 | 2,887.49 | 13,799.08 |
| Total: SKETCH5 | | | 442.12 | 2,781.12 | 16,686.57 | 2,887.49 | 13,799.08 |

### Siding



| Front Elevation | Formula Elevation 30' x 20' x 0" |
|---|---|
| 600.00 SF Walls | 30.00 LF Floor Perimeter |
| 600.00 SF Long Wall | 600.00 SF Short Wall |
| 30.00 LF Ceil. Perimeter | |

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



| Subroom 1: offset | Formula Elevation 4' x 20' x 0" |
|---|---|
| 80.00 SF Walls | 4.00 LF Floor Perimeter |
| 80.00 SF Long Wall | 80.00 SF Short Wall |
| 4.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| The siding is about 34 years old. | | | | | | | |
| 188. R&R Siding - shiplap - cedar | 680.00 SF | 4.67 | 117.13 | 658.54 | 3,951.27 | (1,036.29) | 2,914.98 |
| 189. 1" x 4" lumber (.333 BF per LF) | 70.00 LF | 1.98 | 2.32 | 28.18 | 169.10 | (31.95) | 137.15 |
| 190. R&R Sheathing - OSB - 1/2" | 680.00 SF | 1.66 | 25.39 | 230.84 | 1,385.03 | (189.18) | 1,195.85 |
| item above is for the inside and out side trim boards. | | | | | | | |
| 191. R&R Soffit & fascia - wood - 1' overhang | 30.00 LF | 8.47 | 8.65 | 52.56 | 315.31 | (53.37) | 261.94 |
| 192. Stain & finish wood siding | 680.00 SF | 1.13 | 19.04 | 157.48 | 944.92 | (419.96) | 524.96 |
| **Totals: Front Elevation** | | | **172.53** | **1,127.60** | **6,765.63** | **1,730.75** | **5,034.88** |



| Right Elevation | Formula Elevation 31' x 10' x 0" |
|---|---|
| 310.00 SF Walls | 31.00 LF Floor Perimeter |
| 310.00 SF Long Wall | 310.00 SF Short Wall |
| 31.00 LF Ceil. Perimeter | |



| Subroom 1: upper right elev. | Formula Elevation 34' x 10' x 7' 6" |
|---|---|
| 467.50 SF Walls | 34.00 LF Floor Perimeter |
| 467.50 SF Long Wall | 467.50 SF Short Wall |
| 37.16 LF Ceil. Perimeter | |



| Subroom 2: right extension | Formula Elevation 10' x 10' 5" x 0" |
|---|---|
| 104.17 SF Walls | 10.00 LF Floor Perimeter |
| 104.17 SF Long Wall | 104.17 SF Short Wall |
| 10.00 LF Ceil. Perimeter | |

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013



| | |
|---|---|
| **Subroom 3: right extension inside by deck** | **Formula Elevation 10' x 10' 5" x 0"** |
| 104.17 SF Walls | 10.00 LF Floor Perimeter |
| 104.17 SF Long Wall | 104.17 SF Short Wall |
| 10.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| The siding is about 34 years old. | | | | | | | |
| 193. R&R Siding - shiplap - cedar | 985.83 SF | 4.67 | 169.80 | 954.72 | 5,728.35 | (1,502.37) | 4,225.98 |
| 194. 1" x 4" lumber (.333 BF per LF) | 80.00 LF | 1.98 | 2.65 | 32.22 | 193.27 | (36.50) | 156.77 |
| 195. R&R Sheathing - OSB - 1/2" | 985.83 SF | 1.66 | 36.81 | 334.64 | 2,007.93 | (274.25) | 1,733.68 |
| item above is for the inside and out side trim boards. | | | | | | | |
| 196. R&R Soffit & fascia - wood - 1' overhang | 36.00 LF | 8.47 | 10.39 | 63.08 | 378.39 | (64.05) | 314.34 |
| 197. Stain & finish wood siding | 985.83 SF | 1.13 | 27.60 | 228.32 | 1,369.91 | (608.85) | 761.06 |
| **Totals: Right Elevation** | | | **247.25** | **1,612.98** | **9,677.85** | **2,486.02** | **7,191.83** |



| | |
|---|---|
| **Rear Elevation** | **Formula Elevation 30' x 20' x 0"** |
| 600.00 SF Walls | 30.00 LF Floor Perimeter |
| 600.00 SF Long Wall | 600.00 SF Short Wall |
| 30.00 LF Ceil. Perimeter | |



| | |
|---|---|
| **Subroom 1: bottom of over hang rear** | **Formula Elevation 30' x 4' x 0"** |
| 120.00 SF Walls | 30.00 LF Floor Perimeter |
| 120.00 SF Long Wall | 120.00 SF Short Wall |
| 30.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| The siding is about 34 years old. | | | | | | | |
| 198. R&R Siding - shiplap - cedar | 720.00 SF | 4.67 | 124.02 | 697.28 | 4,183.70 | (1,097.26) | 3,086.44 |
| 199. 1" x 4" lumber (.333 BF per LF) | 100.00 LF | 1.98 | 3.31 | 40.26 | 241.57 | (45.63) | 195.94 |
| 200. R&R Sheathing - OSB - 1/2" | 720.00 SF | 1.66 | 26.88 | 244.42 | 1,466.50 | (200.30) | 1,266.20 |
| item above is for the inside and out side trim boards. | | | | | | | |
| 201. R&R Soffit & fascia - wood - 1' overhang | 30.00 LF | 8.47 | 8.65 | 52.56 | 315.31 | (53.37) | 261.94 |

GREENWOOD_COMMONS_CO                                    6/30/2016            Page: 21

**EXHIBIT B**



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

**CONTINUED - Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 202.  Stain & finish wood siding | 720.00 SF | 1.13 | 20.16 | 166.76 | 1,000.52 | (444.67) | 555.85 |
| **Totals: Rear Elevation** | | | 183.02 | 1,201.28 | 7,207.60 | 1,841.23 | 5,366.37 |



**Left Elevation**

131.25 SF Walls
131.25 SF Long Wall
9.60 LF Ceil. Perimeter

**Formula Elevation 6' x 20' x 3' 9"**

6.00 LF Floor Perimeter
131.25 SF Short Wall

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| The siding is about 34 years old. | | | | | | | |
| 203.  R&R Siding - shiplap - cedar | 131.25 SF | 4.67 | 22.61 | 127.12 | 762.67 | (200.02) | 562.65 |
| 204.  1" x 4" lumber (.333 BF per LF) | 50.00 LF | 1.98 | 1.65 | 20.14 | 120.79 | (22.81) | 97.98 |
| 205.  R&R Sheathing - OSB - 1/2" | 131.25 SF | 1.66 | 4.90 | 44.56 | 267.34 | (36.51) | 230.83 |
| item above is for the inside and out side trim boards. | | | | | | | |
| 206.  R&R Soffit & fascia - wood - 1' overhang | 24.00 LF | 8.47 | 6.92 | 42.02 | 252.22 | (42.70) | 209.52 |
| 207.  Stain & finish wood siding | 131.25 SF | 1.13 | 3.67 | 30.40 | 182.38 | (81.06) | 101.32 |
| **Totals: Left Elevation** | | | 39.75 | 264.24 | 1,585.40 | 383.10 | 1,202.30 |
| **Total: Siding** | | | 642.55 | 4,206.10 | 25,236.48 | 6,441.10 | 18,795.38 |

**Windows/ door**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 208.  R&R Wood window - double hung, 13-19 sf | 6.00 EA | 651.69 | 262.35 | 834.52 | 5,007.01 | (3,958.83) | 1,048.18 |
| 209.  R&R Wood window - double hung, 20-28 sf | 2.00 EA | 779.70 | 106.46 | 333.18 | 1,999.04 | (1,594.64) | 404.40 |
| 210.  R&R Exterior door – metal - insulated - Standard grade | 3.00 EA | 232.36 | 37.03 | 146.82 | 880.93 | (230.98) | 649.95 |
| 211.  Paint door or window opening - 2 coats (per side) | 11.00 EA | 21.42 | 3.65 | 47.86 | 287.13 | (127.61) | 159.52 |

GREENWOOD_COMMONS_CO

6/30/2016          Page: 22



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

### CONTINUED - Windows/ door

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 212. Paint door slab only - 2 coats (per side) | 6.00 EA | 25.91 | 3.28 | 31.76 | 190.50 | (84.66) | 105.84 |
| 213. Seal & paint wood window (per side) | 8.00 EA | 37.69 | 3.43 | 60.98 | 365.93 | (162.64) | 203.29 |
| **Totals: Windows/ door** | | | 416.20 | 1,455.12 | 8,730.54 | 6,159.36 | 2,571.18 |

#### joist truss

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| floor between unit A & F | | | | | | | |
| 214. R&R Floor trusses - up to 22" deep | 912.00 LF | 8.86 | 264.65 | 1,669.00 | 10,013.97 | (0.00) | 10,013.97 |
| floor under unit A | | | | | | | |
| 215. R&R Floor trusses - up to 16" deep | 713.00 LF | 8.62 | 199.04 | 1,269.00 | 7,614.10 | (0.00) | 7,614.10 |
| 216. R&R 2" x 6" lumber - treated (1 BF per LF) | 91.00 LF | 3.18 | 8.26 | 59.54 | 357.18 | (56.74) | 300.44 |
| 217. R&R Batt insulation - 8" - R25 - unfaced batt | 930.00 SF | 1.54 | 70.23 | 300.48 | 1,802.91 | (279.42) | 1,523.49 |
| **Totals: joist truss** | | | 542.18 | 3,298.02 | 19,788.16 | 336.16 | 19,452.00 |

#### Stairway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 218. R&R Stairway - stringers, treads & risers (per tread) | 16.00 EA | 69.64 | 25.35 | 227.92 | 1,367.51 | (635.99) | 731.52 |
| 219. R&R Steps and landing - redwood - 6x8 or smaller - mobile home | 1.00 EA | 653.66 | 15.80 | 133.90 | 803.36 | (141.02) | 662.34 |
| 220. R&R Deck planking - cedar (per SF) | 150.00 SF | 9.01 | 50.40 | 280.38 | 1,682.28 | (1,145.40) | 536.88 |
| 221. R&R 2" x 4" lumber (.667 BF per LF) | 110.00 LF | 2.55 | 4.57 | 57.02 | 342.09 | (52.90) | 289.19 |
| item above is the 2X4 under the deck at unit A | | | | | | | |
| **Totals: Stairway** | | | 96.12 | 699.22 | 4,195.24 | 1,975.31 | 2,219.93 |

#### Landscape

EXHIBIT B



## Eberl Claims Service

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 222. Landscaping (Bid Item) | 1.00 EA | 1.00 | 0.00 | 0.20 | 1.20 | (0.00) | 1.20 |
| open item at this time | | | | | | | |
| **Totals: Landscape** | | | **0.00** | **0.20** | **1.20** | **0.00** | **1.20** |

### Dmo

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 223. Trackhoe/excavator and operator | 16.00 HR | 160.00 | 0.00 | 512.00 | 3,072.00 | (0.00) | 3,072.00 |
| 224. Dump truck and operator - 10 ton | 16.00 HR | 90.00 | 0.00 | 288.00 | 1,728.00 | (0.00) | 1,728.00 |
| 225. Demolition Laborer - per hour | 32.00 HR | 42.57 | 0.00 | 272.44 | 1,634.68 | (0.00) | 1,634.68 |
| **Totals: Dmo** | | | **0.00** | **1,072.44** | **6,434.68** | **0.00** | **6,434.68** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 226. Finish hardware labor minimum | 1.00 EA | 90.53 | 0.00 | 18.10 | 108.63 | (0.00) | 108.63 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **18.10** | **108.63** | **0.00** | **108.63** |
| **Line Item Totals: GREENWOOD_COMMONS_CO** | | | **3,592.69** | **24,402.38** | **146,410.86** | **35,306.36** | **111,104.50** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 13,946.40 | SF Walls | 4,527.45 | SF Ceiling | 18,473.85 | SF Walls and Ceiling |
| 4,527.61 | SF Floor | 503.07 | SY Flooring | 1,607.69 | LF Floor Perimeter |
| 2,517.08 | SF Long Wall | 2,517.08 | SF Short Wall | 1,650.29 | LF Ceil. Perimeter |
| 4,527.61 | Floor Area | 4,893.23 | Total Area | 11,535.00 | Interior Wall Area |
| 6,939.24 | Exterior Wall Area | 716.70 | Exterior Perimeter of Walls | | |
| 1,268.91 | Surface Area | 12.69 | Number of Squares | 406.75 | Total Perimeter Length |
| 31.92 | Total Ridge Length | 0.00 | Total Hip Length | | |

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 118,415.79 |
| Material Sales Tax | 3,592.69 |
| | |
| Subtotal | 122,008.48 |
| Overhead | 12,201.19 |
| Profit | 12,201.19 |
| | |
| **Replacement Cost Value** | **$146,410.86** |
| Less Depreciation | (35,306.36) |
| | |
| **Actual Cash Value** | **$111,104.50** |
| **Net Claim** | **$111,104.50** |
| | |
| Total Recoverable Depreciation | 35,306.36 |
| | |
| **Net Claim if Depreciation is Recovered** | **$146,410.86** |

Robert Lawson

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.485%) | Manuf. Home Tax (8.485%) | Storage Rental Tax (8.485%) | Local Food Tax (5.585%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 12,201.19 | 12,201.19 | 3,592.69 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | 12,201.19 | 12,201.19 | 3,592.69 | 0.00 | 0.00 | 0.00 |

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## Recap by Room

**Estimate: GREENWOOD_COMMONS_CO**

**Area: SKETCH1**

**Area: Unit A**

| | | |
|---|---:|---:|
| Bedroom1 | 3,490.77 | 2.95% |
| Bathroom | 3,161.62 | 2.67% |
| Closet | 646.64 | 0.55% |
| Closet | 657.32 | 0.56% |
| Kitchen | 3,546.77 | 3.00% |
| Closet | 341.67 | 0.29% |
| Living Room | 8,081.82 | 6.82% |
| Closet | 472.74 | 0.40% |
| Entry/Foyer | 818.75 | 0.69% |
| Bedroom 2 | 3,459.53 | 2.92% |
| **Area Subtotal:  Unit A** | **24,677.63** | **20.84%** |
| **Area Subtotal:  SKETCH1** | **24,677.63** | **20.84%** |

**Area: SKETCH2**

**Area: Unit B**

| | | |
|---|---:|---:|
| Bed Room 1 | 551.76 | 0.47% |
| Bathroom | 219.40 | 0.19% |
| Kitchen | 408.56 | 0.35% |
| **Area Subtotal:  Unit B** | **1,179.72** | **1.00%** |
| **Area Subtotal:  SKETCH2** | **1,179.72** | **1.00%** |

**Area: SKETCH3**

**Area: Unit E**

| | | |
|---|---:|---:|
| Kitchen | 289.00 | 0.24% |
| **Area Subtotal:  Unit E** | **289.00** | **0.24%** |
| **Area Subtotal:  SKETCH3** | **289.00** | **0.24%** |

**Area: SKETCH4**

**Area: Unit F**

| | | |
|---|---:|---:|
| Bedroom 2 | 3,243.90 | 2.74% |

GREENWOOD_COMMONS_CO                                         6/30/2016              Page: 27



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

| | | |
|---|---|---|
| Closet | 1,127.25 | 0.95% |
| clst | 242.23 | 0.20% |
| Living Room | 8,248.92 | 6.97% |
| Closet | 808.54 | 0.68% |
| Bedromni 1 | 3,573.28 | 3.02% |
| Bathroom | 3,574.84 | 3.02% |
| Lndry | 1,591.42 | 1.34% |
| Clst | 372.26 | 0.31% |
| Kitchen | 3,974.79 | 3.36% |
| | | |
| Area Subtotal:  Unit F | 26,757.43 | 22.60% |
| | | |
| Area Subtotal:  SKETCH4 | 26,757.43 | 22.60% |

**Area: SKETCH5**

| | | |
|---|---|---|
| Area: Roof | 5,824.53 | 4.92% |
| Roof1 | 4,368.32 | 3.69% |
| Roof2 | 2,737.44 | 2.31% |
| Roof3 | 533.04 | 0.45% |
| | | |
| Area Subtotal:  Roof | 13,463.33 | 11.37% |
| | | |
| Area Subtotal:  SKETCH5 | 13,463.33 | 11.37% |

| | | |
|---|---|---|
| Area: Siding | | |
| Front Elevation | 5,465.50 | 4.62% |
| Right Elevation | 7,817.62 | 6.60% |
| Rear Elevation | 5,823.30 | 4.92% |
| Left Elevation | 1,281.41 | 1.08% |
| | | |
| Area Subtotal:  Siding | 20,387.83 | 17.22% |
| Windows/ door | 6,859.22 | 5.79% |
| joist truss | 15,947.96 | 13.47% |
| Stairway | 3,399.90 | 2.87% |
| Landscape | 1.00 | |
| Dmo | 5,362.24 | 4.53% |
| Labor Minimums Applied | 90.53 | 0.08% |
| | | |
| **Subtotal of Areas** | 118,415.79 | 100.00% |
| | | |
| **Total** | 118,415.79 | 100.00% |

