IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-524-MSK-MEH

GREENWOOD COMMONS CONDOMINIUM ASSOCIATION, a Colorado Non-Profit Corporation,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY

    Defendant.

## NOTICE OF SETTLEMENT

Defendant Philadelphia Indemnity Insurance Company, by and through its attorneys, Lambdin & Chaney, LLP hereby provides notice to the Court that the parties have reached agreement as to a settlement of all claims and are working towards final settlement documents. A stipulation to dismiss should be ready to be filed within the next 30 days.

Dated this 28th day of September, 2018.

Respectfully submitted,

By: *s/ Jerad A. West*
L. Kathleen Chaney
Jerad A. West
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net  jwest@lclaw.net
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2018, a true and correct copy of the foregoing **Notice of Settlement** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jonathan E. Bukowski, Esq.: jbukowski@merlingroup.com
Larry E. Bache, Jr. Esq.: lbache@merlingroup.com
Timothy G. Burchard, II, Esq.: tburchard@merlingroup.com

By:   *s/ Jerad A. West*
      L. Kathleen Chaney
      Jerad A. West
      LAMBDIN & CHANEY, LLP
      4949 S. Syracuse Street, Suite 600
      Denver, Colorado 80237
      Telephone: (303) 799-8889
      Facsimile:  (303) 799-3700
      E-mail: kchaney@lclaw.net   jwest@lclaw.net
      Attorneys for Defendant