IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00524-MSK-MEH

GREENWOOD COMMONS CONDOMINIUM ASSOCIATION,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims and the dismissal of this action with prejudice and without leave to amend, each party to bear its own attorney fees and costs.

Dated: May 21, 2020                                             Respectfully submitted,

| *s/ Timothy G. Burchard, II* | *s/ L. Kathleen Chaney* |
|---|---|
| Jonathan E. Bukowski, Esq. | L. Kathleen Chaney |
| Larry E. Bache, Jr., Esq. | Lambdin & Chaney, LLP |
| Timothy G. Burchard, II, Esq. | 4949 South Syracuse Street, Suite 600 |
| Merlin Law Group, P.A. | Denver, CO 80237 |
| 1001 17th St. Suite 1150 | Telephone: 303-799-8889 |
| Denver, CO, 80202 | Facsimile:  303-799-3700 |
| Telephone: 720-665-9680 | Email: kchaney@lclaw.net |
| Facsimile:  720-665-9681 | *Attorneys for Defendant* |
| E-Mail: jbukowski@merlinlawgroup.com | |
| E-Mail: lbache@merlinelawgroup.com | |
| E-Mail: tburchard@merlinlawgroup.com | |
| *Attorneys for Plaintiff* | |