EXHIBIT B



**Eberl Claims Service**

7276 W. Mansfield Ave.
Lakewood, CO 80235
(303) 988-6286
(800) 827-9013

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---:|---:|---:|
| GENERAL DEMOLITION | 14,995.44 | | 14,995.44 |
| DOORS | 3,477.69 | 1,588.51 | 1,889.18 |
| DRYWALL | 11,396.80 | 2,559.57 | 8,837.23 |
| ELECTRICAL | 3,445.01 | 1,171.26 | 2,273.75 |
| HEAVY EQUIPMENT | 4,000.00 | | 4,000.00 |
| FLOOR COVERING - WOOD | 4,403.96 | 2,201.99 | 2,201.97 |
| FINISH HARDWARE | 216.98 | 126.45 | 90.53 |
| FRAMING & ROUGH CARPENTRY | 33,879.10 | 5,562.91 | 28,316.19 |
| HEAT, VENT & AIR CONDITIONING | 4,253.71 | 4,253.71 | 0.00 |
| INSULATION | 4,608.83 | 1,046.61 | 3,562.22 |
| LABOR ONLY | 1,362.24 | | 1,362.24 |
| LANDSCAPING | 1.00 | | 1.00 |
| PLUMBING | 5,494.50 | 2,335.18 | 3,159.32 |
| PAINTING | 3,536.90 | 1,886.34 | 1,650.56 |
| ROOFING | 4,886.87 | 1,395.53 | 3,491.34 |
| SIDING | 10,848.62 | 3,688.53 | 7,160.09 |
| SOFFIT, FASCIA, & GUTTER | 907.20 | 205.64 | 701.56 |
| STAIRS | 1,516.28 | 756.19 | 760.09 |
| WINDOWS - WOOD | 5,184.66 | 5,184.66 | 0.00 |
| O&P Items Subtotal | 118,415.79 | 33,963.08 | 84,452.71 |
| Material Sales Tax | 3,592.69 | 1,343.28 | 2,249.41 |
| Overhead | 12,201.19 | | 12,201.19 |
| Profit | 12,201.19 | | 12,201.19 |
| Total | 146,410.86 | 35,306.36 | 111,104.50 |

EXHIBIT B

Sketch: SKETCH1, Level: Unit A

Insured: Greenwood Commons Condo Association
Claim #: PHCO16050987306



EXHIBIT B

Sketch: SKETCH2, Level: Unit B

Insured: Greenwood Commons Condo Association
Claim #: PHCO16050987306



EXHIBIT B

Sketch: SKETCH3, Level: Unit E

Insured: Greenwood Commons Condo Association
Claim #: PHCO16050987306



EXHIBIT B

Sketch: SKETCH4, Level: Unit F          Insured: Greenwood Commons Condo Association
                                        Claim #: PHCO16050987306



EXHIBIT B

Sketch: SKETCH5, Level: Roof             Insured: Greenwood Commons Condo Association
                                         Claim #: PHCO16050987306



EXHIBIT B

Roof Annotation in Sketch: SKETCH5, Level: Roof

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|------|-------|-------|-------------------|
| F1 | 587.13 | 5.87 | 7.00 |
| F2 | 331.30 | 3.31 | 7.00 |
| F4 | 272.88 | 2.73 | 7.00 |
| F5 | 77.60 | 0.78 | 20.95 |
| Estimated Total: | 1268.91 | 12.69 | |

EXHIBIT B

EXHIBIT B

Sketch: SKETCH6, Level: Elevations

Insured: Greenwood Commons Condo Association
Claim #: PHCO16050987306





EXHIBIT B

**GREENWOOD COMMONS**
**CONDOMINIUM ASSOCIATION**
1545 Patton Circle, Unit D
Boulder, CO 80303
stephanieruthprice@gmail.com ◆ 303-669-3884

December 12, 2016

*Via Email: Rick.Lovejoy@phly.com & Certified Mail, Return Receipt Requested*

Rick Lovejoy, Claims Examiner
Philadelphia Insurance Companies
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004
Phone: 303.200.6036

Re:     Fire Claim # 987306
        Greenwood Commons Condominium Association ("HOA")

Dear Rick:

This letter shall serve as notice from the HOA that the HOA's contractor, Interstate Restoration ("Interstate"), will not complete the fire restoration project because Philadelphia Insurance Companies ("Philadelphia Insurance") refuses to accept Interstate's bid. The HOA has contacted Chris Lindell of ATI to determine if ATI would be able to complete the project. The HOA understands that when Chris Lindell completed his review of the project, Josh Hanson of Interstate explained the plans for completion of the middle units, B and E, as well as the destroyed units, A and D. The HOA needs to know if Chris Lindell's plans would be the same, or if not, what they would be. If the HOA can receive sufficient answers to its questions and confirmation of the HOA's requested items, we may be able to proceed with ATI. Do you have a copy of Chris Lindell's estimate? If so, have you forwarded it to Robert Lawson, and has he reviewed it? Also, please forward a copy of the estimate to the HOA. Are Robert Lawson and Philadelphia Insurance in agreement with Chris Lindell's estimate?

This project has been repeatedly delayed and continues to cause undue stress on the unit owners. Four unit owners have been displaced from their homes for almost seven months, with no end in sight. The HOA expects Philadelphia Insurance, as well as the HOA's agents, to help the HOA and the unit owners find a contractor or, alternatively, to engage Chris Lindell to complete the project as soon as possible. The HOA and unit owners feel that Philadelphia Insurance cares nothing about the unit owners as individuals and that it is to Philadelphia Insurance's advantage to delay the project. We find this behavior reprehensible and unconscionable. The HOA unit owners are actual, average people who just need our homes returned to a safe and, as close as possible, pre-fire condition.

Sincerely,

Greenwood Commons Condominium Association

By: _Stephanie R. Price_

Stephanie R. Price, President

cc:     Robert Lawson (rlawson@eberls.com)
        Ashley Jones (Ashley_Jones@ajg.com)
        Kendall Trump (Kendall_Trump@AJG.com)
        Maria Burdick, Geoff and Allison Gray, Bronwyn and Dell Morrissey,
        Cheryl Grandy, Laura DeLeon, Andrea Price

EXHIBIT C

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | |
|---|---|
| Insured: | GREENWOOD COMMONS HOA |
| Property: | 1545 Patton Cir |
| | Boulder,, CO 80303 |
| Home: | 6017 San Mateo |
| | Colorado Springs, CO 80911 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Chris Lindell | Business: | (720) 656-4253 |
| Company: | American Technologies, Inc. | E-mail: | Chris.Lindell@Atirestoration.com |
| | | | |
| Estimator: | Chris Lindell | Business: | (720) 656-4253 |
| Company: | American Technologies, Inc. | E-mail: | Chris.Lindell@Atirestoration.com |
| | | | |
| Contractor: | | Business: | (800) 400-9353 |
| Company: | American Technologies, Inc | | |
| Business: | 13300 James E Casey Ave, Suite 400 | | |
| | Englewood , CO 80112 | | |

**Claim Number:** 021502725-5      **Policy Number:**      **Type of Loss:** Flood

| | | | |
|---|---|---|---|
| Date of Loss: | 9/6/2016 | Date Received: | 10/24/2016 |
| Date Inspected: | 10/24/2016 | Date Entered: | 10/31/2016 9:10 AM |

| | |
|---|---|
| Price List: | COBO8X_OCT16 |
| | Restoration/Service/Remodel |
| Estimate: | GRENNWOOD_COMMONS |

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## GRENNWOOD_COMMONS

### GRENNWOOD_COMMONS

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 6.00 EA | 479.38 | 0.00 | 0.00 | 575.26 | 3,451.54 |
| 2. Commercial Supervision / Project Management - per hour | 55.00 HR | 0.00 | 63.24 | 0.00 | 695.64 | 4,173.84 |
| 3. General Laborer - per hour | 60.00 HR | 0.00 | 40.35 | 0.00 | 484.20 | 2,905.20 |
| 4. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Open | | | | | | |
| 5. R&R Temporary fencing | 500.00 LF | 0.78 | 5.57 | 0.00 | 635.00 | 3,810.00 |
| 6. Port A John | 90.00 EA | 0.00 | 10.00 | 0.00 | 180.00 | 1,080.00 |
| Open item for bathroom | | | | | | |
| Total: GRENNWOOD_COMMONS | | | | 0.00 | 2,570.10 | 15,420.58 |

## SKETCH1

## UNIT A



| **Kitchen** | | | | **Height: 8'** |
|---|---|---|---|---|
| 273.91 SF Walls | | | 86.61 SF Ceiling | |
| 360.52 SF Walls & Ceiling | | | 86.61 SF Floor | |
| 9.62 SY Flooring | | | 33.57 LF Floor Perimeter | |
| 37.57 LF Ceil. Perimeter | | | | |

**Missing Wall - Goes to Floor**     4' X 6' 8"          Opens into ENTRY_FOYER

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 7. Clean stud wall - Heavy | 273.91 SF | 0.00 | 1.06 | 0.45 | 58.16 | 348.95 |
| 8. Seal stud wall for odor control (shellac) | 273.91 SF | 0.00 | 0.73 | 5.65 | 41.14 | 246.74 |
| 9. R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |
| 10. R&R Sheathing - OSB - 3/4" - tongue and groove | 86.61 SF | 1.16 | 1.88 | 5.50 | 53.76 | 322.56 |
| 11. Temporary shoring post - Screw jack (per day) | 3.00 DA | 0.00 | 34.89 | 0.00 | 20.94 | 125.61 |
| 12. Carpentry - General Laborer - per hour | 2.00 HR | 0.00 | 40.35 | 0.00 | 16.14 | 96.84 |

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## CONTINUED - Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 13. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 14. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |
| 15. R&R Structural insulated panel (SIP) - Walls - 6 3/8" | 76.00 SF | 0.59 | 6.39 | 32.67 | 112.62 | 675.77 |
| 16. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 10.00 LF | 1.49 | 15.90 | 4.46 | 35.68 | 214.04 |
| 17. Rewire - average residence - copper wiring | 86.61 SF | 0.00 | 2.83 | 2.22 | 49.46 | 296.79 |
| 18. Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |
| 19. R&R Outlet - High grade | 4.00 EA | 4.32 | 17.17 | 2.08 | 17.62 | 105.66 |
| 20. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 21. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 22. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 23. R&R 220 volt outlet | 1.00 EA | 4.32 | 25.97 | 0.65 | 6.20 | 37.14 |
| 24. R&R 220 volt outlet cover | 1.00 EA | 0.53 | 4.85 | 0.18 | 1.12 | 6.68 |
| 25. R&R Outlet or switch cover | 2.00 EA | 0.53 | 2.39 | 0.09 | 1.20 | 7.13 |
| 26. R&R Ductwork - flexible - insulated - 8" round | 8.00 LF | 0.64 | 9.04 | 2.16 | 15.92 | 95.52 |
| 27. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 28. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 29. Batt insulation - 10" - R30 - unfaced batt | 86.61 SF | 0.00 | 1.30 | 6.50 | 23.82 | 142.91 |
| 30. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 31. 5/8" drywall - hung, taped, ready for texture | 360.52 SF | 0.00 | 1.56 | 17.85 | 116.06 | 696.32 |
| 32. Texture drywall - machine | 360.52 SF | 0.00 | 0.33 | 1.19 | 24.04 | 144.20 |
| Totals: Kitchen | | | | 236.58 | 1,380.48 | 8,282.47 |

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



| Entry/Foyer | | | | | | Height: 8' |

| | | | | | | |
| 109.91 SF Walls | | | | 25.66 SF Ceiling | | |
| 135.57 SF Walls & Ceiling | | | | 25.66 SF Floor | | |
| 2.85 SY Flooring | | | | 12.41 LF Floor Perimeter | | |
| 20.41 LF Ceil. Perimeter | | | | | | |

| **Missing Wall - Goes to Floor** | 4' X 6' 8" | **Opens into LIVING_ROOM** |
| **Missing Wall - Goes to Floor** | 4' X 6' 8" | **Opens into KITCHEN** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33.  Clean stud wall - Heavy | 109.91 SF | 0.00 | 1.06 | 0.18 | 23.34 | 140.02 |
| 34.  Seal stud wall for odor control (shellac) | 109.91 SF | 0.00 | 0.73 | 2.27 | 16.50 | 99.00 |
| 35.  R&R Sheathing - OSB - 3/4" - tongue and groove | 25.66 SF | 1.16 | 1.88 | 1.63 | 15.92 | 95.56 |
| 36.  R&R Breaker panel - 150 amp w/arc fault breakers | 1.00 EA | 127.51 | 1,473.39 | 71.82 | 334.54 | 2,007.26 |
| 37.  Rewire - average residence - copper wiring | 25.66 SF | 0.00 | 2.83 | 0.66 | 14.66 | 87.94 |
| 38.  R&R Outlet - High grade | 1.00 EA | 4.32 | 17.17 | 0.52 | 4.40 | 26.41 |
| 39.  R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 40.  R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 41.  R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 42.  Batt insulation - 10" - R30 - unfaced batt | 25.66 SF | 0.00 | 1.30 | 1.93 | 7.06 | 42.35 |
| 43.  Batt insulation - 4" - R13 - unfaced batt | 109.91 SF | 0.00 | 0.71 | 4.08 | 16.42 | 98.54 |
| 44.  5/8" drywall - hung, taped, ready for texture | 135.57 SF | 0.00 | 1.56 | 6.71 | 43.64 | 261.84 |
| 45.  Texture drywall - machine | 135.57 SF | 0.00 | 0.33 | 0.45 | 9.04 | 54.23 |
| 46.  Exterior door - metal - insulated / wood - High grade | 1.00 EA | 0.00 | 479.54 | 28.86 | 101.68 | 610.08 |
| 47.  Door lockset & deadbolt - exterior | 1.00 EA | 0.00 | 85.64 | 5.00 | 18.12 | 108.76 |

| Totals:  Entry/Foyer | | | | 131.93 | 664.34 | 3,986.07 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



**Closet** Height: 8'

| 105.33 SF Walls | 9.38 SF Ceiling |
| 114.71 SF Walls & Ceiling | 9.38 SF Floor |
| 1.04 SY Flooring | 13.17 LF Floor Perimeter |
| 13.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 48. Clean stud wall - Heavy | 105.33 SF | 0.00 | 1.06 | 0.17 | 22.38 | 134.20 |
| 49. Seal stud wall for odor control (shellac) | 105.33 SF | 0.00 | 0.73 | 2.17 | 15.82 | 94.88 |
| 50. R&R Sheathing - OSB - 3/4" - tongue and groove | 9.38 SF | 1.16 | 1.88 | 0.60 | 5.82 | 34.93 |
| 51. Batt insulation - 10" - R30 - unfaced batt | 9.38 SF | 0.00 | 1.30 | 0.70 | 2.58 | 15.47 |
| 52. 5/8" drywall - hung, taped, ready for texture | 114.71 SF | 0.00 | 1.56 | 5.68 | 36.94 | 221.57 |
| 53. Texture drywall - machine | 114.71 SF | 0.00 | 0.33 | 0.38 | 7.66 | 45.89 |
| 54. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

| Totals: Closet | | | | 18.19 | 122.64 | 735.54 |



**Laundry Room** Height: 8'

| 101.33 SF Walls | 8.25 SF Ceiling |
| 109.58 SF Walls & Ceiling | 8.25 SF Floor |
| 0.92 SY Flooring | 12.67 LF Floor Perimeter |
| 12.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 55. Clean stud wall - Heavy | 101.33 SF | 0.00 | 1.06 | 0.17 | 21.52 | 129.10 |
| 56. Seal stud wall for odor control (shellac) | 101.33 SF | 0.00 | 0.73 | 2.09 | 15.22 | 91.28 |
| 57. R&R Sheathing - OSB - 3/4" - tongue and groove | 8.25 SF | 1.16 | 1.88 | 0.52 | 5.12 | 30.72 |
| 58. Rewire - average residence - copper wiring | 8.25 SF | 0.00 | 2.83 | 0.21 | 4.72 | 28.28 |
| 59. Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |
| 60. R&R Outlet - High grade | 4.00 EA | 4.32 | 17.17 | 2.08 | 17.62 | 105.66 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 61. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 62. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 2.00 EA | 3.88 | 34.46 | 3.69 | 16.08 | 96.45 |
| 63. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 64. R&R 220 volt outlet | 1.00 EA | 4.32 | 25.97 | 0.65 | 6.20 | 37.14 |
| 65. 220 volt outlet cover | 1.00 EA | 0.00 | 4.85 | 0.18 | 1.02 | 6.05 |
| 66. Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 67. Batt insulation - 10" - R30 - unfaced batt | 8.25 SF | 0.00 | 1.30 | 0.62 | 2.26 | 13.61 |
| 68. Texture drywall - machine | 109.58 SF | 0.00 | 0.33 | 0.36 | 7.32 | 43.84 |
| 69. 5/8" drywall - hung, taped, ready for texture | 109.58 SF | 0.00 | 1.56 | 5.42 | 35.26 | 211.62 |
| 70. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |
| Totals: Laundry Room | | | | 43.46 | 476.94 | 2,861.29 |



**Bathroom**          Height: 8'

252.00 SF Walls      54.22 SF Ceiling
306.22 SF Walls & Ceiling      54.22 SF Floor
6.02 SY Flooring      31.50 LF Floor Perimeter
31.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 71. Clean stud wall - Heavy | 252.00 SF | 0.00 | 1.06 | 0.42 | 53.50 | 321.04 |
| 72. Seal stud wall for odor control (shellac) | 252.00 SF | 0.00 | 0.73 | 5.20 | 37.84 | 227.00 |
| 73. R&R Sheathing - OSB - 3/4" - tongue and groove | 54.22 SF | 1.16 | 1.88 | 3.44 | 33.64 | 201.91 |
| 74. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 75. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |
| 76. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 77. R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |

GRENNWOOD_COMMONS          11/28/2016      Page: 6

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 78. Rewire - average residence - copper wiring | 306.22 SF | 0.00 | 2.83 | 7.83 | 174.88 | 1,049.31 |
| 79. Rough in plumbing - per fixture | 3.00 EA | 0.00 | 646.56 | 19.37 | 391.82 | 2,350.87 |
| 80. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |
| 81. Light bar - 3 lights | 2.00 EA | 0.00 | 69.42 | 4.77 | 28.72 | 172.33 |
| 82. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 83. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 84. Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 85. Ductwork - flexible - insulated - 8" round | 3.00 LF | 0.00 | 9.04 | 0.81 | 5.58 | 33.51 |
| 86. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.15 | 23.90 | 0.74 | 5.36 | 32.15 |
| 87. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 88. R&R Batt insulation - 10" - R30 - unfaced batt | 54.22 SF | 0.31 | 1.30 | 4.07 | 18.28 | 109.65 |
| 89. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 90. 5/8" drywall - hung, taped, ready for texture | 306.22 SF | 0.00 | 1.56 | 15.16 | 98.58 | 591.44 |
| 91. Texture drywall - machine | 306.22 SF | 0.00 | 0.33 | 1.01 | 20.42 | 122.48 |
| 92. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

| Totals: Bathroom | | | | 214.47 | 1,434.48 | 8,606.82 |
|---|---|---|---|---|---|---|



| Hallway | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

161.87 SF Walls        39.59 SF Ceiling
201.45 SF Walls & Ceiling        39.59 SF Floor
4.40 SY Flooring        20.23 LF Floor Perimeter
20.23 LF Ceil. Perimeter

**Missing Wall**      **4' 13/16" X 8'**      Opens into LIVING_ROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 93. Clean stud wall - Heavy | 161.87 SF | 0.00 | 1.06 | 0.27 | 34.38 | 206.23 |
| 94. Seal stud wall for odor control (shellac) | 161.87 SF | 0.00 | 0.73 | 3.34 | 24.30 | 145.81 |

GRENNWOOD_COMMONS        11/28/2016      Page: 7

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 95. R&R Sheathing - OSB - 3/4" - tongue and groove | 39.59 SF | 1.16 | 1.88 | 2.51 | 24.56 | 147.42 |
| 96. Rewire - average residence - copper wiring | 39.59 SF | 0.00 | 2.83 | 1.01 | 22.60 | 135.65 |
| 97. R&R Outlet - High grade | 2.00 EA | 4.32 | 17.17 | 1.04 | 8.78 | 52.80 |
| 98. R&R Recessed light fixture | 1.00 EA | 9.56 | 106.59 | 2.93 | 23.82 | 142.90 |
| 99. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 100. R&R Outlet or switch cover | 3.00 EA | 0.53 | 2.39 | 0.14 | 1.78 | 10.68 |
| 101. Batt insulation - 10" - R30 - unfaced batt | 39.59 SF | 0.00 | 1.30 | 2.97 | 10.90 | 65.34 |
| 102. 5/8" drywall - hung, taped, ready for texture | 201.45 SF | 0.00 | 1.56 | 9.97 | 64.86 | 389.09 |
| 103. Texture drywall - machine | 201.45 SF | 0.00 | 0.33 | 0.66 | 13.44 | 80.58 |

| Totals: Hallway | | | | 24.96 | 232.76 | 1,396.56 |
|---|---|---|---|---|---|---|



**Master Bedroom**                                                            **Height: 8'**

403.28  SF Walls                          163.35  SF Ceiling
566.63  SF Walls & Ceiling                163.35  SF Floor
18.15  SY Flooring                        50.41  LF Floor Perimeter
50.41  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 104. Clean stud wall - Heavy | 403.28 SF | 0.00 | 1.06 | 0.67 | 85.64 | 513.79 |
| 105. Seal stud wall for odor control (shellac) | 403.28 SF | 0.00 | 0.73 | 8.32 | 60.54 | 363.25 |
| 106. R&R Sheathing - OSB - 3/4" - tongue and groove | 163.35 SF | 1.16 | 1.88 | 10.38 | 101.40 | 608.37 |
| 107. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 108. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 188.70 SF | 0.59 | 5.94 | 74.10 | 261.26 | 1,567.57 |
| 109. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 110. Rewire - average residence - copper wiring | 163.35 SF | 0.00 | 2.83 | 4.18 | 93.30 | 559.76 |
| 111. Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |

GRENNWOOD_COMMONS                                    11/28/2016          Page: 8



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Master Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 112. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |
| 113. Light bar - 3 lights | 2.00 EA | 0.00 | 69.42 | 4.77 | 28.72 | 172.33 |
| 114. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 115. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 116. Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 117. R&R Ductwork - flexible - insulated - 8" round | 10.00 LF | 0.64 | 9.04 | 2.70 | 19.90 | 119.40 |
| 118. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 119. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 120. Batt insulation - 10" - R30 - unfaced batt | 163.35 SF | 0.00 | 1.30 | 12.26 | 44.94 | 269.56 |
| 121. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 122. 5/8" drywall - hung, taped, ready for texture | 566.63 SF | 0.00 | 1.56 | 28.05 | 182.40 | 1,094.39 |
| 123. Texture drywall - machine | 566.63 SF | 0.00 | 0.33 | 1.87 | 37.78 | 226.64 |
| 124. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

Totals: Master Bedroom | | | | 191.20 | 1,339.26 | 8,035.36

**Master Closet**                                                      **Height: 8'**

178.11 SF Walls                    18.85 SF Ceiling
196.96 SF Walls & Ceiling          18.85 SF Floor
2.09 SY Flooring                   22.26 LF Floor Perimeter
22.26 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 125. Clean stud wall - Heavy | 178.11 SF | 0.00 | 1.06 | 0.29 | 37.82 | 226.91 |
| 126. Seal stud wall for odor control (shellac) | 178.11 SF | 0.00 | 0.73 | 3.67 | 26.74 | 160.43 |
| 127. R&R Sheathing - OSB - 3/4" - tongue and groove | 18.85 SF | 1.16 | 1.88 | 1.20 | 11.70 | 70.21 |
| 128. Rewire - average residence - copper wiring | 18.85 SF | 0.00 | 2.83 | 0.48 | 10.78 | 64.61 |

GRENNWOOD_COMMONS                          11/28/2016        Page: 9

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Master Closet**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 129. R&R Recessed light fixture | 1.00 EA | 9.56 | 106.59 | 2.93 | 23.82 | 142.90 |
| 130. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 131. Batt insulation - 10" - R30 - unfaced batt | 18.85 SF | 0.00 | 1.30 | 1.41 | 5.18 | 31.10 |
| 132. 5/8" drywall - hung, taped, ready for texture | 196.96 SF | 0.00 | 1.56 | 9.75 | 63.42 | 380.43 |
| 133. Texture drywall - machine | 196.96 SF | 0.00 | 0.33 | 0.65 | 13.14 | 78.79 |
| 134. Bifold door set - Colonist - Double | 1.00 EA | 0.00 | 187.74 | 8.41 | 39.22 | 235.37 |
| Totals: Master Closet | | | | 28.91 | 235.16 | 1,410.81 |

**Bedroom Closet**                          **Height: 8'**

139.62 SF Walls            14.03 SF Ceiling
153.65 SF Walls & Ceiling      14.03 SF Floor
1.56 SY Flooring           17.45 LF Floor Perimeter
17.45 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 135. Clean stud wall - Heavy | 139.62 SF | 0.00 | 1.06 | 0.23 | 29.64 | 177.87 |
| 136. Seal stud wall for odor control (shellac) | 139.62 SF | 0.00 | 0.73 | 2.88 | 20.96 | 125.76 |
| 137. Soda blasting - Extra heavy | 139.62 SF | 0.00 | 3.02 | 7.37 | 85.82 | 514.84 |
| 138. R&R Sheathing - OSB - 3/4" - tongue and groove | 14.03 SF | 1.16 | 1.88 | 0.89 | 8.72 | 52.26 |
| 139. Rewire - average residence - copper wiring | 153.65 SF | 0.00 | 2.83 | 3.93 | 87.74 | 526.50 |
| 140. R&R Outlet - High grade | 2.00 EA | 4.32 | 17.17 | 1.04 | 8.78 | 52.80 |
| 141. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 142. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 143. Batt insulation - 10" - R30 - unfaced batt | 14.03 SF | 0.00 | 1.30 | 1.05 | 3.86 | 23.15 |
| 144. 5/8" drywall - hung, taped, ready for texture | 153.65 SF | 0.00 | 1.56 | 7.61 | 49.46 | 296.76 |
| 145. Texture drywall - machine | 153.65 SF | 0.00 | 0.33 | 0.51 | 10.24 | 61.45 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom Closet

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 146. Bifold door set - Colonist - Double | 1.00 EA | 0.00 | 187.74 | 8.41 | 39.22 | 235.37 |
| Totals: Bedroom Closet | | | | 39.90 | 395.42 | 2,372.62 |



**Linen Closet**                     **Height: 8'**

| | | |
|---|---|---|
| 67.83 SF Walls | 4.49 SF Ceiling | |
| 72.33 SF Walls & Ceiling | 4.49 SF Floor | |
| 0.50 SY Flooring | 8.48 LF Floor Perimeter | |
| 8.48 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 147. Clean stud wall - Heavy | 67.83 SF | 0.00 | 1.06 | 0.11 | 14.40 | 86.41 |
| 148. Seal stud wall for odor control (shellac) | 67.83 SF | 0.00 | 0.73 | 1.40 | 10.18 | 61.10 |
| 149. R&R Sheathing - OSB - 3/4" - tongue and groove | 4.49 SF | 1.16 | 1.88 | 0.29 | 2.78 | 16.72 |
| 150. Batt insulation - 10" - R30 - unfaced batt | 4.49 SF | 0.00 | 1.30 | 0.34 | 1.22 | 7.40 |
| 151. 5/8" drywall - hung, taped, ready for texture | 72.33 SF | 0.00 | 1.56 | 3.58 | 23.28 | 139.69 |
| 152. Texture drywall - machine | 72.33 SF | 0.00 | 0.33 | 0.24 | 4.82 | 28.93 |
| 153. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |
| Totals: Linen Closet | | | | 14.45 | 88.12 | 528.85 |



**Bedroom**                     **Height: 8'**

| | | |
|---|---|---|
| 374.50 SF Walls | 136.41 SF Ceiling | |
| 510.92 SF Walls & Ceiling | 136.41 SF Floor | |
| 15.16 SY Flooring | 46.81 LF Floor Perimeter | |
| 46.81 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 154. Clean stud wall - Heavy | 374.50 SF | 0.00 | 1.06 | 0.62 | 79.52 | 477.11 |

GRENNWOOD_COMMONS            11/28/2016       Page: 11

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 155. Seal stud wall for odor control (shellac) | 374.50 SF | 0.00 | 0.73 | 7.72 | 56.22 | 337.33 |
| 156. R&R Sheathing - OSB - 3/4" - tongue and groove | 136.41 SF | 1.16 | 1.88 | 8.67 | 84.68 | 508.04 |
| 157. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 158. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |
| 159. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 160. R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |
| 161. Rewire - average residence - copper wiring | 510.92 SF | 0.00 | 2.83 | 13.07 | 291.80 | 1,750.77 |
| 162. Outlet - High grade | 2.00 EA | 0.00 | 17.17 | 1.04 | 7.06 | 42.44 |
| 163. Ceiling fan without light | 1.00 EA | 0.00 | 208.39 | 7.22 | 43.12 | 258.73 |
| 164. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 165. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 166. Outlet or switch cover | 4.00 EA | 0.00 | 2.39 | 0.19 | 1.96 | 11.71 |
| 167. R&R Ductwork - flexible - insulated - 8" round | 6.00 LF | 0.64 | 9.04 | 1.62 | 11.92 | 71.62 |
| 168. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 169. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 170. Batt insulation - 10" - R30 - unfaced batt | 136.41 SF | 0.00 | 1.30 | 10.24 | 37.50 | 225.07 |
| 171. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 172. 5/8" drywall - hung, taped, ready for texture | 510.92 SF | 0.00 | 1.56 | 25.29 | 164.46 | 986.79 |
| 173. Texture drywall - machine | 510.92 SF | 0.00 | 0.33 | 1.69 | 34.06 | 204.35 |
| 174. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |
| Totals: Bedroom | | | | 229.15 | 1,378.56 | 8,271.57 |

GRENNWOOD_COMMONS

EXHIBIT D

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



| Living Room | | | | Height: 8' |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 418.67 SF Walls | | 228.17 SF Ceiling | |
| 646.83 SF Walls & Ceiling | | 228.17 SF Floor | |
| 25.35 SY Flooring | | 51.67 LF Floor Perimeter | |
| 55.67 LF Ceil. Perimeter | | | |

| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into ENTRY_FOYER |
|---|---|---|
| Missing Wall | 4' 1/16" X 8' | Opens into HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 175. Clean stud wall - Heavy | 418.67 SF | 0.00 | 1.06 | 0.69 | 88.90 | 533.38 |
| 176. Seal stud wall for odor control (shellac) | 418.67 SF | 0.00 | 0.73 | 8.64 | 62.84 | 377.11 |
| 177. R&R Sheathing - OSB - 3/4" - tongue and groove | 228.17 SF | 1.16 | 1.88 | 14.49 | 141.64 | 849.77 |
| 178. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 179. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 418.67 SF | 0.59 | 5.94 | 164.41 | 579.66 | 3,477.99 |
| 180. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 181. R&R Wood window - double hung, 20-28 sf, High grade | 1.00 EA | 35.91 | 919.69 | 66.24 | 204.36 | 1,226.20 |
| 182. Rewire - average residence - copper wiring | 279.00 SF | 0.00 | 2.83 | 7.14 | 159.34 | 956.05 |
| 183. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |
| 184. Ceiling fan without light | 1.00 EA | 0.00 | 208.39 | 7.22 | 43.12 | 258.73 |
| 185. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 186. Outlet or switch cover | 4.00 EA | 0.00 | 2.39 | 0.19 | 1.96 | 11.71 |
| 187. R&R Ductwork - flexible - insulated - 8" round | 10.00 LF | 0.64 | 9.04 | 2.70 | 19.90 | 119.40 |
| 188. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 189. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 190. Batt insulation - 10" - R30 - unfaced batt | 228.17 SF | 0.00 | 1.30 | 17.13 | 62.74 | 376.49 |
| 191. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 192. 5/8" drywall - hung, taped, ready for texture | 646.83 SF | 0.00 | 1.56 | 32.02 | 208.22 | 1,249.29 |
| 193. Texture drywall - machine | 646.83 SF | 0.00 | 0.33 | 2.13 | 43.12 | 258.70 |

GRENNWOOD_COMMONS

11/28/2016          Page: 13

**EXHIBIT D**



## American Technologies, Inc.

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Living Room | | | | 343.57 | 1,737.52 | 10,425.22 |
| Total: UNIT A | | | | 1,516.77 | 9,485.68 | 56,913.18 |
| Total: SKETCH1 | | | | 1,516.77 | 9,485.68 | 56,913.18 |

**SKETCH2**

**UNIT B**



**Bathroom1**     **Height: 8'**

252.00 SF Walls     54.22 SF Ceiling
306.22 SF Walls & Ceiling     54.22 SF Floor
6.02 SY Flooring     31.50 LF Floor Perimeter
31.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 194. R&R Batt insulation - 10" - R30 - unfaced batt | 54.22 SF | 0.31 | 1.30 | 4.07 | 18.28 | 109.65 |
| 195. R&R 5/8" drywall - hung, taped, ready for texture | 54.22 SF | 0.36 | 1.56 | 2.68 | 21.36 | 128.14 |
| 196. Texture drywall - machine | 54.22 SF | 0.00 | 0.33 | 0.18 | 3.62 | 21.69 |
| 197. Clean the walls - Heavy | 252.00 SF | 0.00 | 0.44 | 0.21 | 22.22 | 133.31 |
| 198. Clean floor or roof joist system - Heavy | 54.22 SF | 0.00 | 2.42 | 0.09 | 26.26 | 157.56 |
| 199. Seal stud wall for odor control (shellac) | 54.22 SF | 0.00 | 0.73 | 1.12 | 8.14 | 48.84 |
| 200. Seal floor or ceiling joist system (shellac) | 54.22 SF | 0.00 | 0.97 | 1.30 | 10.78 | 64.67 |
| Totals: Bathroom1 | | | | 9.65 | 110.66 | 663.86 |

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



**Master Clos1**                                                                 Height: 8'

|                          |                          |
|--------------------------|--------------------------|
| 178.11  SF Walls         | 18.85  SF Ceiling        |
| 196.96  SF Walls & Ceiling | 18.85  SF Floor        |
| 2.09  SY Flooring        | 22.26  LF Floor Perimeter |
| 22.26  LF Ceil. Perimeter |                         |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|-------------|-----|--------|---------|-----|-----|-------|
| 201.  R&R Batt insulation - 10" - R30 - unfaced batt | 18.85 SF | 0.31 | 1.30 | 1.41 | 6.34 | 38.10 |
| 202.  R&R 5/8" drywall - hung, taped, ready for texture | 18.85 SF | 0.36 | 1.56 | 0.93 | 7.42 | 44.55 |
| 203.  Texture drywall - machine | 18.85 SF | 0.00 | 0.33 | 0.06 | 1.26 | 7.54 |
| 204.  Clean the walls - Heavy | 178.11 SF | 0.00 | 0.44 | 0.15 | 15.72 | 94.24 |
| 205.  Clean floor or roof joist system - Heavy | 18.85 SF | 0.00 | 2.42 | 0.03 | 9.12 | 54.77 |
| 206.  Seal stud wall for odor control (shellac) | 18.85 SF | 0.00 | 0.73 | 0.39 | 2.84 | 16.99 |
| 207.  Seal floor or ceiling joist system (shellac) | 18.85 SF | 0.00 | 0.97 | 0.45 | 3.76 | 22.49 |

| Totals:  Master Clos1 | | | | 3.42 | 46.46 | 278.68 |



**Bedroom Clo1**                                                                 Height: 8'

|                          |                          |
|--------------------------|--------------------------|
| 139.62  SF Walls         | 14.03  SF Ceiling        |
| 153.65  SF Walls & Ceiling | 14.03  SF Floor        |
| 1.56  SY Flooring        | 17.45  LF Floor Perimeter |
| 17.45  LF Ceil. Perimeter |                         |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|-------------|-----|--------|---------|-----|-----|-------|
| 208.  R&R Batt insulation - 10" - R30 - unfaced batt | 14.03 SF | 0.31 | 1.30 | 1.05 | 4.74 | 28.38 |
| 209.  R&R 5/8" drywall - hung, taped, ready for texture | 14.03 SF | 0.36 | 1.56 | 0.69 | 5.54 | 33.17 |
| 210.  Texture drywall - machine | 14.03 SF | 0.00 | 0.33 | 0.05 | 0.94 | 5.62 |
| 211.  Clean the walls - Heavy | 139.62 SF | 0.00 | 0.44 | 0.12 | 12.30 | 73.85 |
| 212.  Clean floor or roof joist system - Heavy | 14.03 SF | 0.00 | 2.42 | 0.02 | 6.80 | 40.77 |

GRENNWOOD_COMMONS                                          11/28/2016          Page: 15



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom Clo1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 213. Seal stud wall for odor control (shellac) | 14.03 SF | 0.00 | 0.73 | 0.29 | 2.10 | 12.63 |
| 214. Seal floor or ceiling joist system (shellac) | 14.03 SF | 0.00 | 0.97 | 0.34 | 2.78 | 16.73 |
| Totals: Bedroom Clo1 | | | | 2.56 | 35.20 | 211.15 |



**Hallway1**                                                                  **Height: 8'**

| | |
|---|---|
| 161.87 SF Walls | 39.59 SF Ceiling |
| 201.45 SF Walls & Ceiling | 39.59 SF Floor |
| 4.40 SY Flooring | 20.23 LF Floor Perimeter |
| 20.23 LF Ceil. Perimeter | |

**Missing Wall**          4' 13/16" X 8'          Opens into LIVING_ROOM1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 215. R&R Batt insulation - 10" - R30 - unfaced batt | 39.59 SF | 0.31 | 1.30 | 2.97 | 13.36 | 80.07 |
| 216. R&R 5/8" drywall - hung, taped, ready for texture | 39.59 SF | 0.36 | 1.56 | 1.96 | 15.62 | 93.59 |
| 217. Texture drywall - machine | 39.59 SF | 0.00 | 0.33 | 0.13 | 2.64 | 15.83 |
| 218. Clean the walls - Heavy | 161.87 SF | 0.00 | 0.44 | 0.13 | 14.26 | 85.61 |
| 219. Clean floor or roof joist system - Heavy | 39.59 SF | 0.00 | 2.42 | 0.07 | 19.18 | 115.06 |
| 220. Seal stud wall for odor control (shellac) | 39.59 SF | 0.00 | 0.73 | 0.82 | 5.94 | 35.66 |
| 221. Seal floor or ceiling joist system (shellac) | 39.59 SF | 0.00 | 0.97 | 0.95 | 7.88 | 47.23 |
| Totals: Hallway1 | | | | 7.03 | 78.88 | 473.05 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



| Linen Close1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 67.83 SF Walls | | 4.49 SF Ceiling | |
| 72.33 SF Walls & Ceiling | | 4.49 SF Floor | |
| 0.50 SY Flooring | | 8.48 LF Floor Perimeter | |
| 8.48 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 222. R&R Batt insulation - 10" - R30 - unfaced batt | 4.49 SF | 0.31 | 1.30 | 0.34 | 1.50 | 9.07 |
| 223. R&R 5/8" drywall - hung, taped, ready for texture | 4.49 SF | 0.36 | 1.56 | 0.22 | 1.76 | 10.60 |
| 224. Texture drywall - machine | 4.49 SF | 0.00 | 0.33 | 0.01 | 0.30 | 1.79 |
| 225. Clean the walls - Heavy | 67.83 SF | 0.00 | 0.44 | 0.06 | 6.00 | 35.91 |
| 226. Clean floor or roof joist system - Heavy | 4.49 SF | 0.00 | 2.42 | 0.01 | 2.18 | 13.06 |
| 227. Seal stud wall for odor control (shellac) | 4.49 SF | 0.00 | 0.73 | 0.09 | 0.68 | 4.05 |
| 228. Seal floor or ceiling joist system (shellac) | 4.49 SF | 0.00 | 0.97 | 0.11 | 0.90 | 5.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Linen Close1 | | | | 0.84 | 13.32 | 79.85 |



| Laundry Roo1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 101.33 SF Walls | | 8.25 SF Ceiling | |
| 109.58 SF Walls & Ceiling | | 8.25 SF Floor | |
| 0.92 SY Flooring | | 12.67 LF Floor Perimeter | |
| 12.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 229. R&R Batt insulation - 10" - R30 - unfaced batt | 8.25 SF | 0.31 | 1.30 | 0.62 | 2.78 | 16.69 |
| 230. R&R 5/8" drywall - hung, taped, ready for texture | 8.25 SF | 0.36 | 1.56 | 0.41 | 3.26 | 19.51 |
| 231. Texture drywall - machine | 8.25 SF | 0.00 | 0.33 | 0.03 | 0.54 | 3.29 |
| 232. Clean the walls - Heavy | 101.33 SF | 0.00 | 0.44 | 0.08 | 8.94 | 53.61 |
| 233. Clean floor or roof joist system - Heavy | 8.25 SF | 0.00 | 2.42 | 0.01 | 4.00 | 23.98 |

GRENNWOOD_COMMONS

11/28/2016          Page: 17

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Laundry Roo1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 234. Seal stud wall for odor control (shellac) | 8.25 SF | 0.00 | 0.73 | 0.17 | 1.24 | 7.43 |
| 235. Seal floor or ceiling joist system (shellac) | 8.25 SF | 0.00 | 0.97 | 0.20 | 1.64 | 9.84 |
| Totals: Laundry Roo1 | | | | 1.52 | 22.40 | 134.35 |



**Master Bedr1**                                                        Height: 8'

403.28 SF Walls          163.35 SF Ceiling
566.63 SF Walls & Ceiling    163.35 SF Floor
18.15 SY Flooring          50.41 LF Floor Perimeter
50.41 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 236. Batt insulation - 10" - R30 - unfaced batt | 163.35 SF | 0.00 | 1.30 | 12.26 | 44.94 | 269.56 |
| 237. R&R 5/8" drywall - hung, taped, ready for texture | 163.35 SF | 0.36 | 1.56 | 8.09 | 64.34 | 386.07 |
| 238. Texture drywall - machine | 566.63 SF | 0.00 | 0.33 | 1.87 | 37.78 | 226.64 |
| 239. Clean stud wall - Heavy | 403.28 SF | 0.00 | 1.06 | 0.67 | 85.64 | 513.79 |
| 240. Seal stud wall for odor control (shellac) | 403.28 SF | 0.00 | 0.73 | 8.32 | 60.54 | 363.25 |
| Totals: Master Bedr1 | | | | 31.21 | 293.24 | 1,759.31 |



**Bedroom1**                                                          Height: 8'

374.50 SF Walls          136.41 SF Ceiling
510.92 SF Walls & Ceiling    136.41 SF Floor
15.16 SY Flooring          46.81 LF Floor Perimeter
46.81 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 241. Batt insulation - 10" - R30 - unfaced batt | 136.41 SF | 0.00 | 1.30 | 10.24 | 37.50 | 225.07 |

GRENNWOOD_COMMONS                                    11/28/2016        Page: 18

### EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## CONTINUED - Bedroom1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 242. R&R 5/8" drywall - hung, taped, ready for texture | 136.41 SF | 0.36 | 1.56 | 6.75 | 53.74 | 322.40 |
| 243. Texture drywall - machine | 510.92 SF | 0.00 | 0.33 | 1.69 | 34.06 | 204.35 |
| 244. Clean stud wall - Heavy | 374.50 SF | 0.00 | 1.06 | 0.62 | 79.52 | 477.11 |
| 245. Seal stud wall for odor control (shellac) | 374.50 SF | 0.00 | 0.73 | 7.72 | 56.22 | 337.33 |
| Totals: Bedroom1 | | | | 27.02 | 261.04 | 1,566.26 |



**Closet1**                                                                   **Height: 8'**

| | |
|---|---|
| 105.33 SF Walls | 9.38 SF Ceiling |
| 114.71 SF Walls & Ceiling | 9.38 SF Floor |
| 1.04 SY Flooring | 13.17 LF Floor Perimeter |
| 13.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 246. Batt insulation - 10" - R30 - unfaced batt | 9.38 SF | 0.00 | 1.30 | 0.70 | 2.58 | 15.47 |
| 247. R&R 5/8" drywall - hung, taped, ready for texture | 9.38 SF | 0.36 | 1.56 | 0.46 | 3.70 | 22.17 |
| 248. Texture drywall - machine | 114.71 SF | 0.00 | 0.33 | 0.38 | 7.66 | 45.89 |
| 249. Clean stud wall - Heavy | 105.33 SF | 0.00 | 1.06 | 0.17 | 22.38 | 134.20 |
| 250. Seal stud wall for odor control (shellac) | 105.33 SF | 0.00 | 0.73 | 2.17 | 15.82 | 94.88 |
| Totals: Closet1 | | | | 3.88 | 52.14 | 312.61 |

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



**Entry/Foyer1**                                                                  **Height: 8'**

| | |
|---|---|
| 109.91  SF Walls | 25.66  SF Ceiling |
| 135.57  SF Walls & Ceiling | 25.66  SF Floor |
| 2.85  SY Flooring | 12.41  LF Floor Perimeter |
| 20.41  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into LIVING_ROOM1** |
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into KITCHEN1** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 251.  Batt insulation - 10" - R30 - unfaced batt | 25.66 SF | 0.00 | 1.30 | 1.93 | 7.06 | 42.35 |
| 252.  R&R 5/8" drywall - hung, taped, ready for texture | 25.66 SF | 0.36 | 1.56 | 1.27 | 10.10 | 60.64 |
| 253.  Texture drywall - machine | 135.57 SF | 0.00 | 0.33 | 0.45 | 9.04 | 54.23 |
| 254.  Clean stud wall - Heavy | 109.91 SF | 0.00 | 1.06 | 0.18 | 23.34 | 140.02 |
| 255.  Seal stud wall for odor control (shellac) | 109.91 SF | 0.00 | 0.73 | 2.27 | 16.50 | 99.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Entry/Foyer1 | | | | 6.10 | 66.04 | 396.24 |



**Kitchen1**                                                                  **Height: 8'**

| | |
|---|---|
| 273.91  SF Walls | 86.61  SF Ceiling |
| 360.52  SF Walls & Ceiling | 86.61  SF Floor |
| 9.62  SY Flooring | 33.57  LF Floor Perimeter |
| 37.57  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into ENTRY_FOYER1** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 256.  Batt insulation - 10" - R30 - unfaced batt | 86.61 SF | 0.00 | 1.30 | 6.50 | 23.82 | 142.91 |
| 257.  R&R 5/8" drywall - hung, taped, ready for texture | 86.61 SF | 0.36 | 1.56 | 4.29 | 34.12 | 204.70 |
| 258.  Texture drywall - machine | 360.52 SF | 0.00 | 0.33 | 1.19 | 24.04 | 144.20 |
| 259.  Clean stud wall - Heavy | 273.91 SF | 0.00 | 1.06 | 0.45 | 58.16 | 348.95 |
| 260.  Seal stud wall for odor control (shellac) | 273.91 SF | 0.00 | 0.73 | 5.65 | 41.14 | 246.74 |

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Kitchen1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Kitchen1 | | | | 18.08 | 181.28 | 1,087.50 |



**Living Room1**                                                                 **Height: 8'**

| | | |
|---|---|---|
| 418.67 SF Walls | | 228.17 SF Ceiling |
| 646.83 SF Walls & Ceiling | | 228.17 SF Floor |
| 25.35 SY Flooring | | 51.67 LF Floor Perimeter |
| 55.67 LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into ENTRY_FOYER1** |
|---|---|---|
| **Missing Wall** | **4' 1/16" X 8'** | **Opens into HALLWAY1** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 261. Batt insulation - 10" - R30 - unfaced batt | 228.17 SF | 0.00 | 1.30 | 17.13 | 62.74 | 376.49 |
| 262. R&R 5/8" drywall - hung, taped, ready for texture | 228.17 SF | 0.36 | 1.56 | 11.29 | 89.88 | 539.26 |
| 263. Texture drywall - machine | 646.83 SF | 0.00 | 0.33 | 2.13 | 43.12 | 258.70 |
| 264. Clean stud wall - Heavy | 418.67 SF | 0.00 | 1.06 | 0.69 | 88.90 | 533.38 |
| 265. Seal stud wall for odor control (shellac) | 418.67 SF | 0.00 | 0.73 | 8.64 | 62.84 | 377.11 |
| Totals: Living Room1 | | | | 39.88 | 347.48 | 2,084.94 |



**Crawlspace**                                                                 **Height: 8'**

| | | |
|---|---|---|
| 384.00 SF Walls | | 144.00 SF Ceiling |
| 528.00 SF Walls & Ceiling | | 144.00 SF Floor |
| 16.00 SY Flooring | | 48.00 LF Floor Perimeter |
| 48.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 266. Temporary shoring post - Screw jack (per day) | 4.00 DA | 0.00 | 34.89 | 0.00 | 27.92 | 167.48 |
| 267. 2" x 12" x 16' #2 & better Fir / Larch (material only) | 4.00 EA | 0.00 | 22.67 | 7.48 | 19.64 | 117.80 |

GRENNWOOD_COMMONS                                          11/28/2016          Page: 21



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Crawlspace**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 268.  R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 24.00 LF | 1.49 | 15.90 | 10.69 | 85.62 | 513.67 |
| 269.  R&R House wrap (air/moisture barrier) | 128.00 SF | 0.04 | 0.31 | 1.58 | 9.28 | 55.66 |
| 270.  R&R Sheathing - plywood - 1/2" - treated | 128.00 SF | 0.48 | 2.32 | 11.30 | 73.94 | 443.64 |
| 271.  R&R Drape roll insulation - unfaced - R11 | 952.00 SF | 0.22 | 0.58 | 25.13 | 157.34 | 944.07 |
| 272.  R&R Polyethylene vapor barrier, seam taping & joint caulking | 834.50 SF | 0.08 | 0.40 | 8.26 | 81.78 | 490.60 |
| Totals: Crawlspace | | | | 64.44 | 455.52 | 2,732.92 |
| Total: UNIT B | | | | 215.63 | 1,963.66 | 11,780.72 |
| Total: SKETCH2 | | | | 215.63 | 1,963.66 | 11,780.72 |

**SKETCH3**

**UNIT D**



| Bathroom1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

252.00 SF Walls      54.22 SF Ceiling
306.22 SF Walls & Ceiling      54.22 SF Floor
6.02 SY Flooring      31.50 LF Floor Perimeter
31.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 273.  Clean stud wall - Heavy | 252.00 SF | 0.00 | 1.06 | 0.42 | 53.50 | 321.04 |
| 274.  Seal stud wall for odor control (shellac) | 252.00 SF | 0.00 | 0.73 | 5.20 | 37.84 | 227.00 |
| 275.  R&R Sheathing - OSB - 3/4" - tongue and groove | 54.22 SF | 1.16 | 1.88 | 3.44 | 33.64 | 201.91 |
| 276.  2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 277.  R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |
| 278.  R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 279.  R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |

GRENNWOOD_COMMONS             11/28/2016      Page: 22

EXHIBIT D

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Bathroom1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 280. Rewire - average residence - copper wiring | 306.22 SF | 0.00 | 2.83 | 7.83 | 174.88 | 1,049.31 |
| 281. Rough in plumbing - per fixture | 3.00 EA | 0.00 | 646.56 | 19.37 | 391.82 | 2,350.87 |
| 282. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |
| 283. Light bar - 3 lights | 2.00 EA | 0.00 | 69.42 | 4.77 | 28.72 | 172.33 |
| 284. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 285. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 286. Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 287. Ductwork - flexible - insulated - 8" round | 3.00 LF | 0.00 | 9.04 | 0.81 | 5.58 | 33.51 |
| 288. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.15 | 23.90 | 0.74 | 5.36 | 32.15 |
| 289. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 290. R&R Batt insulation - 10" - R30 - unfaced batt | 54.22 SF | 0.31 | 1.30 | 4.07 | 18.28 | 109.65 |
| 291. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 292. 5/8" drywall - hung, taped, ready for texture | 306.22 SF | 0.00 | 1.56 | 15.16 | 98.58 | 591.44 |
| 293. Texture drywall - machine | 306.22 SF | 0.00 | 0.33 | 1.01 | 20.42 | 122.48 |
| 294. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

| Totals: Bathroom1 | | | | 214.47 | 1,434.48 | 8,606.82 |
|---|---|---|---|---|---|---|



**Laundry Roo1**  Height: 8'

101.33 SF Walls    8.25 SF Ceiling
109.58 SF Walls & Ceiling    8.25 SF Floor
0.92 SY Flooring    12.67 LF Floor Perimeter
12.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 295. Clean stud wall - Heavy | 101.33 SF | 0.00 | 1.06 | 0.17 | 21.52 | 129.10 |
| 296. Seal stud wall for odor control (shellac) | 101.33 SF | 0.00 | 0.73 | 2.09 | 15.22 | 91.28 |

GRENNWOOD_COMMONS                    11/28/2016        Page: 23

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## CONTINUED - Laundry Roo1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 297.  R&R Sheathing - OSB - 3/4" - tongue and groove | 8.25 SF | 1.16 | 1.88 | 0.52 | 5.12 | 30.72 |
| 298.  Rewire - average residence - copper wiring | 8.25 SF | 0.00 | 2.83 | 0.21 | 4.72 | 28.28 |
| 299.  Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |
| 300.  R&R Outlet - High grade | 4.00 EA | 4.32 | 17.17 | 2.08 | 17.62 | 105.66 |
| 301.  R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 302.  R&R Ground fault interrupter (GFI) outlet - tamper resistant | 2.00 EA | 3.88 | 34.46 | 3.69 | 16.08 | 96.45 |
| 303.  R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 304.  R&R 220 volt outlet | 1.00 EA | 4.32 | 25.97 | 0.65 | 6.20 | 37.14 |
| 305.  220 volt outlet cover | 1.00 EA | 0.00 | 4.85 | 0.18 | 1.02 | 6.05 |
| 306.  Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 307.  Batt insulation - 10" - R30 - unfaced batt | 8.25 SF | 0.00 | 1.30 | 0.62 | 2.26 | 13.61 |
| 308.  Texture drywall - machine | 109.58 SF | 0.00 | 0.33 | 0.36 | 7.32 | 43.84 |
| 309.  5/8" drywall - hung, taped, ready for texture | 109.58 SF | 0.00 | 1.56 | 5.42 | 35.26 | 211.62 |
| 310.  Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Laundry Roo1 | | | | 43.46 | 476.94 | 2,861.29 |



| Closet1 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| 105.33 SF Walls | 9.38 SF Ceiling |
|---|---|
| 114.71 SF Walls & Ceiling | 9.38 SF Floor |
| 1.04 SY Flooring | 13.17 LF Floor Perimeter |
| 13.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 311.  Clean stud wall - Heavy | 105.33 SF | 0.00 | 1.06 | 0.17 | 22.38 | 134.20 |
| 312.  Seal stud wall for odor control (shellac) | 105.33 SF | 0.00 | 0.73 | 2.17 | 15.82 | 94.88 |
| 313.  R&R Sheathing - OSB - 3/4" - tongue and groove | 9.38 SF | 1.16 | 1.88 | 0.60 | 5.82 | 34.93 |
| 314.  Batt insulation - 10" - R30 - unfaced batt | 9.38 SF | 0.00 | 1.30 | 0.70 | 2.58 | 15.47 |

GRENNWOOD_COMMONS                                                     11/28/2016          Page: 24



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Closet1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 315.  5/8" drywall - hung, taped, ready for texture | 114.71 SF | 0.00 | 1.56 | 5.68 | 36.94 | 221.57 |
| 316.  Texture drywall - machine | 114.71 SF | 0.00 | 0.33 | 0.38 | 7.66 | 45.89 |
| 317.  Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |
| Totals:  Closet1 | | | | 18.19 | 122.64 | 735.54 |



**Kitchen1**                                                                      Height: 8'

| | |
|---|---|
| 273.91 SF Walls | 86.61 SF Ceiling |
| 360.52 SF Walls & Ceiling | 86.61 SF Floor |
| 9.62 SY Flooring | 33.57 LF Floor Perimeter |
| 37.57 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into ENTRY_FOYER1 |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 318.  Clean stud wall - Heavy | 273.91 SF | 0.00 | 1.06 | 0.45 | 58.16 | 348.95 |
| 319.  Seal stud wall for odor control (shellac) | 273.91 SF | 0.00 | 0.73 | 5.65 | 41.14 | 246.74 |
| 320.  R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |
| 321.  R&R Sheathing - OSB - 3/4" - tongue and groove | 86.61 SF | 1.16 | 1.88 | 5.50 | 53.76 | 322.56 |
| 322.  Temporary shoring post - Screw jack (per day) | 3.00 DA | 0.00 | 34.89 | 0.00 | 20.94 | 125.61 |
| 323.  Carpentry - General Laborer - per hour | 2.00 HR | 0.00 | 40.35 | 0.00 | 16.14 | 96.84 |
| 324.  2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 325.  R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |
| 326.  R&R Structural insulated panel (SIP) - Walls - 6 3/8" | 76.00 SF | 0.59 | 6.39 | 32.67 | 112.62 | 675.77 |
| 327.  R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 10.00 LF | 1.49 | 15.90 | 4.46 | 35.68 | 214.04 |
| 328.  Rewire - average residence - copper wiring | 86.61 SF | 0.00 | 2.83 | 2.22 | 49.46 | 296.79 |
| 329.  Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |
| 330.  R&R Outlet - High grade | 4.00 EA | 4.32 | 17.17 | 2.08 | 17.62 | 105.66 |

GRENNWOOD_COMMONS                                        11/28/2016          Page: 25



## American Technologies, Inc.

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Kitchen1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 331. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 332. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 333. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 334. R&R 220 volt outlet | 1.00 EA | 4.32 | 25.97 | 0.65 | 6.20 | 37.14 |
| 335. R&R 220 volt outlet cover | 1.00 EA | 0.53 | 4.85 | 0.18 | 1.12 | 6.68 |
| 336. R&R Outlet or switch cover | 2.00 EA | 0.53 | 2.39 | 0.09 | 1.20 | 7.13 |
| 337. R&R Ductwork - flexible - insulated - 8" round | 8.00 LF | 0.64 | 9.04 | 2.16 | 15.92 | 95.52 |
| 338. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 339. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 340. Batt insulation - 10" - R30 - unfaced batt | 86.61 SF | 0.00 | 1.30 | 6.50 | 23.82 | 142.91 |
| 341. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 342. 5/8" drywall - hung, taped, ready for texture | 360.52 SF | 0.00 | 1.56 | 17.85 | 116.06 | 696.32 |
| 343. Texture drywall - machine | 360.52 SF | 0.00 | 0.33 | 1.19 | 24.04 | 144.20 |

| Totals: Kitchen1 | | | | 236.58 | 1,380.48 | 8,282.47 |
|---|---|---|---|---|---|---|



| Hallway1 | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 161.87 SF Walls | | | 39.59 SF Ceiling | |
| | 201.45 SF Walls & Ceiling | | | 39.59 SF Floor | |
| | 4.40 SY Flooring | | | 20.23 LF Floor Perimeter | |
| | 20.23 LF Ceil. Perimeter | | | | |

| Missing Wall | | 4' 13/16" X 8' | | Opens into LIVING_ROOM1 | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 344. Clean stud wall - Heavy | 161.87 SF | 0.00 | 1.06 | 0.27 | 34.38 | 206.23 |
| 345. Seal stud wall for odor control (shellac) | 161.87 SF | 0.00 | 0.73 | 3.34 | 24.30 | 145.81 |
| 346. R&R Sheathing - OSB - 3/4" - tongue and groove | 39.59 SF | 1.16 | 1.88 | 2.51 | 24.56 | 147.42 |
| 347. Rewire - average residence - copper wiring | 39.59 SF | 0.00 | 2.83 | 1.01 | 22.60 | 135.65 |

GRENNWOOD_COMMONS 11/28/2016 Page: 26



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Hallway1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 348. R&R Outlet - High grade | 2.00 EA | 4.32 | 17.17 | 1.04 | 8.78 | 52.80 |
| 349. R&R Recessed light fixture | 1.00 EA | 9.56 | 106.59 | 2.93 | 23.82 | 142.90 |
| 350. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 351. R&R Outlet or switch cover | 3.00 EA | 0.53 | 2.39 | 0.14 | 1.78 | 10.68 |
| 352. Batt insulation - 10" - R30 - unfaced batt | 39.59 SF | 0.00 | 1.30 | 2.97 | 10.90 | 65.34 |
| 353. 5/8" drywall - hung, taped, ready for texture | 201.45 SF | 0.00 | 1.56 | 9.97 | 64.86 | 389.09 |
| 354. Texture drywall - machine | 201.45 SF | 0.00 | 0.33 | 0.66 | 13.44 | 80.58 |

| Totals: Hallway1 | | | | 24.96 | 232.76 | 1,396.56 |
|---|---|---|---|---|---|---|



| **Living Room1** | | | | **Height: 8'** |
|---|---|---|---|---|

| 418.67 SF Walls | | 228.17 SF Ceiling |
|---|---|---|
| 646.83 SF Walls & Ceiling | | 228.17 SF Floor |
| 25.35 SY Flooring | | 51.67 LF Floor Perimeter |
| 55.67 LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | 4' X 6' 8" | **Opens into ENTRY_FOYER1** |
|---|---|---|
| **Missing Wall** | 4' 1/16" X 8' | **Opens into HALLWAY1** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 355. Clean stud wall - Heavy | 418.67 SF | 0.00 | 1.06 | 0.69 | 88.90 | 533.38 |
| 356. Seal stud wall for odor control (shellac) | 418.67 SF | 0.00 | 0.73 | 8.64 | 62.84 | 377.11 |
| 357. R&R Sheathing - OSB - 3/4" - tongue and groove | 228.17 SF | 1.16 | 1.88 | 14.49 | 141.64 | 849.77 |
| 358. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 359. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 418.67 SF | 0.59 | 5.94 | 164.41 | 579.66 | 3,477.99 |
| 360. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 361. R&R Wood window - double hung, 20-28 sf, High grade | 1.00 EA | 35.91 | 919.69 | 66.24 | 204.36 | 1,226.20 |
| 362. Rewire - average residence - copper wiring | 279.00 SF | 0.00 | 2.83 | 7.14 | 159.34 | 956.05 |
| 363. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |

GRENNWOOD_COMMONS                                    11/28/2016          Page: 27

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Living Room1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 364. Ceiling fan without light | 1.00 EA | 0.00 | 208.39 | 7.22 | 43.12 | 258.73 |
| 365. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 366. Outlet or switch cover | 4.00 EA | 0.00 | 2.39 | 0.19 | 1.96 | 11.71 |
| 367. R&R Ductwork - flexible - insulated - 8" round | 10.00 LF | 0.64 | 9.04 | 2.70 | 19.90 | 119.40 |
| 368. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 369. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 370. Batt insulation - 10" - R30 - unfaced batt | 228.17 SF | 0.00 | 1.30 | 17.13 | 62.74 | 376.49 |
| 371. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 372. 5/8" drywall - hung, taped, ready for texture | 646.83 SF | 0.00 | 1.56 | 32.02 | 208.22 | 1,249.29 |
| 373. Texture drywall - machine | 646.83 SF | 0.00 | 0.33 | 2.13 | 43.12 | 258.70 |
| Totals: Living Room1 | | | | 343.57 | 1,737.52 | 10,425.22 |



| Entry/Foyer1 | | | | | Height: 8' |
|---|---|---|---|---|---|
| 109.91 SF Walls | | | 25.66 SF Ceiling | | |
| 135.57 SF Walls & Ceiling | | | 25.66 SF Floor | | |
| 2.85 SY Flooring | | | 12.41 LF Floor Perimeter | | |
| 20.41 LF Ceil. Perimeter | | | | | |

**Missing Wall - Goes to Floor**     4' X 6' 8"     Opens into LIVING_ROOM1

**Missing Wall - Goes to Floor**     4' X 6' 8"     Opens into KITCHEN1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 374. Clean stud wall - Heavy | 109.91 SF | 0.00 | 1.06 | 0.18 | 23.34 | 140.02 |
| 375. Seal stud wall for odor control (shellac) | 109.91 SF | 0.00 | 0.73 | 2.27 | 16.50 | 99.00 |
| 376. R&R Sheathing - OSB - 3/4" - tongue and groove | 25.66 SF | 1.16 | 1.88 | 1.63 | 15.92 | 95.56 |
| 377. R&R Breaker panel - 150 amp w/arc fault breakers | 1.00 EA | 127.51 | 1,473.39 | 71.82 | 334.54 | 2,007.26 |
| 378. Rewire - average residence - copper wiring | 25.66 SF | 0.00 | 2.83 | 0.66 | 14.66 | 87.94 |
| 379. R&R Outlet - High grade | 1.00 EA | 4.32 | 17.17 | 0.52 | 4.40 | 26.41 |

GRENNWOOD_COMMONS             11/28/2016     Page: 28

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Entry/Foyer1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 380. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 381. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 382. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 383. Batt insulation - 10" - R30 - unfaced batt | 25.66 SF | 0.00 | 1.30 | 1.93 | 7.06 | 42.35 |
| 384. Batt insulation - 4" - R13 - unfaced batt | 109.91 SF | 0.00 | 0.71 | 4.08 | 16.42 | 98.54 |
| 385. 5/8" drywall - hung, taped, ready for texture | 135.57 SF | 0.00 | 1.56 | 6.71 | 43.64 | 261.84 |
| 386. Texture drywall - machine | 135.57 SF | 0.00 | 0.33 | 0.45 | 9.04 | 54.23 |
| 387. Exterior door - metal - insulated / wood - High grade | 1.00 EA | 0.00 | 479.54 | 28.86 | 101.68 | 610.08 |
| 388. Door lockset & deadbolt - exterior | 1.00 EA | 0.00 | 85.64 | 5.00 | 18.12 | 108.76 |
| Totals: Entry/Foyer1 | | | | 131.93 | 664.34 | 3,986.07 |



**Linen Close1**            **Height: 8'**

67.83 SF Walls        4.49 SF Ceiling
72.33 SF Walls & Ceiling        4.49 SF Floor
0.50 SY Flooring        8.48 LF Floor Perimeter
8.48 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 389. Clean stud wall - Heavy | 67.83 SF | 0.00 | 1.06 | 0.11 | 14.40 | 86.41 |
| 390. Seal stud wall for odor control (shellac) | 67.83 SF | 0.00 | 0.73 | 1.40 | 10.18 | 61.10 |
| 391. R&R Sheathing - OSB - 3/4" - tongue and groove | 4.49 SF | 1.16 | 1.88 | 0.29 | 2.78 | 16.72 |
| 392. Batt insulation - 10" - R30 - unfaced batt | 4.49 SF | 0.00 | 1.30 | 0.34 | 1.22 | 7.40 |
| 393. 5/8" drywall - hung, taped, ready for texture | 72.33 SF | 0.00 | 1.56 | 3.58 | 23.28 | 139.69 |
| 394. Texture drywall - machine | 72.33 SF | 0.00 | 0.33 | 0.24 | 4.82 | 28.93 |
| 395. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |
| Totals: Linen Close1 | | | | 14.45 | 88.12 | 528.85 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



**Master Bedr1**                                              **Height: 8'**

| | |
|---|---|
| 403.28 SF Walls | 163.35 SF Ceiling |
| 566.63 SF Walls & Ceiling | 163.35 SF Floor |
| 18.15 SY Flooring | 50.41 LF Floor Perimeter |
| 50.41 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 396. Clean stud wall - Heavy | 403.28 SF | 0.00 | 1.06 | 0.67 | 85.64 | 513.79 |
| 397. Seal stud wall for odor control (shellac) | 403.28 SF | 0.00 | 0.73 | 8.32 | 60.54 | 363.25 |
| 398. R&R Sheathing - OSB - 3/4" - tongue and groove | 163.35 SF | 1.16 | 1.88 | 10.38 | 101.40 | 608.37 |
| 399. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 400. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 188.70 SF | 0.59 | 5.94 | 74.10 | 261.26 | 1,567.57 |
| 401. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 402. Rewire - average residence - copper wiring | 163.35 SF | 0.00 | 2.83 | 4.18 | 93.30 | 559.76 |
| 403. Rough in plumbing - per fixture | 2.00 EA | 0.00 | 646.56 | 12.91 | 261.20 | 1,567.23 |
| 404. Outlet - High grade | 1.00 EA | 0.00 | 17.17 | 0.52 | 3.54 | 21.23 |
| 405. Light bar - 3 lights | 2.00 EA | 0.00 | 69.42 | 4.77 | 28.72 | 172.33 |
| 406. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 407. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 408. Outlet or switch cover | 2.00 EA | 0.00 | 2.39 | 0.09 | 0.98 | 5.85 |
| 409. R&R Ductwork - flexible - insulated - 8" round | 10.00 LF | 0.64 | 9.04 | 2.70 | 19.90 | 119.40 |
| 410. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 411. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 412. Batt insulation - 10" - R30 - unfaced batt | 163.35 SF | 0.00 | 1.30 | 12.26 | 44.94 | 269.56 |
| 413. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 414. 5/8" drywall - hung, taped, ready for texture | 566.63 SF | 0.00 | 1.56 | 28.05 | 182.40 | 1,094.39 |
| 415. Texture drywall - machine | 566.63 SF | 0.00 | 0.33 | 1.87 | 37.78 | 226.64 |
| 416. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

GRENNWOOD_COMMONS                                11/28/2016          Page: 30



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Master Bedr1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Master Bedr1 | | | | 191.20 | 1,339.26 | 8,035.36 |



**Master Clos1**        Height: 8'

| | |
|---|---|
| 178.11 SF Walls | 18.85 SF Ceiling |
| 196.96 SF Walls & Ceiling | 18.85 SF Floor |
| 2.09 SY Flooring | 22.26 LF Floor Perimeter |
| 22.26 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 417. Clean stud wall - Heavy | 178.11 SF | 0.00 | 1.06 | 0.29 | 37.82 | 226.91 |
| 418. Seal stud wall for odor control (shellac) | 178.11 SF | 0.00 | 0.73 | 3.67 | 26.74 | 160.43 |
| 419. R&R Sheathing - OSB - 3/4" - tongue and groove | 18.85 SF | 1.16 | 1.88 | 1.20 | 11.70 | 70.21 |
| 420. Rewire - average residence - copper wiring | 18.85 SF | 0.00 | 2.83 | 0.48 | 10.78 | 64.61 |
| 421. R&R Recessed light fixture | 1.00 EA | 9.56 | 106.59 | 2.93 | 23.82 | 142.90 |
| 422. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 423. Batt insulation - 10" - R30 - unfaced batt | 18.85 SF | 0.00 | 1.30 | 1.41 | 5.18 | 31.10 |
| 424. 5/8" drywall - hung, taped, ready for texture | 196.96 SF | 0.00 | 1.56 | 9.75 | 63.42 | 380.43 |
| 425. Texture drywall - machine | 196.96 SF | 0.00 | 0.33 | 0.65 | 13.14 | 78.79 |
| 426. Bifold door set - Colonist - Double | 1.00 EA | 0.00 | 187.74 | 8.41 | 39.22 | 235.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Master Clos1 | | | | 28.91 | 235.16 | 1,410.81 |



**Bedroom Clo1**        Height: 8'

| | |
|---|---|
| 139.62 SF Walls | 14.03 SF Ceiling |
| 153.65 SF Walls & Ceiling | 14.03 SF Floor |
| 1.56 SY Flooring | 17.45 LF Floor Perimeter |
| 17.45 LF Ceil. Perimeter | |

GRENNWOOD_COMMONS

**EXHIBIT D**

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom Clo1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 427. Clean stud wall - Heavy | 139.62 SF | 0.00 | 1.06 | 0.23 | 29.64 | 177.87 |
| 428. Seal stud wall for odor control (shellac) | 139.62 SF | 0.00 | 0.73 | 2.88 | 20.96 | 125.76 |
| 429. Soda blasting - Extra heavy | 139.62 SF | 0.00 | 3.02 | 7.37 | 85.82 | 514.84 |
| 430. R&R Sheathing - OSB - 3/4" - tongue and groove | 14.03 SF | 1.16 | 1.88 | 0.89 | 8.72 | 52.26 |
| 431. Rewire - average residence - copper wiring | 153.65 SF | 0.00 | 2.83 | 3.93 | 87.74 | 526.50 |
| 432. R&R Outlet - High grade | 2.00 EA | 4.32 | 17.17 | 1.04 | 8.78 | 52.80 |
| 433. R&R Recessed light fixture | 2.00 EA | 9.56 | 106.59 | 5.86 | 47.64 | 285.80 |
| 434. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 435. Batt insulation - 10" - R30 - unfaced batt | 14.03 SF | 0.00 | 1.30 | 1.05 | 3.86 | 23.15 |
| 436. 5/8" drywall - hung, taped, ready for texture | 153.65 SF | 0.00 | 1.56 | 7.61 | 49.46 | 296.76 |
| 437. Texture drywall - machine | 153.65 SF | 0.00 | 0.33 | 0.51 | 10.24 | 61.45 |
| 438. Bifold door set - Colonist - Double | 1.00 EA | 0.00 | 187.74 | 8.41 | 39.22 | 235.37 |

| Totals: Bedroom Clo1 | | | | 39.90 | 395.42 | 2,372.62 |
|---|---|---|---|---|---|---|



**Bedroom1**                                                      **Height: 8'**

| | |
|---|---|
| 374.50 SF Walls | 136.41 SF Ceiling |
| 510.92 SF Walls & Ceiling | 136.41 SF Floor |
| 15.16 SY Flooring | 46.81 LF Floor Perimeter |
| 46.81 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 439. Clean stud wall - Heavy | 374.50 SF | 0.00 | 1.06 | 0.62 | 79.52 | 477.11 |
| 440. Seal stud wall for odor control (shellac) | 374.50 SF | 0.00 | 0.73 | 7.72 | 56.22 | 337.33 |
| 441. R&R Sheathing - OSB - 3/4" - tongue and groove | 136.41 SF | 1.16 | 1.88 | 8.67 | 84.68 | 508.04 |
| 442. 2" x 12" x 16' #2 treated pine (material only) | 1.00 EA | 0.00 | 41.39 | 3.41 | 8.96 | 53.76 |
| 443. R&R Structural insulated panel (SIP) - Walls - 4 3/8" | 177.06 SF | 0.59 | 5.94 | 69.53 | 245.14 | 1,470.88 |

GRENNWOOD_COMMONS                                                 11/28/2016          Page: 32

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 444. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 16.00 LF | 1.49 | 15.90 | 7.13 | 57.06 | 342.43 |
| 445. R&R Wood window - double hung, 13-19 sf, High grade | 1.00 EA | 35.91 | 729.50 | 51.87 | 163.46 | 980.74 |
| 446. Rewire - average residence - copper wiring | 510.92 SF | 0.00 | 2.83 | 13.07 | 291.80 | 1,750.77 |
| 447. Outlet - High grade | 2.00 EA | 0.00 | 17.17 | 1.04 | 7.06 | 42.44 |
| 448. Ceiling fan without light | 1.00 EA | 0.00 | 208.39 | 7.22 | 43.12 | 258.73 |
| 449. R&R Ground fault interrupter (GFI) outlet - tamper resistant | 1.00 EA | 3.88 | 34.46 | 1.84 | 8.04 | 48.22 |
| 450. R&R Switch | 1.00 EA | 4.32 | 12.28 | 0.12 | 3.34 | 20.06 |
| 451. Outlet or switch cover | 4.00 EA | 0.00 | 2.39 | 0.19 | 1.96 | 11.71 |
| 452. R&R Ductwork - flexible - insulated - 8" round | 6.00 LF | 0.64 | 9.04 | 1.62 | 11.92 | 71.62 |
| 453. Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 23.90 | 0.74 | 4.92 | 29.56 |
| 454. Baseboard electric heater - 6' | 1.00 EA | 0.00 | 144.57 | 5.19 | 29.96 | 179.72 |
| 455. Batt insulation - 10" - R30 - unfaced batt | 136.41 SF | 0.00 | 1.30 | 10.24 | 37.50 | 225.07 |
| 456. Batt insulation - 4" - R13 - unfaced batt | 93.30 SF | 0.00 | 0.71 | 3.46 | 13.94 | 83.64 |
| 457. 5/8" drywall - hung, taped, ready for texture | 510.92 SF | 0.00 | 1.56 | 25.29 | 164.46 | 986.79 |
| 458. Texture drywall - machine | 510.92 SF | 0.00 | 0.33 | 1.69 | 34.06 | 204.35 |
| 459. Interior door unit | 1.00 EA | 0.00 | 148.67 | 8.49 | 31.44 | 188.60 |

| Totals: Bedroom1 | | | | 229.15 | 1,378.56 | 8,271.57 |



**Crawlspace**      **Height: 8'**

| 384.00 SF Walls | 144.00 SF Ceiling |
|---|---|
| 528.00 SF Walls & Ceiling | 144.00 SF Floor |
| 16.00 SY Flooring | 48.00 LF Floor Perimeter |
| 48.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 460. Temporary shoring post - Screw jack (per day) | 4.00 DA | 0.00 | 34.89 | 0.00 | 27.92 | 167.48 |

GRENNWOOD_COMMONS      11/28/2016      Page: 33

### EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Crawlspace

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 461. 2" x 12" x 16' #2 & better Fir / Larch (material only) | 4.00 EA | 0.00 | 22.67 | 7.48 | 19.64 | 117.80 |
| 462. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 24.00 LF | 1.49 | 15.90 | 10.69 | 85.62 | 513.67 |
| 463. R&R House wrap (air/moisture barrier) | 128.00 SF | 0.04 | 0.31 | 1.58 | 9.28 | 55.66 |
| 464. R&R Sheathing - plywood - 1/2" - treated | 128.00 SF | 0.48 | 2.32 | 11.30 | 73.94 | 443.64 |
| 465. R&R Drape roll insulation - unfaced - R11 | 952.00 SF | 0.22 | 0.58 | 25.13 | 157.34 | 944.07 |
| 466. R&R Polyethylene vapor barrier, seam taping & joint caulking | 834.50 SF | 0.08 | 0.40 | 8.26 | 81.78 | 490.60 |
| Totals: Crawlspace | | | | 64.44 | 455.52 | 2,732.92 |
| Total: UNIT D | | | | 1,581.21 | 9,941.20 | 59,646.10 |
| Total: SKETCH3 | | | | 1,581.21 | 9,941.20 | 59,646.10 |

### SKETCH4
### UNIT E



**Linen Close1**  **Height: 8'**

| | |
|---|---|
| 67.83 SF Walls | 4.49 SF Ceiling |
| 72.33 SF Walls & Ceiling | 4.49 SF Floor |
| 0.50 SY Flooring | 8.48 LF Floor Perimeter |
| 8.48 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 467. R&R Batt insulation - 10" - R30 - unfaced batt | 4.49 SF | 0.31 | 1.30 | 0.34 | 1.50 | 9.07 |
| 468. R&R 5/8" drywall - hung, taped, ready for texture | 4.49 SF | 0.36 | 1.56 | 0.22 | 1.76 | 10.60 |
| 469. Texture drywall - machine | 4.49 SF | 0.00 | 0.33 | 0.01 | 0.30 | 1.79 |
| 470. Clean the walls - Heavy | 67.83 SF | 0.00 | 0.44 | 0.06 | 6.00 | 35.91 |
| 471. Clean floor or roof joist system - Heavy | 4.49 SF | 0.00 | 2.42 | 0.01 | 2.18 | 13.06 |
| 472. Seal stud wall for odor control (shellac) | 4.49 SF | 0.00 | 0.73 | 0.09 | 0.68 | 4.05 |

GRENNWOOD_COMMONS                                      11/28/2016          Page: 34



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Linen Close1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 473. Seal floor or ceiling joist system (shellac) | 4.49 SF | 0.00 | 0.97 | 0.11 | 0.90 | 5.37 |
| Totals: Linen Close1 | | | | 0.84 | 13.32 | 79.85 |



**Master Bedr1**                                                                                     **Height: 8'**

403.28  SF Walls                          163.35  SF Ceiling
566.63  SF Walls & Ceiling                163.35  SF Floor
18.15  SY Flooring                        50.41  LF Floor Perimeter
50.41  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 474. Batt insulation - 10" - R30 - unfaced batt | 163.35 SF | 0.00 | 1.30 | 12.26 | 44.94 | 269.56 |
| 475. R&R 5/8" drywall - hung, taped, ready for texture | 163.35 SF | 0.36 | 1.56 | 8.09 | 64.34 | 386.07 |
| 476. Texture drywall - machine | 566.63 SF | 0.00 | 0.33 | 1.87 | 37.78 | 226.64 |
| 477. Clean stud wall - Heavy | 403.28 SF | 0.00 | 1.06 | 0.67 | 85.64 | 513.79 |
| 478. Seal stud wall for odor control (shellac) | 403.28 SF | 0.00 | 0.73 | 8.32 | 60.54 | 363.25 |
| Totals: Master Bedr1 | | | | 31.21 | 293.24 | 1,759.31 |



**Bedroom1**                                                                                          **Height: 8'**

374.50  SF Walls                          136.41  SF Ceiling
510.92  SF Walls & Ceiling                136.41  SF Floor
15.16  SY Flooring                        46.81  LF Floor Perimeter
46.81  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 479. Batt insulation - 10" - R30 - unfaced batt | 136.41 SF | 0.00 | 1.30 | 10.24 | 37.50 | 225.07 |
| 480. R&R 5/8" drywall - hung, taped, ready for texture | 136.41 SF | 0.36 | 1.56 | 6.75 | 53.74 | 322.40 |

GRENNWOOD_COMMONS                                              11/28/2016          Page: 35



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 481. Texture drywall - machine | 510.92 SF | 0.00 | 0.33 | 1.69 | 34.06 | 204.35 |
| 482. Clean stud wall - Heavy | 374.50 SF | 0.00 | 1.06 | 0.62 | 79.52 | 477.11 |
| 483. Seal stud wall for odor control (shellac) | 374.50 SF | 0.00 | 0.73 | 7.72 | 56.22 | 337.33 |
| Totals: Bedroom1 | | | | 27.02 | 261.04 | 1,566.26 |



**Master Clos1**                                                                    **Height: 8'**

| | |
|---|---|
| 178.11 SF Walls | 18.85 SF Ceiling |
| 196.96 SF Walls & Ceiling | 18.85 SF Floor |
| 2.09 SY Flooring | 22.26 LF Floor Perimeter |
| 22.26 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 484. R&R Batt insulation - 10" - R30 - unfaced batt | 18.85 SF | 0.31 | 1.30 | 1.41 | 6.34 | 38.10 |
| 485. R&R 5/8" drywall - hung, taped, ready for texture | 18.85 SF | 0.36 | 1.56 | 0.93 | 7.42 | 44.55 |
| 486. Texture drywall - machine | 18.85 SF | 0.00 | 0.33 | 0.06 | 1.26 | 7.54 |
| 487. Clean the walls - Heavy | 178.11 SF | 0.00 | 0.44 | 0.15 | 15.72 | 94.24 |
| 488. Clean floor or roof joist system - Heavy | 18.85 SF | 0.00 | 2.42 | 0.03 | 9.12 | 54.77 |
| 489. Seal stud wall for odor control (shellac) | 18.85 SF | 0.00 | 0.73 | 0.39 | 2.84 | 16.99 |
| 490. Seal floor or ceiling joist system (shellac) | 18.85 SF | 0.00 | 0.97 | 0.45 | 3.76 | 22.49 |
| Totals: Master Clos1 | | | | 3.42 | 46.46 | 278.68 |



**Bedroom Clo1**                                                                    **Height: 8'**

| | |
|---|---|
| 139.62 SF Walls | 14.03 SF Ceiling |
| 153.65 SF Walls & Ceiling | 14.03 SF Floor |
| 1.56 SY Flooring | 17.45 LF Floor Perimeter |
| 17.45 LF Ceil. Perimeter | |

GRENNWOOD_COMMONS                                        11/28/2016          Page: 36

### EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Bedroom Clo1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 491. R&R Batt insulation - 10" - R30 - unfaced batt | 14.03 SF | 0.31 | 1.30 | 1.05 | 4.74 | 28.38 |
| 492. R&R 5/8" drywall - hung, taped, ready for texture | 14.03 SF | 0.36 | 1.56 | 0.69 | 5.54 | 33.17 |
| 493. Texture drywall - machine | 14.03 SF | 0.00 | 0.33 | 0.05 | 0.94 | 5.62 |
| 494. Clean the walls - Heavy | 139.62 SF | 0.00 | 0.44 | 0.12 | 12.30 | 73.85 |
| 495. Clean floor or roof joist system - Heavy | 14.03 SF | 0.00 | 2.42 | 0.02 | 6.80 | 40.77 |
| 496. Seal stud wall for odor control (shellac) | 14.03 SF | 0.00 | 0.73 | 0.29 | 2.10 | 12.63 |
| 497. Seal floor or ceiling joist system (shellac) | 14.03 SF | 0.00 | 0.97 | 0.34 | 2.78 | 16.73 |
| Totals: Bedroom Clo1 | | | | 2.56 | 35.20 | 211.15 |



**Closet1** **Height: 8'**

| | |
|---|---|
| 105.33 SF Walls | 9.38 SF Ceiling |
| 114.71 SF Walls & Ceiling | 9.38 SF Floor |
| 1.04 SY Flooring | 13.17 LF Floor Perimeter |
| 13.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 498. Batt insulation - 10" - R30 - unfaced batt | 9.38 SF | 0.00 | 1.30 | 0.70 | 2.58 | 15.47 |
| 499. R&R 5/8" drywall - hung, taped, ready for texture | 9.38 SF | 0.36 | 1.56 | 0.46 | 3.70 | 22.17 |
| 500. Texture drywall - machine | 114.71 SF | 0.00 | 0.33 | 0.38 | 7.66 | 45.89 |
| 501. Clean stud wall - Heavy | 105.33 SF | 0.00 | 1.06 | 0.17 | 22.38 | 134.20 |
| 502. Seal stud wall for odor control (shellac) | 105.33 SF | 0.00 | 0.73 | 2.17 | 15.82 | 94.88 |
| Totals: Closet1 | | | | 3.88 | 52.14 | 312.61 |

GRENNWOOD_COMMONS

**EXHIBIT D**



## American Technologies, Inc.

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



**Entry/Foyer1**                                                                     Height: 8'

| | | |
|---|---|---|
| 109.91 SF Walls | | 25.66 SF Ceiling |
| 135.57 SF Walls & Ceiling | | 25.66 SF Floor |
| 2.85 SY Flooring | | 12.41 LF Floor Perimeter |
| 20.41 LF Ceil. Perimeter | | |

| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into LIVING_ROOM1 |
|---|---|---|
| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into KITCHEN1 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 503. Batt insulation - 10" - R30 - unfaced batt | 25.66 SF | 0.00 | 1.30 | 1.93 | 7.06 | 42.35 |
| 504. R&R 5/8" drywall - hung, taped, ready for texture | 25.66 SF | 0.36 | 1.56 | 1.27 | 10.10 | 60.64 |
| 505. Texture drywall - machine | 135.57 SF | 0.00 | 0.33 | 0.45 | 9.04 | 54.23 |
| 506. Clean stud wall - Heavy | 109.91 SF | 0.00 | 1.06 | 0.18 | 23.34 | 140.02 |
| 507. Seal stud wall for odor control (shellac) | 109.91 SF | 0.00 | 0.73 | 2.27 | 16.50 | 99.00 |

| Totals: Entry/Foyer1 | | | | 6.10 | 66.04 | 396.24 |
|---|---|---|---|---|---|---|



**Kitchen1**                                                                     Height: 8'

| | | |
|---|---|---|
| 273.91 SF Walls | | 86.61 SF Ceiling |
| 360.52 SF Walls & Ceiling | | 86.61 SF Floor |
| 9.62 SY Flooring | | 33.57 LF Floor Perimeter |
| 37.57 LF Ceil. Perimeter | | |

| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into ENTRY_FOYER1 |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 508. Batt insulation - 10" - R30 - unfaced batt | 86.61 SF | 0.00 | 1.30 | 6.50 | 23.82 | 142.91 |
| 509. R&R 5/8" drywall - hung, taped, ready for texture | 86.61 SF | 0.36 | 1.56 | 4.29 | 34.12 | 204.70 |
| 510. Texture drywall - machine | 360.52 SF | 0.00 | 0.33 | 1.19 | 24.04 | 144.20 |
| 511. Clean stud wall - Heavy | 273.91 SF | 0.00 | 1.06 | 0.45 | 58.16 | 348.95 |
| 512. Seal stud wall for odor control (shellac) | 273.91 SF | 0.00 | 0.73 | 5.65 | 41.14 | 246.74 |

GRENNWOOD_COMMONS                                        11/28/2016          Page: 38

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

**CONTINUED - Kitchen1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Kitchen1 | | | | 18.08 | 181.28 | 1,087.50 |



**Bathroom1**  Height: 8'

252.00 SF Walls        54.22 SF Ceiling
306.22 SF Walls & Ceiling    54.22 SF Floor
6.02 SY Flooring        31.50 LF Floor Perimeter
31.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 513.  R&R Batt insulation - 10" - R30 - unfaced batt | 54.22 SF | 0.31 | 1.30 | 4.07 | 18.28 | 109.65 |
| 514.  R&R 5/8" drywall - hung, taped, ready for texture | 54.22 SF | 0.36 | 1.56 | 2.68 | 21.36 | 128.14 |
| 515.  Texture drywall - machine | 54.22 SF | 0.00 | 0.33 | 0.18 | 3.62 | 21.69 |
| 516.  Clean the walls - Heavy | 252.00 SF | 0.00 | 0.44 | 0.21 | 22.22 | 133.31 |
| 517.  Clean floor or roof joist system - Heavy | 54.22 SF | 0.00 | 2.42 | 0.09 | 26.26 | 157.56 |
| 518.  Seal stud wall for odor control (shellac) | 54.22 SF | 0.00 | 0.73 | 1.12 | 8.14 | 48.84 |
| 519.  Seal floor or ceiling joist system (shellac) | 54.22 SF | 0.00 | 0.97 | 1.30 | 10.78 | 64.67 |
| Totals: Bathroom1 | | | | 9.65 | 110.66 | 663.86 |



**Laundry Roo1**  Height: 8'

101.33 SF Walls        8.25 SF Ceiling
109.58 SF Walls & Ceiling    8.25 SF Floor
0.92 SY Flooring        12.67 LF Floor Perimeter
12.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 520.  R&R Batt insulation - 10" - R30 - unfaced batt | 8.25 SF | 0.31 | 1.30 | 0.62 | 2.78 | 16.69 |
| 521.  R&R 5/8" drywall - hung, taped, ready for texture | 8.25 SF | 0.36 | 1.56 | 0.41 | 3.26 | 19.51 |

GRENNWOOD_COMMONS        11/28/2016     Page: 39



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Laundry Rool

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 522. Texture drywall - machine | 8.25 SF | 0.00 | 0.33 | 0.03 | 0.54 | 3.29 |
| 523. Clean the walls - Heavy | 101.33 SF | 0.00 | 0.44 | 0.08 | 8.94 | 53.61 |
| 524. Clean floor or roof joist system - Heavy | 8.25 SF | 0.00 | 2.42 | 0.01 | 4.00 | 23.98 |
| 525. Seal stud wall for odor control (shellac) | 8.25 SF | 0.00 | 0.73 | 0.17 | 1.24 | 7.43 |
| 526. Seal floor or ceiling joist system (shellac) | 8.25 SF | 0.00 | 0.97 | 0.20 | 1.64 | 9.84 |
| Totals: Laundry Rool | | | | 1.52 | 22.40 | 134.35 |



**Hallway1**                                           **Height: 8'**

| | |
|---|---|
| 161.87 SF Walls | 39.59 SF Ceiling |
| 201.45 SF Walls & Ceiling | 39.59 SF Floor |
| 4.40 SY Flooring | 20.23 LF Floor Perimeter |
| 20.23 LF Ceil. Perimeter | |

**Missing Wall**      4' 13/16" X 8'         **Opens into LIVING_ROOM1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 527. R&R Batt insulation - 10" - R30 - unfaced batt | 39.59 SF | 0.31 | 1.30 | 2.97 | 13.36 | 80.07 |
| 528. R&R 5/8" drywall - hung, taped, ready for texture | 39.59 SF | 0.36 | 1.56 | 1.96 | 15.62 | 93.59 |
| 529. Texture drywall - machine | 39.59 SF | 0.00 | 0.33 | 0.13 | 2.64 | 15.83 |
| 530. Clean the walls - Heavy | 161.87 SF | 0.00 | 0.44 | 0.13 | 14.26 | 85.61 |
| 531. Clean floor or roof joist system - Heavy | 39.59 SF | 0.00 | 2.42 | 0.07 | 19.18 | 115.06 |
| 532. Seal stud wall for odor control (shellac) | 39.59 SF | 0.00 | 0.73 | 0.82 | 5.94 | 35.66 |
| 533. Seal floor or ceiling joist system (shellac) | 39.59 SF | 0.00 | 0.97 | 0.95 | 7.88 | 47.23 |
| Totals: Hallway1 | | | | 7.03 | 78.88 | 473.05 |

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215



| **Living Room1** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| | 418.67 SF Walls | | 228.17 SF Ceiling | | |
| | 646.83 SF Walls & Ceiling | | 228.17 SF Floor | | |
| | 25.35 SY Flooring | | 51.67 LF Floor Perimeter | | |
| | 55.67 LF Ceil. Perimeter | | | | |

| **Missing Wall - Goes to Floor** | | **4' X 6' 8"** | | **Opens into ENTRY_FOYER1** | |
|---|---|---|---|---|---|
| **Missing Wall** | | **4' 1/16" X 8'** | | **Opens into HALLWAY1** | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 534. Batt insulation - 10" - R30 - unfaced batt | 228.17 SF | 0.00 | 1.30 | 17.13 | 62.74 | 376.49 |
| 535. R&R 5/8" drywall - hung, taped, ready for texture | 228.17 SF | 0.36 | 1.56 | 11.29 | 89.88 | 539.26 |
| 536. Texture drywall - machine | 646.83 SF | 0.00 | 0.33 | 2.13 | 43.12 | 258.70 |
| 537. Clean stud wall - Heavy | 418.67 SF | 0.00 | 1.06 | 0.69 | 88.90 | 533.38 |
| 538. Seal stud wall for odor control (shellac) | 418.67 SF | 0.00 | 0.73 | 8.64 | 62.84 | 377.11 |
| Totals: Living Room1 | | | | 39.88 | 347.48 | 2,084.94 |



| **Attic** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| | 384.00 SF Walls | | 144.00 SF Ceiling | | |
| | 528.00 SF Walls & Ceiling | | 144.00 SF Floor | | |
| | 16.00 SY Flooring | | 48.00 LF Floor Perimeter | | |
| | 48.00 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 539. R&R Blown-in insulation - 14" depth - R38 | 1,010.86 SF | 0.92 | 1.05 | 59.21 | 410.12 | 2,460.72 |
| 540. Clean floor or roof joist system | 1,010.30 SF | 0.00 | 0.95 | 1.67 | 192.30 | 1,153.76 |
| 541. Seal floor or ceiling joist system (shellac) | 1,010.30 SF | 0.00 | 0.97 | 24.17 | 200.84 | 1,205.00 |
| Totals: Attic | | | | 85.05 | 803.26 | 4,819.48 |

**Truss/Floor Joist**

GRENNWOOD_COMMONS

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Truss/Floor Joist

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 542. R&R Attic truss - 8/12 slope | 564.00 LF | 1.91 | 8.36 | 248.94 | 1,208.22 | 7,249.44 |
| 543. R&R Framing hurricane tie | 40.00 EA | 1.44 | 6.29 | 3.66 | 62.58 | 375.44 |
| 544. R&R Floor trusses - up to 16" deep | 486.00 LF | 0.72 | 7.85 | 131.91 | 859.38 | 5,156.31 |
| 545. R&R Floor trusses - up to 22" deep | 544.00 LF | 0.72 | 8.09 | 153.49 | 989.24 | 5,935.37 |
| 546. Crane and operator - 14 ton capacity - 65' extension boom | 1.00 HR | 0.00 | 133.75 | 0.00 | 26.76 | 160.51 |

| Totals: Truss/Floor Joist | | | | 538.00 | 3,146.18 | 18,877.07 |
|---|---|---|---|---|---|---|

### Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 547. Remove Tear off, haul and dispose of comp. shingles - Laminated | 14.70 SQ | 51.34 | 0.00 | 0.00 | 150.94 | 905.64 |
| 548. R&R Sheathing - plywood - 5/8" CDX | 1,417.00 SF | 0.48 | 1.60 | 85.34 | 606.54 | 3,639.24 |
| 549. Roofing felt - 30 lb. | 12.60 SQ | 0.00 | 32.04 | 9.99 | 82.74 | 496.43 |
| 550. Ice & water shield | 300.00 SF | 0.00 | 1.64 | 8.91 | 100.18 | 601.09 |
| 551. Laminated - comp. shingle rfg. - w/out felt | 17.00 SQ | 0.00 | 211.58 | 146.97 | 748.78 | 4,492.61 |
| 552. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 14.70 SQ | 11.99 | 0.00 | 0.00 | 35.26 | 211.51 |
| 553. Additional charge for steep roof - 7/12 to 9/12 slope | 16.90 SQ | 0.00 | 39.49 | 0.00 | 133.48 | 800.86 |
| 554. Remove Additional charge for high roof (2 stories or greater) | 14.70 SQ | 4.90 | 0.00 | 0.00 | 14.40 | 86.43 |
| 555. Additional charge for high roof (2 stories or greater) | 16.90 SQ | 0.00 | 23.74 | 0.00 | 80.24 | 481.45 |
| 556. R&R Roof vent - turtle type - Metal | 4.00 EA | 7.72 | 52.31 | 4.85 | 49.00 | 293.97 |
| 557. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 7.72 | 76.13 | 5.11 | 34.56 | 207.37 |
| 558. R&R Flashing - pipe jack | 4.00 EA | 6.04 | 35.52 | 2.41 | 33.74 | 202.39 |
| 559. R&R Drip edge | 110.00 LF | 0.28 | 2.01 | 5.45 | 51.48 | 308.83 |
| 560. R&R Gutter / downspout - aluminum - up to 5" | 215.00 LF | 0.43 | 5.21 | 36.89 | 249.92 | 1,499.41 |
| 561. Prime & paint roof jack | 4.00 EA | 0.00 | 25.30 | 2.31 | 20.70 | 124.21 |

GRENNWOOD_COMMONS

11/28/2016          Page: 42

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 562. Prime & paint roof vent | 4.00 EA | 0.00 | 25.30 | 2.31 | 20.70 | 124.21 |
| 563. Prime & paint gutter / downspout - Oversized | 215.00 LF | 0.00 | 1.61 | 6.21 | 70.48 | 422.84 |
| Totals: Roof | | | | 316.75 | 2,483.14 | 14,898.49 |

### Exterior
### Front Elevation

**Front Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 564. R&R Trim board - 1" x 4" - installed (cedar) | 70.00 LF | 0.33 | 3.40 | 10.80 | 54.38 | 326.28 |
| 565. R&R Siding - shiplap - cedar | 680.00 SF | 0.37 | 4.76 | 113.88 | 720.46 | 4,322.74 |
| 566. R&R Sheathing - OSB - 1/2" | 680.00 SF | 0.48 | 1.21 | 26.37 | 235.12 | 1,410.69 |
| 567. R&R Soffit & fascia - wood - 1' overhang | 30.00 LF | 0.92 | 8.39 | 8.44 | 57.54 | 345.28 |
| 568. Stain & finish wood siding | 680.00 SF | 0.00 | 1.14 | 18.51 | 158.74 | 952.45 |
| 569. Seal & paint wood siding | 680.00 SF | 0.00 | 0.99 | 21.32 | 138.90 | 833.42 |
| 570. Seal & paint trim - two coats | 70.00 LF | 0.00 | 0.96 | 0.58 | 13.56 | 81.34 |
| 571. Prime & paint exterior soffit - wood | 30.00 SF | 0.00 | 1.54 | 0.87 | 9.42 | 56.49 |
| 572. Prime & paint exterior fascia - wood, 6"- 8" wide | 30.00 LF | 0.00 | 1.46 | 0.50 | 8.86 | 53.16 |
| 573. Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 0.00 | 21.50 | 0.97 | 13.10 | 78.57 |
| 574. Paint door or window opening - 2 coats (per side) | 4.00 EA | 0.00 | 21.50 | 1.30 | 17.46 | 104.76 |
| 575. Seal & paint stair stringer - one side | 80.00 LF | 0.00 | 2.98 | 2.31 | 48.14 | 288.85 |
| 576. R&R Timber joist, 4x12 | 90.00 LF | 1.30 | 11.52 | 66.23 | 244.00 | 1,464.03 |
| 577. Deck pier or footing | 3.00 CY | 0.00 | 151.96 | 34.69 | 98.12 | 588.69 |
| 578. R&R Deck planking - cedar (per BF) | 150.00 BF | 1.37 | 5.82 | 39.23 | 223.54 | 1,341.27 |
| 579. R&R Labor to frame 2" x 4" wall - 4" oc | 10.00 SF | 0.41 | 2.92 | 0.06 | 6.68 | 40.04 |
| 580. R&R Stairway - treated stringers and treads (per tread) | 6.00 EA | 12.88 | 56.03 | 9.07 | 84.52 | 507.05 |
| 581. R&R Light weight, gypsum concrete - 1 1/2" thick | 50.00 SF | 2.82 | 3.56 | 10.93 | 65.98 | 395.91 |

GRENNWOOD_COMMONS

11/28/2016          Page: 43

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Front Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 582.  R&R Deck guard rail - cedar | 70.00 LF | 0.97 | 35.01 | 101.24 | 523.96 | 3,143.80 |
| 583.  Concrete Finisher - per hour | 8.00 HR | 0.00 | 56.78 | 0.00 | 90.84 | 545.08 |
| 584.  Seal & paint stair tread - per side - per LF | 140.00 LF | 0.00 | 3.73 | 8.78 | 106.20 | 637.18 |
| 585.  Prime & paint ext. railing - 2 coats primer, 2 coats paint | 70.00 LF | 0.00 | 8.99 | 3.52 | 126.56 | 759.38 |
| 586.  Excavate by hand | 20.00 CY | 0.00 | 51.65 | 0.00 | 206.60 | 1,239.60 |
| 587.  Backfill foundations | 24.00 LF | 0.00 | 4.38 | 0.00 | 21.02 | 126.14 |
| Total:  Front Elevation | | | | 479.60 | 3,273.70 | 19,642.20 |

### Rear Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 588.  R&R Trim board - 1" x 4" - installed (cedar) | 100.00 LF | 0.33 | 3.40 | 15.43 | 77.68 | 466.11 |
| 589.  R&R Siding - shiplap - cedar | 720.00 SF | 0.37 | 4.76 | 120.58 | 762.84 | 4,577.02 |
| 590.  R&R Sheathing - OSB - 1/2" | 720.00 SF | 0.48 | 1.21 | 27.92 | 248.94 | 1,493.66 |
| 591.  R&R Soffit & fascia - wood - 1' overhang | 30.00 LF | 0.92 | 8.39 | 8.44 | 57.54 | 345.28 |
| 592.  Seal & paint wood siding | 720.00 SF | 0.00 | 0.99 | 22.57 | 147.08 | 882.45 |
| 593.  Seal & paint trim - two coats | 100.00 LF | 0.00 | 0.96 | 0.83 | 19.36 | 116.19 |
| 594.  Prime & paint exterior soffit - wood | 30.00 SF | 0.00 | 1.54 | 0.87 | 9.42 | 56.49 |
| 595.  Prime & paint exterior fascia - wood, 6"- 8" wide | 30.00 LF | 0.00 | 1.46 | 0.50 | 8.86 | 53.16 |
| 596.  Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 21.50 | 0.65 | 8.74 | 52.39 |
| Totals:  Rear Elevation | | | | 197.79 | 1,340.46 | 8,042.75 |

### Left Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 597.  R&R Trim board - 1" x 4" - installed (cedar) | 50.00 LF | 0.33 | 3.40 | 7.71 | 38.84 | 233.05 |
| 598.  R&R Siding - shiplap - cedar | 130.00 SF | 0.37 | 4.76 | 21.77 | 137.74 | 826.41 |

GRENNWOOD_COMMONS                                    11/28/2016          Page: 44

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

### CONTINUED - Left Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 599. R&R Sheathing - OSB - 1/2" | 130.00 SF | 0.48 | 1.21 | 5.04 | 44.94 | 269.68 |
| 600. R&R Soffit & fascia - wood - 1' overhang | 24.00 LF | 0.92 | 8.39 | 6.75 | 46.06 | 276.25 |
| 601. Seal & paint wood siding | 130.00 SF | 0.00 | 0.99 | 4.08 | 26.56 | 159.34 |
| 602. Seal & paint trim - two coats | 50.00 LF | 0.00 | 0.96 | 0.41 | 9.68 | 58.09 |
| 603. Prime & paint exterior soffit - wood | 24.00 SF | 0.00 | 1.54 | 0.69 | 7.54 | 45.19 |
| 604. Prime & paint exterior fascia - wood, 6"- 8" wide | 24.00 LF | 0.00 | 1.46 | 0.40 | 7.08 | 42.52 |
| 605. Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 21.50 | 0.65 | 8.74 | 52.39 |
| Totals: Left Elevation | | | | 47.50 | 327.18 | 1,962.92 |

### Right Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 606. R&R Trim board - 1" x 4" - installed (cedar) | 80.00 LF | 0.33 | 3.40 | 12.34 | 62.14 | 372.88 |
| 607. R&R Siding - shiplap - cedar | 985.00 SF | 0.37 | 4.76 | 164.96 | 1,043.62 | 6,261.63 |
| 608. R&R Sheathing - OSB - 1/2" | 985.00 SF | 0.48 | 1.21 | 38.19 | 340.58 | 2,043.42 |
| 609. R&R Soffit & fascia - wood - 1' overhang | 36.00 LF | 0.92 | 8.39 | 10.13 | 69.04 | 414.33 |
| 610. Seal & paint wood siding | 985.83 SF | 0.00 | 0.99 | 30.91 | 201.38 | 1,208.26 |
| 611. Seal & paint trim - two coats | 80.00 LF | 0.00 | 0.96 | 0.66 | 15.50 | 92.96 |
| 612. Prime & paint exterior soffit - wood | 36.00 SF | 0.00 | 1.54 | 1.04 | 11.28 | 67.76 |
| 613. Prime & paint exterior fascia - wood, 6"- 8" wide | 36.00 LF | 0.00 | 1.46 | 0.59 | 10.64 | 63.79 |
| 614. Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 21.50 | 0.65 | 8.74 | 52.39 |
| Totals: Right Elevation | | | | 259.47 | 1,762.92 | 10,577.42 |
| Total: Front Elevation | | | | 984.36 | 6,704.26 | 40,225.29 |
| Total: Exterior | | | | 984.36 | 6,704.26 | 40,225.29 |
| Total: UNIT E | | | | 2,075.35 | 14,644.98 | 87,868.13 |

GRENNWOOD_COMMONS                                              11/28/2016          Page: 45

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | | | | |
|---|---|---|---|---|
| Total: SKETCH4 | | 2,075.35 | 14,644.98 | 87,868.13 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 615. Finish hardware labor minimum | 1.00 EA | 0.00 | 96.80 | 0.00 | 19.36 | 116.16 |
| 616. Door labor minimum | 1.00 EA | 0.00 | 23.58 | 0.00 | 4.72 | 28.30 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 24.08 | 144.46 |
| Line Item Totals: GRENNWOOD_COMMONS | | | | 5,388.96 | 38,629.70 | 231,773.17 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 11,497.44 | SF Walls | 3,588.00 | SF Ceiling | 15,085.44 | SF Walls and Ceiling |
| 3,588.00 | SF Floor | 398.67 | SY Flooring | 1,426.51 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,490.51 | LF Ceil. Perimeter |
| 3,588.00 | Floor Area | 3,947.14 | Total Area | 11,497.44 | Interior Wall Area |
| 5,726.29 | Exterior Wall Area | 636.25 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 230,693.17 | 99.53% | 230,693.17 | 99.53% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 1,080.00 | 0.47% | 1,080.00 | 0.47% |
| Total | 231,773.17 | 100.00% | 231,773.17 | 100.00% |

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 186,854.51 |
| Material Sales Tax | 5,388.96 |
| | |
| Subtotal | 192,243.47 |
| Overhead | 19,224.85 |
| Profit | 19,224.85 |
| | |
| **Replacement Cost Value** | **$230,693.17** |
| **Net Claim** | **$230,693.17** |

_____
Chris Lindell

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 900.00 |
| Overhead | 90.00 |
| Profit | 90.00 |
| **Replacement Cost Value** | **$1,080.00** |
| **Net Claim** | **$1,080.00** |

Chris Lindell

EXHIBIT D

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Manuf. Home Tax (8.25%) | Storage Rental Tax (8.25%) | Local Food Tax (5.35%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 19,314.85 | 19,314.85 | 5,388.96 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | 19,314.85 | 19,314.85 | 5,388.96 | 0.00 | 0.00 | 0.00 |

GRENNWOOD_COMMONS                                                11/28/2016        Page: 49

EXHIBIT D

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## Recap by Room

| | | | |
|---|---|---|---|
| **Estimate: GRENNWOOD_COMMONS** | | **12,850.48** | **6.84%** |
| Coverage: Dwelling | 93.00% = | 11,950.48 | |
| Coverage: Contents | 7.00% = | 900.00 | |

**Area: SKETCH1**

**Area: UNIT A**

| | | | |
|---|---|---|---|
| **Kitchen** | | **6,665.41** | **3.55%** |
| Coverage: Dwelling | 100.00% = | 6,665.41 | |
| **Entry/Foyer** | | **3,189.80** | **1.70%** |
| Coverage: Dwelling | 100.00% = | 3,189.80 | |
| **Closet** | | **594.71** | **0.32%** |
| Coverage: Dwelling | 100.00% = | 594.71 | |
| **Laundry Room** | | **2,340.89** | **1.25%** |
| Coverage: Dwelling | 100.00% = | 2,340.89 | |
| **Bathroom** | | **6,957.87** | **3.71%** |
| Coverage: Dwelling | 100.00% = | 6,957.87 | |
| **Hallway** | | **1,138.84** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 1,138.84 | |
| **Master Bedroom** | | **6,504.90** | **3.46%** |
| Coverage: Dwelling | 100.00% = | 6,504.90 | |
| **Master Closet** | | **1,146.74** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 1,146.74 | |
| **Bedroom Closet** | | **1,937.30** | **1.03%** |
| Coverage: Dwelling | 100.00% = | 1,937.30 | |
| **Linen Closet** | | **426.28** | **0.23%** |
| Coverage: Dwelling | 100.00% = | 426.28 | |
| **Bedroom** | | **6,663.86** | **3.55%** |
| Coverage: Dwelling | 100.00% = | 6,663.86 | |
| **Living Room** | | **8,344.13** | **4.44%** |
| Coverage: Dwelling | 100.00% = | 8,344.13 | |

| | | | |
|---|---|---|---|
| **Area Subtotal:  UNIT A** | | **45,910.73** | **24.45%** |
| Coverage: Dwelling | 100.00% = | 45,910.73 | |

| | | | |
|---|---|---|---|
| **Area Subtotal:  SKETCH1** | | **45,910.73** | **24.45%** |
| Coverage: Dwelling | 100.00% = | 45,910.73 | |

**Area: SKETCH2**

**Area: UNIT B**

GRENNWOOD_COMMONS

11/28/2016          Page: 50

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | | | |
|---|---|---|---|
| **Bathroom1** | | **543.55** | **0.29%** |
| Coverage: Dwelling | 100.00% = | 543.55 | |
| **Master Clos1** | | **228.80** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 228.80 | |
| **Bedroom Clo1** | | **173.39** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 173.39 | |
| **Hallway1** | | **387.14** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 387.14 | |
| **Linen Close1** | | **65.69** | **0.03%** |
| Coverage: Dwelling | 100.00% = | 65.69 | |
| **Laundry Roo1** | | **110.43** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 110.43 | |
| **Master Bedr1** | | **1,434.86** | **0.76%** |
| Coverage: Dwelling | 100.00% = | 1,434.86 | |
| **Bedroom1** | | **1,278.20** | **0.68%** |
| Coverage: Dwelling | 100.00% = | 1,278.20 | |
| **Closet1** | | **256.59** | **0.14%** |
| Coverage: Dwelling | 100.00% = | 256.59 | |
| **Entry/Foyer1** | | **324.10** | **0.17%** |
| Coverage: Dwelling | 100.00% = | 324.10 | |
| **Kitchen1** | | **888.14** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 888.14 | |
| **Living Room1** | | **1,697.58** | **0.90%** |
| Coverage: Dwelling | 100.00% = | 1,697.58 | |
| **Crawlspace** | | **2,212.96** | **1.18%** |
| Coverage: Dwelling | 100.00% = | 2,212.96 | |
| **Area Subtotal:  UNIT B** | | **9,601.43** | **5.11%** |
| Coverage: Dwelling | 100.00% = | 9,601.43 | |
| **Area Subtotal:  SKETCH2** | | **9,601.43** | **5.11%** |
| Coverage: Dwelling | 100.00% = | 9,601.43 | |

**Area: SKETCH3**

**Area: UNIT D**

| | | | |
|---|---|---|---|
| **Bathroom1** | | **6,957.87** | **3.71%** |
| Coverage: Dwelling | 100.00% = | 6,957.87 | |
| **Laundry Roo1** | | **2,340.89** | **1.25%** |
| Coverage: Dwelling | 100.00% = | 2,340.89 | |
| **Closet1** | | **594.71** | **0.32%** |
| Coverage: Dwelling | 100.00% = | 594.71 | |
| **Kitchen1** | | **6,665.41** | **3.55%** |

GRENNWOOD_COMMONS                    11/28/2016          Page: 51

EXHIBIT D



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 6,665.41 | |
| **Hallway1** | | **1,138.84** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 1,138.84 | |
| **Living Room1** | | **8,344.13** | **4.44%** |
| Coverage: Dwelling | 100.00% = | 8,344.13 | |
| **Entry/Foyer1** | | **3,189.80** | **1.70%** |
| Coverage: Dwelling | 100.00% = | 3,189.80 | |
| **Linen Close1** | | **426.28** | **0.23%** |
| Coverage: Dwelling | 100.00% = | 426.28 | |
| **Master Bedr1** | | **6,504.90** | **3.46%** |
| Coverage: Dwelling | 100.00% = | 6,504.90 | |
| **Master Clos1** | | **1,146.74** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 1,146.74 | |
| **Bedroom Clo1** | | **1,937.30** | **1.03%** |
| Coverage: Dwelling | 100.00% = | 1,937.30 | |
| **Bedroom1** | | **6,663.86** | **3.55%** |
| Coverage: Dwelling | 100.00% = | 6,663.86 | |
| **Crawlspace** | | **2,212.96** | **1.18%** |
| Coverage: Dwelling | 100.00% = | 2,212.96 | |
| **Area Subtotal: UNIT D** | | **48,123.69** | **25.63%** |
| Coverage: Dwelling | 100.00% = | 48,123.69 | |
| **Area Subtotal: SKETCH3** | | **48,123.69** | **25.63%** |
| Coverage: Dwelling | 100.00% = | 48,123.69 | |

**Area: SKETCH4**

**Area: UNIT E**

| | | | |
|---|---|---|---|
| **Linen Close1** | | **65.69** | **0.03%** |
| Coverage: Dwelling | 100.00% = | 65.69 | |
| **Master Bedr1** | | **1,434.86** | **0.76%** |
| Coverage: Dwelling | 100.00% = | 1,434.86 | |
| **Bedroom1** | | **1,278.20** | **0.68%** |
| Coverage: Dwelling | 100.00% = | 1,278.20 | |
| **Master Clos1** | | **228.80** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 228.80 | |
| **Bedroom Clo1** | | **173.39** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 173.39 | |
| **Closet1** | | **256.59** | **0.14%** |
| Coverage: Dwelling | 100.00% = | 256.59 | |
| **Entry/Foyer1** | | **324.10** | **0.17%** |
| Coverage: Dwelling | 100.00% = | 324.10 | |

GRENNWOOD_COMMONS

11/28/2016     Page: 52



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | | | |
|---|---|---|---|
| **Kitchen1** | | **888.14** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 888.14 | |
| **Bathroom1** | | **543.55** | **0.29%** |
| Coverage: Dwelling | 100.00% = | 543.55 | |
| **Laundry Roo1** | | **110.43** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 110.43 | |
| **Hallway1** | | **387.14** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 387.14 | |
| **Living Room1** | | **1,697.58** | **0.90%** |
| Coverage: Dwelling | 100.00% = | 1,697.58 | |
| **Attic** | | **3,931.17** | **2.09%** |
| Coverage: Dwelling | 100.00% = | 3,931.17 | |
| **Truss/Floor Joist** | | **15,192.89** | **8.09%** |
| Coverage: Dwelling | 100.00% = | 15,192.89 | |
| **Roof** | | **12,098.60** | **6.44%** |
| Coverage: Dwelling | 100.00% = | 12,098.60 | |

**Area: Exterior**

| | | | |
|---|---|---|---|
| **Area: Front Elevation** | | **15,888.90** | **8.46%** |
| Coverage: Dwelling | 100.00% = | 15,888.90 | |
| **Rear Elevation** | | **6,504.50** | **3.46%** |
| Coverage: Dwelling | 100.00% = | 6,504.50 | |
| **Left Elevation** | | **1,588.24** | **0.85%** |
| Coverage: Dwelling | 100.00% = | 1,588.24 | |
| **Right Elevation** | | **8,555.03** | **4.56%** |
| Coverage: Dwelling | 100.00% = | 8,555.03 | |
| **Area Subtotal:  Front Elevation** | | **32,536.67** | **17.33%** |
| Coverage: Dwelling | 100.00% = | 32,536.67 | |
| **Area Subtotal:  Exterior** | | **32,536.67** | **17.33%** |
| Coverage: Dwelling | 100.00% = | 32,536.67 | |
| **Area Subtotal:  UNIT E** | | **71,147.80** | **37.89%** |
| Coverage: Dwelling | 100.00% = | 71,147.80 | |
| **Area Subtotal:  SKETCH4** | | **71,147.80** | **37.89%** |
| Coverage: Dwelling | 100.00% = | 71,147.80 | |
| **Labor Minimums Applied** | | **120.38** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 120.38 | |

| | | | |
|---|---|---|---|
| **Subtotal of Areas** | | **187,754.51** | **100.00%** |

GRENNWOOD_COMMONS

**EXHIBIT D**



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| | | |
|---|---|---|
| Coverage: Dwelling | 99.52% = | 186,854.51 |
| Coverage: Contents | 0.48% = | 900.00 |
| **Total** | | **187,754.51**   **100.00%** |

EXHIBIT D

 **American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **CLEANING** | | | **11,652.31** | **5.03%** |
| Coverage: Dwelling | @ | 100.00% = | 11,652.31 | |
| **CONCRETE & ASPHALT** | | | **1,088.12** | **0.47%** |
| Coverage: Dwelling | @ | 100.00% = | 1,088.12 | |
| **GENERAL DEMOLITION** | | | **16,896.99** | **7.29%** |
| Coverage: Dwelling | @ | 100.00% = | 16,896.99 | |
| **DOORS** | | | **3,517.66** | **1.52%** |
| Coverage: Dwelling | @ | 100.00% = | 3,517.66 | |
| **DRYWALL** | | | **16,853.76** | **7.27%** |
| Coverage: Dwelling | @ | 100.00% = | 16,853.76 | |
| **ELECTRICAL** | | | **14,964.04** | **6.46%** |
| Coverage: Dwelling | @ | 100.00% = | 14,964.04 | |
| **HEAVY EQUIPMENT** | | | **133.75** | **0.06%** |
| Coverage: Dwelling | @ | 100.00% = | 133.75 | |
| **EXCAVATION** | | | **1,138.12** | **0.49%** |
| Coverage: Dwelling | @ | 100.00% = | 1,138.12 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **1,020.00** | **0.44%** |
| Coverage: Dwelling | @ | 100.00% = | 1,020.00 | |
| **FINISH HARDWARE** | | | **268.08** | **0.12%** |
| Coverage: Dwelling | @ | 100.00% = | 268.08 | |
| **FRAMING & ROUGH CARPENTRY** | | | **43,671.43** | **18.84%** |
| Coverage: Dwelling | @ | 100.00% = | 43,671.43 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | **674.86** | **0.29%** |
| Coverage: Dwelling | @ | 100.00% = | 674.86 | |
| **HEAT, VENT & AIR CONDITIONING** | | | **907.96** | **0.39%** |
| Coverage: Dwelling | @ | 100.00% = | 907.96 | |
| **INSULATION** | | | **7,754.72** | **3.35%** |
| Coverage: Dwelling | @ | 100.00% = | 7,754.72 | |
| **LABOR ONLY** | | | **5,899.20** | **2.55%** |
| Coverage: Dwelling | @ | 100.00% = | 5,899.20 | |
| **LIGHT FIXTURES** | | | **3,520.72** | **1.52%** |
| Coverage: Dwelling | @ | 100.00% = | 3,520.72 | |
| **PLUMBING** | | | **11,638.08** | **5.02%** |
| Coverage: Dwelling | @ | 100.00% = | 11,638.08 | |
| **PAINTING** | | | **13,822.89** | **5.96%** |
| Coverage: Dwelling | @ | 100.00% = | 13,822.89 | |
| **ROOFING** | | | **6,879.75** | **2.97%** |
| Coverage: Dwelling | @ | 100.00% = | 6,879.75 | |

GRENNWOOD_COMMONS

11/28/2016          Page: 55



**American Technologies, Inc.**

13300 James E. Casey Avenue
Suite 400
Englewood, Colorado 80112
800.400.9353
www.atirestoration.com
Federal Tax ID #: 33-0352215

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **SIDING** | | | **12,050.76** | **5.20%** |
| Coverage: Dwelling | @ | 100.00% = | 12,050.76 | |
| **SOFFIT, FASCIA, & GUTTER** | | | **2,126.95** | **0.92%** |
| Coverage: Dwelling | @ | 100.00% = | 2,126.95 | |
| **STAIRS** | | | **336.18** | **0.15%** |
| Coverage: Dwelling | @ | 100.00% = | 336.18 | |
| **TIMBER FRAMING** | | | **1,036.80** | **0.45%** |
| Coverage: Dwelling | @ | 100.00% = | 1,036.80 | |
| **TEMPORARY REPAIRS** | | | **2,785.00** | **1.20%** |
| Coverage: Dwelling | @ | 100.00% = | 2,785.00 | |
| **USER DEFINED ITEMS** | | | **900.00** | **0.39%** |
| Coverage: Contents | @ | 100.00% = | 900.00 | |
| **WINDOWS - WOOD** | | | **6,216.38** | **2.68%** |
| Coverage: Dwelling | @ | 100.00% = | 6,216.38 | |
| **O&P Items Subtotal** | | | **187,754.51** | **81.01%** |
| **Material Sales Tax** | | | **5,388.96** | **2.33%** |
| Coverage: Dwelling | @ | 100.00% = | 5,388.96 | |
| **Overhead** | | | **19,314.85** | **8.33%** |
| Coverage: Dwelling | @ | 99.53% = | 19,224.85 | |
| Coverage: Contents | @ | 0.47% = | 90.00 | |
| **Profit** | | | **19,314.85** | **8.33%** |
| Coverage: Dwelling | @ | 99.53% = | 19,224.85 | |
| Coverage: Contents | @ | 0.47% = | 90.00 | |
| **Total** | | | **231,773.17** | **100.00%** |

EXHIBIT D

SKETCH1 - UNIT A



SKETCH2 - UNIT B





Crawlspace

N
⇧

UNIT B

SKETCH3 - UNIT D





Crawlspace

N
⇧

UNIT D

SKETCH4 - UNIT E





N
⇧

UNIT E